UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, CAROLYN PATTON,<br>　　　　　Plaintiffs<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST AND CAPTAIN PARKER ARMS PARTNERSHIP,<br>　　　　　Defendants | CIVIL ACTION<br>CASE NO. 03CV12231 (RGS) |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T&N Realty Trust and Captain Parker Arms Partnership (collectively "the defendants"), hereby move to dismiss or in the alternative for summary judgment on Counts I and III of the plaintiffs' Complaint. As set forth in more detail in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to State a Claim under Rule 12(b)(6), the plaintiffs have failed to state a claim upon which relief can be granted as to Counts I and III because plaintiffs and defendants are partners under a partnership agreement which expressly precludes this action.

In addition, the plaintiffs have failed to allege facts sufficient to state a claim for relief as to Count II. Accordingly, the defendants' motion to dismiss or in the alternative for summary judgment should be allowed.

583047_1

1

          Respectfully submitted,
Charlene Dorman, Bianca Dorman,
Lydia Dorman, Todd Dorman, T&N
Realty Trust and Captain Parker Arms
Partnership
By their Attorneys,

*/s/ Gary C. Crossen*

Gary C. Crossen, BBO # 106580
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Tel.: (617) 330-7036

Dated: January 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2004, I sent a copy of the foregoing by overnight mail to Frederick J. Conroy, Esq., 114 Waltham Street, Lexington, MA 02421 and to Matthew J. Conroy, Esq., Belesi & Donovan, P.C., 1225 Franklin Avenue, Suite 400, Garden City, NY 11530.

*/s/ Gary C. Crossen*

Gary C. Crossen

583047_1
1

2

# RUBIN AND RUDMAN LLP

COUNSELLORS AT LAW

50 ROWES WHARF • BOSTON, MASSACHUSETTS 02110-3319
TELEPHONE: (617) 330-7000 • FACSIMILE: (617) 439-9556 • EMAIL: FIRM@RUBINRUDMAN.COM

Gary C. Crossen
Direct Dial: (617) 330-7036
E-mail: gcrossen@rubinrudman.com

January 21, 2004

**Via Hand Delivery**

Clerk of Court
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

    Re:    Philip Tropeano, et al. v. Captain Parker Arms Partnership, et al.,
             U.S. District Court No. 03-CV-12231-RGS

Dear Sir/Madam:

Enclosed for filing please find Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) and Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6).

Please call with any questions.

Very truly yours,

Gary C. Crossen

GCC/lac
Enclosures

cc:    Frederick J. Conroy, Esq. (via overnight mail)
       Matthew J. Conroy, Esq. (via overnight mail)

583076_1