UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO And CAROLYN PATTON,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNESHIP,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>) Civil Action<br>) Case No. 03CV12231(RGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO ENLARGE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

Now come the Plaintiffs in the above captioned matter and respectfully move this Court to enlarge the time for filing an Opposition to Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) to March 03, 2004.

As grounds therefore, the Plaintiffs state that they were served with Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) on January 22, 2004. Due to Plaintiffs' counsel's current caseload, he has requested an additional thirty (30) days in which to file and serve an Opposition to Defendants' Motion to Dismiss. Furthermore, Counsel for Defendants has assented to this Motion.

This Motion is supported by the attached Affidavit of Counsel.

As such, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion in its entirety.

        Respectfully submitted,
        Philip L. Tropeano, Peter Tropeano and
        Carolyn Patton
        By their attorneys,

        Matthew J. Conroy, BBO# 566928
        BELESI & DONOVAN, P.C.
        1225 Franklin Avenue – Suite 400
        Garden City, New York 11530
        (516) 248-2929

Dated: February 02, 2004

        Assented to:
        The Defendants
        By counsel:

        Gary C. Crossen, BBO# 106580
        RUBIN & RUDMAN, LLP
        50 Rowes Wharf
        Boston, Massachusetts 02110
        (617) 330-7036

## CERTIFICATE OF SERVICE

I hereby certify that on the 2d day of February, 2004, I sent a copy of the foregoing pleading by overnight mail to Gary C. Crossen, Esq., RUBIN & RUDMAN, LLP, 50 Rowes Wharf, Boston, Massachusetts 02110.

_____
Matthew J. Conroy