UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

PHILIP L. TROPEANO, PETER TROPEANO<br>
And CAROLYN PATTON,<br>
        Plaintiffs<br>
<br>
    vi.<br>
<br>
CHARLENE DORMAN, BIANCA DORMAN,<br>
LYDIA DORMAN, TODD DORMAN,<br>
T&N REALTY TRUST and CAPTAIN PARKER<br>
ARMS PARTNERSHIP,<br>
        Defendants

</td><td>

)<br>
)<br>
)<br>
)<br>
) Civil Action<br>
) Case No. 03CV12231(RGS)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)

</td></tr>
</table>

## AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION TO ENLARGE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

I, Matthew J. Conroy do hereby depose as follows under the pains and penalties of perjury:

1.     I am an attorney duly licensed to practice before the United States District Court, Massachusetts District.

2.     I am counsel of record to the Plaintiffs in the above captioned matter.

3.     On January 22, 2004 I received Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6).

4.     Due to the size of my office staff and my current caseload, I requested an additional thirty (30) days from opposing counsel in

which to serve and file an Opposition to Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6).

5.      Gary C. Crossen, counsel of record to the Defendants agreed to such an extension and has assented to this Motion.

Signed this 2d day of February 2004 under the pains and penalties of perjury.

SWORN TO BEFORE
ME THIS 2d DAY OF
FEBRUARY, 2004

_____
NOTARY PUBLIC

MAUREEN RAMIREZ
NOTARY PUBLIC, State of New York
Qualified in
#01RA
Commission Expires April 19, 2007

_____
Matthew J. Conroy, Esq.