UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, CAROLYN PATTON, <br> Plaintiffs <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST AND CAPTAIN PARKER ARMS PARTNERSHIP, <br> Defendants | CIVIL ACTION <br> CASE NO. 03CV12231 (RGS) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants, Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T&N Realty Trust and Captain Parker Arms Partnership (collectively "the defendants"), hereby move for leave to file a reply memorandum in response to the opposition of the plaintiffs to defendants' motion to dismiss or in the alternative for summary judgment on the plaintiffs' Complaint. As justification for this motion, defendants submit that the brief reply filed herewith is necessary to respond to certain limited arguments made by plaintiffs' opposition.

Respectfully submitted,
Charlene Dorman, Bianca Dorman,
Lydia Dorman, Todd Dorman, T&N
Realty Trust and Captain Parker Arms
Partnership
By their Attorney,

/s/ Gary C. Crossen
Gary C. Crossen, BBO # 106580
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Tel.: (617) 330-7036

Dated: March 11, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2004, I sent a copy of the foregoing by overnight mail to Frederick J. Conroy, Esq., 114 Waltham Street, Lexington, MA 02421, to Matthew J. Conroy, Esq., Belesi & Donovan, P.C., 1225 Franklin Avenue, Suite 400, Garden City, NY 11530 and to Thomas M. Ciampa, Esq. Ciampa & Associates, 33 Mount Vernon Street, Boston, MA 02108.

_____
Gary C. Crossen