UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>Defendants. | CIVIL ACTION<br>CASE NO. 03CV12231 (RGS) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter as counsel for the plaintiffs Philip L. Tropeano, Peter Tropeano and Carolyn Patton.

*Thomas Ciampa*
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
33 Mount Vernon Street
Boston, Massachusetts 02108
(617) 742-5955

Dated: March 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2004, a copy of the foregoing was served by first-class mail, postage prepaid, upon counsel for the defendants.

_Thomas Ciampa_
Thomas Ciampa