UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON<br><br>Plaintiffs<br><br>v.<br><br>Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, and Captain Parker Arms Partnership<br><br>Defendants | Civil Action<br>Case No. 03CV12231 (RGS) |

## NOTICE OF WITHDRAWAL

Please notice my withdrawal on behalf of the Plainitffs in this matter Philip L. Tropeano, Peter Tropeano and Carolyn Patton.

_____
Frederick J. Conroy
BBO# 096300
114 Waltham Street
Lexington, Massachusetts 02421
(718) 862-8060

dated: March 03, 2004

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2004, a copy of the foregoing was served by first-class mail, postage prepaid, upon counsel for the defendants.

*Thomas Ciampa*
Thomas Ciampa