UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTEN, <br><br> Plaintiffs, <br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST AND CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | DOCKET NO. <br> 03-CV-12231-RGS |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT (AS OF RIGHT)

Pursuant to Fed. R. Civ. P. 15(a), the plaintiffs, Philip Tropeano, Peter Tropeano and Carolyn Patten (collectively, the "Plaintiffs") respectfully move to amend their complaint in the above-captioned matter. In support of this motion, Plaintiffs state that no responsive pleading has been filed in this matter and that Plaintiffs have not previously amended their complaint. Accordingly, the Plaintiffs' are entitled to amend their complaint pursuant to Fed. R. Civ. P. 15(a).

Respectfully submitted,

PHILIP L. TROPEANO, PETER
TROPEANO and CAROLYN PATTEN

By their attorney,

*/s/ Thomas Ciampa*
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
33 Mount Vernon Street
Boston, MA 02108
(617) 742-5955

Dated: March 31, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2004, a copy of the foregoing Plaintiffs' Motion to Amend Complaint (As of Right) was served by first-class mail, postage prepaid, upon counsel for the defendants.

*Thomas Ciampa*
Thomas Ciampa