UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 15 P 3: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

PHILIP L. TROPEANO, et al.,

    Plaintiffs,

v.

    DOCKET NO.
    03-CV-12231-RGS

CHARLENE DORMAN, et al.,

    Defendants.

## STIPULATION

Plaintiffs Philip L. Tropeano, Peter Tropeano and Carolyn Patten and defendants Charlene Dorman, Bianca Dorman, Lydia Dorman and Todd Dorman, individually and as they are trustees of T&N Realty Trust and partners of Captain Parker Arms Partnership, hereby stipulate that the time for Plaintiffs to respond to Defendants' Motion to Dismiss First Amended Complaint for Failure to State a Claim Under Rule 12(b)(6) is extended up to and including June 22, 2004.

DEFENDANTS

By their attorney,

_/s/ Gary Crossen_ /TMC
Gary C. Crossen (BBO# 106580)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Tel: (617) 330-7036

PLAINTIFFS

By their attorney,

_/s/ Thomas Ciampa_
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
33 Mount Vernon Street
Boston, Massachusetts 02108
Tel.: (617) 742-5955

Dated: June 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2004, a copy of the foregoing Stipulation was served by first-class mail, postage prepaid, upon counsel for the defendants.

_____
Thomas Ciampa

COUNSELLORS AT LAW

# CIAMPA & ASSOCIATES

33 MOUNT VERNON STREET, BOSTON, MA 02108
PHONE (617) 742-5955  FAX (617) 742-4953



June 15, 2004

**BY HAND**

Clerk of Court
United States District Court
1 Courthouse Way – Suite 2300
Boston, MA 02210

    Re:    Philip L. Tropeano, et al. v. Charlene Dorman, et al.
            U.S. District Court No. 03-CV-12231-RGS

Dear Madam or Sir:

    Enclosed for filing please find the Stipulation of the parties to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss until June 22, 2004.

    Kindly date-stamp the enclosed copy of this letter and return it to me in the self-addressed, stamped envelope enclosed for your convenience to confirm your receipt and filing of the enclosed.

    Thank you for your assistance in this matter.

                                          Sincerely,

                                          Thomas Ciampa

cc:    Gary C. Crossen, Esq.
        Plaintiffs