UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 22 P 3: 47

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON,<br><br>    Plaintiffs,<br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, AND TODD DORMAN, Individually and as they are Trustees of T&N REALTY TRUST and Partners of CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>    Defendants. | DOCKET NO.<br>03-CV-12231-RGS |

## PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Philip Tropeano, Peter Tropeano, and Carolyn Patton (collectively, "Plaintiffs"), hereby move for partial summary judgment. Specifically, because there are no genuine issues of material dispute, Plaintiffs seek summary judgment on Counts I –VI, and Count VIII of the First Amended Complaint. In support of this motion, Plaintiffs submit the accompanying Consolidated (1) Opposition to Defendants' Motion to Dismiss and (2) Memorandum in Support of Cross-Motion for Partial Summary Judgment.

                                            Respectfully submitted,

                                            PHILIP L. TROPEANO, PETER
                                            TROPEANO, and CAROLYN PATTON

                                            By their attorney,

                                            /s/ Thomas Ciampa
                                            Thomas Ciampa (BBO# 566898)
                                            Ciampa & Associates
                                            33 Mount Vernon Street
                                            Boston, MA 02108
Dated: June 22, 2004                         (617) 742-5955

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2004, a copy of the foregoing Plaintiffs' Cross-Motion for Partial Summary Judgment was served by hand upon counsel for the defendants.

*Thomas Ciampa*
Thomas Ciampa