UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PHILIP TROPEANO, ET AL

    V.                                    CIVIL ACTION NO. 03-12231-RGS

CHARLENE DORMAN, ET AL

# NOTICE OF HEARING

STEARNS, DJ.                                                      JULY 14, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

THURSDAY, SEPTEMBER 30, 2004 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                       RICHARD G. STEARNS
                                                       UNITED STATES DISTRICT JUDGE

                        BY:

                                /s/ Mary H. Johnson
                                Deputy Clerk

*TO BE HEARD:    Motion to Dismiss Amended Complaint (#15); Motion for Partial SJ (#18).