UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP L. TROPEANO, PETER TROPEANO,     )
CAROLYN PATTON,                          )
                                         )
                    Plaintiffs           )
                                         )
v.                                       )
                                         )     CIVIL ACTION
                                         )     CASE NO. 03CV12231 (RGS)
CHARLENE DORMAN, BIANCA DORMAN,          )
LYDIA DORMAN, TODD DORMAN,               )
T&N REALTY TRUST AND                     )
CAPTAIN PARKER ARMS PARTNERSHIP,         )
                    Defendants           )
                                         )
                                         )

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 7.1(B) of the Local Rules of the United States District Court for the District of Massachusetts, defendants Charlene Dorman, Lydia Dorman, Todd Dorman, T&N Realty Trust and Captain Parker Arms Partnership (collectively "the defendants") hereby move to exceed, by 3 pages, the twenty page limit for the Memorandum in Opposition set forth in Local Rule 7.1(B)(4). As grounds for this motion, Defendants state that, in support of their Cross-Motion for Partial Summary Judgment, Plaintiffs submitted a consolidated memorandum which contained both an Opposition to Defendants Motion to Dismiss and a Memorandum in Support of the Cross-Motion. In order to adequately respond to the various issues raised by the Consolidated memorandum, Defendants seek a modest increase in the page limit set forth under Local Rule 7.1. Defendants believe that neither Plaintiffs nor the Court will be unduly burdened by this request.

605298_1

Respectfully Submitted,
Charlene Dorman, Bianca Dorman,
Lydia Dorman, Todd Dorman, T&N
Realty Trust and Captain Parker Arms
Partnership
By their Attorney,

Gary C. Crossen, BBO # 106580
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110
Tel.: (617) 330-7036

Dated:  July 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2004, I sent a copy of the foregoing by hand delivery and by U.S. mail to Thomas M. Ciampa, Esq., 45 Bromfield Street, Suite 200, Boston, MA  02108.

/Gary C. Crossen

605298_1