UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, AND TODD DORMAN, INDIVIDUALLY AND AS THEY ARE TRUSTEES OF THE T&N REALTY TRUST AND PARTNERS OF THE CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>Defendants. | DOCKET NO.<br>03-CV-12231-RGS |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF

Plaintiffs Philip Tropeano, Peter Tropeano and Carolyn Patton (collectively, "Plaintiffs") hereby move for leave to file a reply brief in response to Defendants' Memorandum of Law in Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment ("Defendants' Opposition"). As grounds for their Motion, Plaintiffs submit that:

1. The brief reply filed herewith is necessary to respond to certain limited arguments made in Defendants' Opposition;

2. Defendants Opposition was due, by agreement of the parties, on July 16, 2004, and was received by Plaintiffs' counsel on that date. July 16, 2004 was also the last business day before Plaintiffs' counsel left town for a vacation planned during the early part of this year. Counsel for Plaintiffs returned from vacation on Monday, July 26, 2004 and promptly filed Plaintiff's Reply Brief.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant them leave to file a reply brief in response to Defendants' Memorandum of Law in Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment.

Respectfully submitted,

PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON

By their attorney

*Thomas Ciampa*
Thomas M. Ciampa (BBO#566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: July 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2004, a copy of the foregoing Plaintiffs' Motion for Leave to File a Reply Brief was served by hand upon counsel for the defendants.

_____
Thomas Ciampa