UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP L. TROPEANO, et al., )
)
Plaintiffs, )
v. )
) DOCKET NO.
) 03-CV-12231-RGS
CHARLENE DORMAN, et al., )
)
Defendants. )

## NOTICE OF CHANGE OF ADDRESS

Kindly enter the following change of address on the docket of this action. Effective July 12, 2004, the address of counsel for plaintiffs shall be:

Thomas M. Ciampa, Esq.
BBO# 566898
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
Telephone: (617) 742-5955
Facsimile: (617) 227-4021

Respectfully submitted,

*Thomas Ciampa*
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: July 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2004, a copy of the foregoing Notice of Change of Address was served by hand upon counsel for the defendants.

*Thomas Ciampa*
Thomas M. Ciampa