UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PHILIP TROPEANO

V.                                    CIVIL ACTION NO. 03-12231-RGS

CHARLENE DORMAN, ET AL

## NOTICE OF RE-SCHEDULED HEARING

STEARNS, DJ.                                    SEPTEMBER 17, 2004

DUE TO A CONFLICT IN THIS COURT'S CALENDAR, THE HEARING ON MOTIONS IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR SEPTEMBER 30, 2004 IS HEREBY RE-SCHEDULED TO:

THURSDAY, DECEMBER 2, 2004 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:    /s/ Mary H. Johnson
       Deputy Clerk