UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PHILIP L. TROPEANO, ET AL

    V.                       CIVIL ACTION NO. 03-12231-RGS

CHARLENE DORMAN, ET AL

## ORDER OF DISMISSAL

**STEARNS, DJ.**                              **FEBRUARY 24, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON FEBRUARY 22, 2005,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY <u>DISMISSED.</u>

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

                BY:
                       /s/ Mary H. Johnson
                         Deputy Clerk