UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP L. TROPEANO, PETER TROPEANO
and CAROLYN PATTON,

    Plaintiffs,

v.

CHARLENE DORMAN, BIANCA DORMAN,
LYDIA DORMAN, AND TODD DORMAN,
INDIVIDUALLY AND AS THEY ARE
TRUSTEES OF THE T&N REALTY TRUST
AND PARTNERS OF THE CAPTAIN
PARKER ARMS PARTNERSHIP,

    Defendants.

DOCKET NO.
03-CV-12231-RGS

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs, Philip L. Tropeano, Peter Tropeano and Carolyn Patton, appeal to the United States Court of Appeals for the First Circuit Court from the Order of Dismissal entered in this action on February 24, 2005.

Respectfully submitted,

PHILIP L. TROPEANO, PETER
TROPEANO and CAROLYN PATTON

By their attorney

_/s/ Thomas Ciampa_
Thomas M. Ciampa (BBO#566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: March 14, 2005