# United States Court of Appeals
## For the First Circuit

USDC/MA
03-12231

No. 05-1435

PHILIP L. TROPEANO, PETER TROPEANO AND CAROLYN PATTON,

Plaintiffs, Appellants,

v.

CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST AND CAPTAIN PARKER ARMS PARTNERSHIP,

Defendants, Appellees.

**JUDGMENT**

Entered: March 24, 2006

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]   Date: 3/24/2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the case is remanded for further disposition in accordance with the opinion issued this day.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Richard G. Stearns and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Crossen and Mr. Ciampa.]