UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 10  P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS.

PHILIP L. TROPEANO, PETER TROPEANO )
and CAROLYN PATTON, )
              )
   Plaintiffs, )
              )
v. )
              )  DOCKET NO.
              )  03-CV-12231-RGS
CHARLENE DORMAN, BIANCA DORMAN, )
LYDIA DORMAN, AND TODD DORMAN, )
INDIVIDUALLY AND AS THEY ARE )
TRUSTEES OF THE T&N REALTY TRUST )
AND PARTNERS OF THE CAPTAIN )
PARKER ARMS PARTNERSHIP, )
              )
   Defendants. )

## PLAINTIFFS' MOTION FOR REAL ESTATE ATTACHMENT

Pursuant to Fed. R. Civ. P. 64 and Mass. R. Civ. P. 4.1, Plaintiffs Philip Tropeano, Peter Tropeano and Carolyn Patton hereby move that this Honorable Court issue a real estate attachment in the amount of $8,772,145.13 of all right, title and interest in real property: (1) in the name of any or all of the defendants Charlene Dorman, Bianca Dorman, Lydia Dorman or Todd Dorman (as Trustees of T&N Realty Trust), and/or (2) in the name of the defendant T&N Realty Trust. Such attachment to include, but not be limited to, all such right, title and interest in real property located at 125 Worthen Road, Lexington, Middlesex County, Massachusetts.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Real Estate Attachment and the Affidavit of Peter Tropeano.

WHEREFORE, Plaintiffs hereby move that this Honorable Court issue a real estate attachment in the amount of $8,772,145.13 of all right, title and interest in real property: (1) in the name of any or all of the defendants Charlene Dorman, Bianca Dorman, Lydia Dorman or

[Handwritten annotation left margin: Denied without prejudice. Argued of notice in due course will be issued by the Clerk. The court notes that plaintiffs have not made the]

[Handwritten annotation right margin: showing required for Mass. R. Civ. P. 4.1(f) for entry of an attachment ex parte. /s/ R.G. Stearns DJ 5-10-06]

Todd Dorman (as Trustees of T&N Realty Trust), and/or (2) in the name of the defendant T&N Realty Trust. Such attachment to include, but not be limited to, all such right, title and interest in real property located at 125 Worthen Road, Lexington, Middlesex County, Massachusetts.

        Respectfully submitted,

        PHILIP L. TROPEANO, PETER
        TROPEANO and CAROLYN PATTON

        By their attorney,

        /s/ Thomas Ciampa
        Thomas M. Ciampa (BBO#566898)
        Ciampa & Associates
        45 Bromfield Street, Suite 200
        Boston, MA 02108
        (617) 742-5955

Dated: May 10, 2006