UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAY 10 P 2: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, AND TODD DORMAN, INDIVIDUALLY AND AS THEY ARE TRUSTEES OF THE T&N REALTY TRUST AND PARTNERS OF THE CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | DOCKET NO. <br> 03-CV-12231-RGS |

### CERTIFICATION OF NO LIABILITY INSURANCE

I, Thomas M. Ciampa, counsel for the plaintiffs in the above-captioned matter, hereby certify that:

1. Neither I nor the plaintiffs are aware of any liability insurance available to satisfy the judgment sought in this matter;

2. Neither I nor the plaintiffs have any reason to believe that there will be any liability insurance available to satisfy the judgment sought in this matter.

Respectfully submitted,

PHILIP L. TROPEANO, PETER
TROPEANO and CAROLYN PATTON

By their attorney,

/s/ Thomas Ciampa
Thomas M. Ciampa (BBO#566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: May 10, 2006