UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTEN, )<br><br>Plaintiffs, )<br><br>v. )<br><br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN and TODD DORMAN, Individually and as they are Trustees of T&N REALTY TRUST and Partners of CAPTAIN PARKER ARMS PARTNERSHIP, )<br><br>Defendants. ) | DOCKET NO. 03-CV-12231-RGS |

**NOTICE OF CHANGE OF ADDRESS**

Kindly enter the following change of address and facsimile number on the docket of this action.  Effective July 3, 2006, the address of counsel for plaintiffs Philip L. Tropeano, Peter Tropeano and Carolyn Patten shall be:

Thomas M. Ciampa, Esq.
BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 742-5955
Facsimile: (617) 423-4855

Respectfully submitted,

/s/ Thomas M. Ciampa

Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: June 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2006, a copy of the foregoing Notice of Change of Address was served by first-class mail, postage prepaid, upon counsel of record for the defendants.

/s/ Thomas M. Ciampa

_____

Thomas M. Ciampa