UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12231-RGS

PHILIP L. TROPEANO, PETER TROPEANO
and CAROLYN PATTEN

v.

CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN,
and TODD DORMAN, Individually and as they
are Trustees of the T&N REALTY TRUST and Partners
of the CAPTAIN PARKER ARMS PARTNERSHIP

<u>ORDER ON MOTION</u>
<u>FOR SCHEDULING CONFERENCE</u>

June 30, 2006

STEARNS, D.J.

The motion is <u>DENIED</u>. In light of the Court of Appeals decision, there are no discovery issues that require a conference. Rather, the court will authorize a ninety (90) day period in which discovery to determine the liquidation value of the partnership assets may be undertaken by the parties in conformity with the Local Rules and the Federal Rules of Civil Procedure. The parties will file a joint report with the court at the conclusion of the discovery period outlining any further steps that need be taken to bring the case to final resolution.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE