IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO,<br>PETER TROPEANO, and<br>CAROLYN PATTO<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHARLENE DORMAN,<br>BIANCA DORMAN,<br>LYDIA DORMAN,<br>TODD DORMAN,<br>T&N REALTY TRUST, and<br>CAPTAIN PARKER ARMS PARTNERSHIP,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 03-CV-12231-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF GARY C. CROSSEN AS COUNSEL FOR THE DEFENDANTS**

Gary C. Crossen, of Rubin & Rudman LLP, respectfully withdraws his appearance on behalf of the Defendants. Sander A. Rikleen and Christine M. O'Connor, of Edwards Angell Palmer & Dodge LLP, will serve as successor counsel for the Defendants and their appearances are filed herewith.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gary C. Crossen*
　　　　　　　　　　　　　　　　　　　　Gary Crossen – BBO# 106580
　　　　　　　　　　　　　　　　　　　　RUBIN & RUDMAN, LLP
　　　　　　　　　　　　　　　　　　　　50 Rowes Wharf
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02100
June 16, 2006　　　　　　　　　　　　　(617) 330-7000

BOS111 12034508.1

Electronically filed by,

__/s/ Sander A. Rikleen_____

Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO#647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph: 617·239·0100
Fx: 617·227·4420

Dated: July 19, 2006

**Certificate of Service**

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

_____/s/ Sander A. Rikleen_____