IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO,<br>PETER TROPEANO, and<br>CAROLYN PATTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLENE DORMAN,<br>BIANCA DORMAN,<br>LYDIA DORMAN,<br>TODD DORMAN,<br>T&N REALTY TRUST, and<br>CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.  03-CV-12231-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Christine M. O'Connor of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199-7613, as successor counsel for the Defendants.  The Withdrawal of Defendants' prior counsel is filed herewith.

                                                                             /s/ Christine M. O'Connor
                                           Sander A. Rikleen – BBO# 420280
                                           Christine M. O'Connor – BBO#647535
                                           EDWARDS ANGELL PALMER & DODGE LLP
                                           111 Huntington Avenue
                                           Boston, Massachusetts 02199
                                           Ph:  617·239·0100
Dated:  July 19, 2006                    Fx:  617·227·4420

**Certificate of Service**

    I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.
                                  _____/s/ Christine M. O'Connor_____