UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO,<br>PETER TROPEANO, and<br>CAROLYN PATTON,<br><br>               Plaintiffs,<br><br>       v.<br><br>CHARLENE DORMAN,<br>BIANCA DORMAN,<br>LYDIA DORMAN,<br>TODD DORMAN,<br>T&N REALTY TRUST, and<br>CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>               Defendants. | CIVIL ACTION<br>NO. 03-CV-12231-RGS |

## **AFFIDAVIT OF LESLIE CROSSLEY**

I, Leslie Crossley, hereby depose and state as follows:

1.     I am employed by Edwards Angell Palmer & Dodge, LLP, counsel for the

Defendants, as a paralegal. This Affidavit is made to present to the Court true copies of the

following documents which are relevant to Defendants' opposition to Plaintiffs' Motion for Real

Estate Attachment.

2.     I have reviewed and copied documents concerning the Defendant T&N Realty

Trust on file with the Middlesex County Registry of Deeds, Southern District, Registered Land

Division. True copies of such documents are attached hereto as follows:

Exhibit A     Transfer Certificate of Title No. 113382, reflecting the Trust's ownership of the
            Captain Parker Arms property.

Exhibit B     Declaration of Trust, dated June 26, 1962, filed with said Middlesex Deeds as
            Document no. 401177.

Exhibit C    Amendment to Trust dated February 12, 1965, filed with said Middlesex Deeds as Document no. 415806.

Exhibit D    Amendment to Trust dated February 5, 1982, filed with said Middlesex Deeds as Document no. 620093.

Exhibit E    Amendment to Trust dated August 6, 1992, filed with said Middlesex Deeds as Document no. 884401.

Exhibit F    Amendment to Trust dated October 8, 1998, filed with said Middlesex Deeds as Document no. 1127942.

Exhibit G    Appointment of Trustees, Trustees Powers and Authority dated January 4, 2002, filed with said Middlesex Deeds as Document no. 1213449.

Exhibit H    Resignation of Trustee dated May 16, 2002, filed with said Middlesex Deeds as Document no. 1213450.

Exhibit I    Appointment of Trustees dated November 4, 2002, filed with said Middlesex Deeds as Document no 1256631.

Exhibit J    Amendment & Appointment of Trustees dated June 16, 2003, filed with said Middlesex Deeds as Document no. 1278062.

3.    Attached hereto as Exhibit K is a true copy of the September 21, 2006 letter (with

enclosures) which was sent to Plaintiffs' counsel requesting that the Plaintiffs resign as Trustees

of Defendant T&N Realty Trust. My review of documents at the Middlesex County Registry of

Deeds, Southern District, Registered Land Division disclosed that the requested resignations of

the Plaintiffs as Trustees had not been recorded as of December 7, 2006.

4.    Attached hereto as Exhibit L is a true copy of the fiscal 2004 (July 1, 2003 to June

30, 2004) assessment for Captain Parker Arms, obtained from the Lexington Assessor's office.

5.    Attached hereto are true copies of the following documents concerning the

Emerson Gardens Condominium, Emerson Gardens Road, Lexington, Massachusetts:

Exhibit M    Exhibit C to the Emerson Gardens Condominium Master Deed. The Master Deed is dated February 27, 1987 and recorded at the Middlesex County Registry of Deeds, Southern District, at Book 17927, page 420.

Exhibit N    A printout of the Emerson Garden Condominiums website home page
             (http://www.emersongardenscondo.com/), printed from the website on December
             6, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th

day of December, 2006.

_____
Leslie Crossley

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent
electronically to all other parties.

_____/s/ Christine M. O'Connor_____

# Transfer Certificate of Title.

BK 697 PG 032

No. 113382

From    Original    Certificate No. 95882 , Originally Registered    September 4,    19 58 , in Registration

Book    609    Page    132    for the South Registry District of Middlesex County.

## This is to Certify that

Alfred P. Tropeano of Lexington in the County of Middlesex and Commonwealth of Massachusetts and Wilbur C. Nylander of Belmont in said County and Commonwealth, Trustees of The T & N Realty Trust under a Declaration of Trust dated June 26, 1962 and registered January 8, 1964 being Document 401177 filed in the Land Registration Office for the South Registry District of Middlesex County

~~of~~ ~~-in the County of-~~ ~~-and Commonwealth of Massachusetts,~~ ~~-married-~~

are the owners    in fee simple , with power to sell and power to mortgage,

of that certain parcel of land    situate in Lexington

in the County of Middlesex and said Commonwealth, bounded and described as follows:

Northwesterly by the southeasterly line of Waltham Street,
    seven hundred fourteen and 17/100 feet;
Northerly by a curving line at the junction of said Waltham
    Street and Worthen Road as shown on plan hereinafter
    mentioned, fifty and 42/100 feet;
Northeasterly by said Worthen Road, ten hundred fifty-one
    and 57/100 feet;
Easterly by land now or formerly of Colonial Development
    Corporation, five hundred seventy-three and 87/100 feet;
Southeasterly by lot 1 as shown on plan filed in Registration
    Book 624, Page 161, thirty-seven and 96/100 feet;
Southwesterly by lands of sundry adjoining owners as shown on
    said first mentioned plan, the line running in part through
    the middle of a ditch, eleven hundred eighty-six and 89/100
    feet; and
Northwesterly, fifteen and 50/100 feet, and
Southwesterly, one hundred and forty feet, by land now or
    formerly of Louis J. Carter.

Said parcel is shown as lots 10 and 11 on said plan.

All of said boundaries are determined by the Court to be located as shown on a subdivision plan, as approved by the Court, filed in the Land Registration Office, a copy of which is filed in the Registry of Deeds for the South Registry District of Middlesex County in Registration Book 697, Page 32, with Certificate 113382.

Portions of the above described land marked Restricted Area "A" and Restricted Area "B" shown on plan filed in Registration Book 609, Page 132 are subject to restrictions as set forth in the following five deeds: one given by Charles W. Ryder to Albert A. Ross et al, dated April 24, 1930, duly recorded in Book 5469, Page 403, and four given by Lexington Estates Trust, one to Elizabeth West, dated October 11, 1938, duly recorded in Book 6243, Page 379, one to Arthur C. Bousquet et ux, dated February 29, 1940, duly recorded in Book 6371, Page 227, one to Frank J. Bandzul, dated August 25, 1947, duly recorded in Book 7177, Page 403, and one to Dorothy B. Davis, dated November 5, 1947, duly recorded in Book 7213, Page 44.

So much of the above described land as is included within the area marked Sewer Easement, approximately shown on said first mentioned plan, is subject to a sewer easement as set forth in a taking by the Town of Lexington, dated July 2, 1948, duly recorded in Book 7311, Page 107.

Said lot 11 is subject to the flow of a natural water course running through the same and shown on said first mentioned plan as South Branch of Vine Brook.

So much of the above described land as is included within the limits of the ditch, shown on said first mentioned plan, is subject to such rights as may exist at the date of original decree (September 3, 1958).

No. 113382 Cont'd.

And it is further certified that said land is under the operation and provisions of Chapter 185 of the General Laws, and any amendments thereto, and that the title of said

Alfred P. Tropeano and Wilbur C. Nylander, Trustees as aforesaid

to said land is registered under said Chapter, subject, however, to any of the encumbrances mentioned in Section forty-six of said Chapter, and any amendments thereto, which may be subsisting, and subject also as aforesaid.

WITNESS, JOHN E. FENTON, Esquire, Judge of the Land Court, at Cambridge, in said County of Middlesex, the     eighth     day of     January     the year nineteen hundred and     sixty-four at     2     o'clock and     20     minutes in the after - noon.

Attest, with the Seal of said Court,

Assistant Recorder

Address of owner as: 114 Waltham Street, Lexington, Mass.

(Land Court Case No.  27677     )

FORM NO. 27 LC 1000-7-61

40/1/72

# MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE. No. 113382

| DOCUMENT NUMBER | KIND OF | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | DATE OF REGISTRATION YEAR/MONTH | D. | H. | M. | A.M./P.M. | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 361093 | Taking | Town of Lexington | Taking of easement for alteration and Relocation of part Waltham Street, with right to slope. Pl with Doc. | 1959 | 1959 Apr. | 13 | 17 | 10 | 10 AM | | |
| 363436 | Grant of Easements | Torsten H. Reenstierna Tr. to Town of Lexington | Granting perpetual rights and easements in, through and under Worthen Road   See Doc. | 1961 | 1961 Apr. | | | | | Bradley G. Brady | |
| 363437 | Mortgage | Suffolk Franklin Savings Bank | $100,000. Principal and Interest payable as stated in mortgage, covering this and other land. | 1961 | 1961 Feb. 15 | 17 | 2 | 55 | PM | | February 14, 199? DISCHARGED BY DOCUMENT NO. 417818 |
| 412559 | Grant of Easement | Alfred P. Tropeano et al Trs. to Mystic Valley Gas Company | Perpetual right and easement across, through and under within described land.   See Doc. | 1964 Oct. 29 | 1964 Nov. | 10 | 8 | 40 | AM | | |
| 415806 | Amendment &c. | | Amending Declaration of Trust Document No.401177.   See Doc. | 1965 Feb. 12 | 1965 Feb. | 26 | 11 | 20 | AM | | |
| 415807 | Mortgage | National Shawmut Bank of Boston | $1,100,000. Principal and Interest payable as stated in mortgage. Lot 10 | 1965 | 1965 Feb. | 26 | 11 | 20 | AM | Bradley G. Brady | February 14, 1991 DISCHARGED BY DOCUMENT NO. 837737  Asst. Recorder |
| 415808 | Financing Statement | Alfred P. Tropeano et al Trs. National Shawmut Bank of Boston | See Document | – – | 1965 Feb. | 26 | 11 | 20 | AM | | February 14, 1991 TERMINATED BY DOCUMENT NO. 837737  Asst. Recorder |
| 437323 | Attachment | John Alberico | $20,000. Middlesex Superior Court. | 1966 Sept. 29 | 1966 Sept. | 29 | 11 | 45 | PM | | 19?? DISCHARGED BY DOCUMENT NO. 768765  Asst. Recorder |
| 437465 | Assignment | Cambridge Savings Bank and Arlington Five Cents Savings Bank | Assigning Mortgage Document No. 415807. | 1966 Sept. 28 | 1966 Oct. | 3 | 2 | 52 | PM | a. A. Buckley | AGING |
| 437467 | Assignment of Rents &c. | Alfred P. Tropeano et al Trs. Arlington Five Cents Savings Bank and Cambridge Savings Bank | General Assignment of rents &c.   See Doc. | 1966 Oct. 3 | 1966 Oct. | 3 | 2 | 52 | PM | | February 14, 199? RELEASED BY DOCUMENT NO. 837737  Asst. Recorder |
| 437468 | Assignment | Arlington Five Cents Savings Bank and Cambridge Savings Bank | Assigning Financing Statement Document No. 415808. | 1966 Sept. 28 | 1966 Oct. | 3 | 2 | 52 | PM | | |

(SEE OVER)

# MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE. No. 113382

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | YEAR & MONTH | D. | H. | M. | A.M. P.M. | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 452111 | Attachment | Raymond Peters | $20,000, Middlesex Superior Court. | 1968 | 1968 | | | | | | April 15, 1977 DISCHARGED BY DOCUMENT NO. 554622 _____ Asst. Recorder Acting |
| | | | | Jan. 29 | Jan. 29 | 1 | 30 | | PM | O. X. Scribly    ACTING | |
| 494208 | Mortgage | Alfred P. Tropeano et al | See Document | 1966 | 1972 | | | | | | May 2, 1977 DISCHARGED BY DOCUMENT NO. 555273 _____ Asst. Recorder ACTING |
| | | | | Sept. 28 | Jan. 31 | 1 | 45 | | PM | | |
| 510655 | Order | Town of Lexington | Taking of easement in Worthen Road. | 1973 | 1973 | | | | | | |
| | | | P1, with Doc. | May 7 | May 10 | 11 | 20 | | AM | | |
| 518612 | Grant of Easement | Mystic Valley Gas Company Boston Gas Company | Granting easement acquired under Document No. 412559.             See Doc. | 1973 | 1973 | | | | | | |
| | | | | Dec. 20 | Dec. 21 | 3 | 50 | | PM | | |
| 554621 | Order of Court | | Amending this certificate by striking therefrom the following language beginning with "Portions of the above described land" and ending with "duly recorded in Book 7213, Page 44." | 1968 | 1977 | | | | | | |
| | | | | Dec. 18 | Apr. 15 | 11 | 50 | | AM | _____ Acting | |
| 555223 | Votes and Par. Rel. | Alfred P. Tropeano et al Trs. | Rel. lot is as included in Mortgage Document No. 415807. P1 in Ld. Ct. | 1976 | 1977 | | | | | | |
| | | | | July 8 | May 5 | 12 | 2 | | PM | _____ Acting | |
| 563557 | Statement of Conditions and Agmt. | Alfred P. Tropeano et al Trs. with Planning Board of the Town of Lexington | Imposing certain conditions on lots 16 thru 24, Plan No.2767PH.             See Doc. | 1977 | 1977 | | | | | | |
| | | | | Mar. 3 | Nov. 9 | 11 | 16 | | AM | _____ Acting | |
| 563707 | Grant of Easement | Alfred P. Tropeano et al Trs. to Town of Lexington | Perpetual rights and easements in, through and under Ryder Lane and drainage easement on lots 16, 19, 20 and 22 on Plan No.2767PH. | 1977 | 1977 | | | | | | |
| | | | | Mar. 3 | Nov. 9 | 3 | 35 | | PM | _____ Acting | |
| 564010 | Grant of Easement | Alfred P. Tropeano et al Trs. N. E. Tel. and Tel. Co. Boston Edison Company | Perpetual rights and easements for transmission of electricity in Ryder Lane and lots 16 thru 21 incl., lots 23 and 24 on Plan No.2767PH. | 1977 | 1977 | | | | | | |
| | | | | Nov. 17 | Nov. 18 | 1 | 0 | | PM | _____ Acting | |
| 577553 | Imposing of Restrictions | b) Alfred P. Tropeano et al Trs. | Imposing restrictions on lots 16 and 18 to 24 incl.. P1 in Bk.697, P.32             See Doc. | 1978 | 1978 | | | | | | |
| | | | | Oct. 6 | Nov. 3 | 1 | 15 | | PM | _____ Acting | |
| 578251 | Deed and Resvn. | Laurence J. Ansin | Conveying lot 18, this certificate cancelled as to said lot. P1 in Bk.697, P.32 | 1978 | 1978 | | | | | | See Certificate 156738 Book 913......Page 188 |
| | | | | Nov. 16 | Nov. 22 | 12 | 40 | | PM | _____ Acting | |

## MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE. No. 113382

BK.697    PG.32

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | DATE OF REGISTRATION | | | | | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | YEAR & MONTH 1978 | D | H | M | A.M. or P.M. | | |
| 578267 | Par. Rel. by | Planning Board of the Town of Lexington | Rel. lots 16 and 19 to 24 incl. from restrictions as to sale and buildings thereon as included in Document No. 566527. | 1978 Oct. 2 | Nov. 1978 | 21 | 2 | 45 | PM | (signature) Acting | |
| 578268 | Deed | Peter J. Camboureiis et ux | Conveying lot 16, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1978 Nov. 16 | Nov. 1978 | 21 | 2 | 45 | PM | (signature) Acting | See Certificate 156741 Book 913......Page 191 |
| 578269 | Deed | Arthur J. Ansin et ux | Conveying lot 20, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1978 Nov. 17 | Nov. 1978 | 21 | 2 | 45 | PM | (signature) Acting | See Certificate 156742 Book 913......Page 192 |
| 580352 | Deed | B. Roy Carlson et ux | Conveying lot 23, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1979 Jan. 16 | Jan. 1979 | 17 | 3 | 10 | PM | (signature) Acting | See Certificate 157177 Book 916.......Page 27 |
| 585017 | Par. Rel. by | Alfred P. Iroquano et al Trs. | Approval of plans for lot 24 in compliance with Restrictions Document No. 577553. | 1979 May 31 | June 1979 | 1 | 11 | 42 | AM | (signature) Acting | |
| 585018 | Deed | Joel H. Greenstein, Jr. | Conveying lot 24, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1979 May 31 | June 1979 | 1 | 11 | 42 | AM | (signature) Acting | See Certificate 158094 Book 920......Page 144 |
| 590248 | Deed | Nicholas A. LaFauci et ux | Conveying lot 19, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1979 Oct. 3 | Oct. 1979 | 5 | 3 | 27 | PM | (signature) Acting | See Certificate 159304 Book 926......Page 154 |
| 591520 | Deed | Sidney Muhlowitz et al Trs. | Conveying lot 22, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1979 Nov. 9 | Nov. 1979 | 9 | 1 | 10 | PM | (signature) Acting | See Certificate 159572 Book 929.......Page 22 |
| 594568 | Par. Rel. by | Alfred P.Iroquano et al Irs. | Approval of plans for lot 21 in compliance with restrictions Document No. 577553. | 1980 Feb. 8 | Feb. 1980 | 8 | 1 | 55 | PM | (signature) Acting | " " |
| 594569 | Deed | Eugene C. Roberts, III | Conveying lot 21, this certificate cancelled as to said lot. Pl. in Bk.697, P.32 | 1980 Feb. 8 | Feb. 1980 | 8 | 1 | 55 | PM | (signature) Acting | See Certificate 160137 Book 930......Page 187 |
| 608020 | Order of Conditions | Lexington Conservation Commission | See Document | 1981 – – | Mar. 1981 | 24 | 10 | 20 | AM | (signature) Acting | |

(SEE OVER)

FORM NO. 30 LC

# MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE. No.113382

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | DATE OF REGISTRATION | | | | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | YEAR & MONTH | D. | H. | M. A.M. or P.M. | | |
| 620093 | Amendment &c | | Amending Declaration of Trust Document No.401177 by appointing Louis Tropeano and Laurence L. Tropeano, Trustees and acceptance.      See Doc. | 1982 Feb. 5 | 1982 Feb. | 11 | 9 | 55 AM | Acting | |
| 642366 | Order of Taking | Town of Lexington | For laying out Ryder lane, Pl. with Doc. | 1983 June 20 | 1983 June | 28 | 10 | 55 AM | | March 11, 1993   D: CHARGED BY DOCUMENT NO. 898001  Asst. Recorder   March 11, 1993 ... BY DOCUMENT NO. 898002 ... |
| 697428 | Mortgage | John Hancock Mutual Life Insurance Company | $2,500,000. as stated in mortgage. | 1985 Dec. 31 | 1985 Dec. | 31 | 2 | 0 PM | | |
| 697429 | Assignment | John Hancock Mutual Life Insurance Company | Assignment of rents &c under Mortgage Document No. 697428. | 1985 Dec. 31 | 1985 Dec. | 31 | 2 | 0 PM | | |
| R84401 | Amendment | | Amending Declaration of Trust Document No. 401177 by Appointment of Philip L. Tropeano as Trustee and Acceptance. | 1992 Aug. 6 | 1992 Oct. | 20 | 1 | 19 PM | | |
| R84400 | Certificate of Death | | Certifying death of Wilbur Conrad Wilander | -- -- | 1992 Oct. | 20 | 1 | 19 PM | | |
| 890838 | Municipal Liens Certificate | Town of Lexington | See Document | 1992 Nov. 27 | 1992 Dec. | 21 | 12 | 47 PM | | |
| 890839 | Trustee's Certificate and Mortgage | Lexington Savings Bank | $3,000,000. as stated in mortgage, covering lot 14 Plan No. 27677. | 1992 Dec. 21 | 1992 Dec. | 21 | 1242 | PM | | |
| 890840 | Assignment | Lexington Savings Bank | Assignment of rents &c. under Mortgage Document No. 890839. | 1992 Dec. 21 | 1992 Dec. | 21 | 1242 | PM | | |
| 1124253 | Agreement and Trustees Certificate | UStrust with Philip L. Tropeano et al Trs. | Amending Mortgage Document No.890839. | 1999 Nov. 4 | 1999 Nov. | 17 | 2 | 55 PM | | |
| 1127941 | Certificate of Death | | Certifying death of Alfred P.Tropeano on August 5, 1997. | -- -- | 2000 Jan. | 5 | 12 | 06 PM | | |

(SEE OVER)

## MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE. NO. 113382

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | DATE OF REGISTRATION | | | | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | YEAR & MONTH | D. | H. | M. | A.M. or P.M. | | |
| 1127942 | Amendment &c. | | Amending Declaration of Trust Document No. 401177 by appointing Mary C. Gannett, Trustee and to acceptance. | 1998 Oct. 8 | 2000 Jan. | 5 | 12 | 06 | PM | |
| 1147001 | Certificate of Death | | Certifying death of Louis Tropeano on April 1, 1993. | – – | 2000 Aug. | 18 | 1 | 44 | PM | |
| 1147002 | Municipal Liens Certificate | Town of Lexington | See Document | 2000 July 31 | 2000 Aug. | 18 | 1 | 44 | PM | |
| 1147003 | Mortgage and Trustee's Certificate | Citizens Bank of Massachusetts | $1,000,000. as stated in mortgage, covering lot 14. | 2000 Aug. 15 | 2000 Aug. | 18 | 1 | 44 | PM | |
| 1147004 | Financing Statement | T & N Realty Trust to Citizens Bank of Massachusetts | See Document | – – | 2000 Aug. | 18 | 1 | 44 | PM | |
| 1166278 | Release | | Releasing Estate Tax Lien (Alfred P. Tropeano, Estate) | 2000 Sept. 18 | 2001 Mar. | 28 | 2 | 54 | PM | |
| | 2-28-03-125663) APMT4C | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(SEE OVER)

FORM NO. 30 LC 2M 1-68

## DECLARATION OF TRUST

WHEREAS it is proposed to form a trust relating to the purchase, holding, improvement, development and management of various parcels of real estate, together with the investment and management of proceeds from the same and any other property, and to accomplish this to build, erect, tear down, repair, remodel, enlarge, rebuild and operate buildings, grade and landscape grounds of every description:

WHEREAS the Trustees hereunder named will by deed acquire title to certain real estate situated in Lexington, Middlesex County, Massachusetts, which deed will be recorded herewith;

NOW, THEREFORE, WE, ALFRED P. TROPEANO of Lexington, Middlesex County, Massachusetts, and WILBUR C. NYLANDER, of Belmont, Middlesex County, Massachusetts hereby declare that we hold the said real estate and any and all other property of whatever nature, both real and personal, however described and wherever located which may hereafter be conveyed or come to us as Trustees under the Trust for the following purposes:

### I - TITLE OF TRUSTEES

The title of the Trustees hereunder shall be The T & N Realty Trust, and any property conveyed, sold or leased to them under that description shall be held under this instrument.

### II - POWERS OF TRUSTEES

(a)  To acquire any parcels or parcel of real estate or interest therein, and manage, lease, develop, improve, and hold, mortgage or sell the same.

(b)  To enter into, execute, adopt, and fulfill any contract for the erection, alteration, or repair of any structure upon real estate.

(c)  To act as agents or trustees in the care and management of real and personal property committed to it by deed of trust or otherwise; to receive for investment the funds of any person, firm, or corporation or association, and to pay out the same as directed by such person, firm,

corporation, or association, and to deal and trade in stocks, bonds, securities,
goods, wares, and merchandise of every description.

(d)  To have, purchase, convey, mortgage, and lease within or without
the Commonwealth of Massachusetts such real or personal property as the
purposes of the Trust may require.

(e)  To do any and all of the things as Trustees to the same extent
and as fully as natural persons might or could do as principals, agents,
contractors, trustees, developers, even though said express powers do not
explicitly appear in this Declaration of Trust.

III - SHAREHOLDERS

There are shareholders other than the Trustees named.  The term
"shareholder" used in this instrument shall mean the holder of a certificate
of a share or shares issued under this Trust according to the records of the
Trustees.  Every such holder of a share or shares becomes a party hereto upon
receiving a certificate therefor and ceases to be a party hereto upon parting
with the same.  The death of any shareholder during the continuance of this
Trust shall not operate to determine the Trust nor shall it entitle the legal
representative of such deceased shareholder to an account or to take any action
in the courts or otherwise against the Trust or the Trustees; but the executors,
administrators, or assigns of the decedent shall accede to all the rights of
the decedent under this Trust upon proper proof of title.  Shares shall be
transferable as against the Trustees only on the books of the Trustees and
upon the surrender of the outstanding certificate; and until such transfer the
Trustees may deal with the record owner thereof and such dealings shall be
conclusive upon all the parties.

IV - LIMITATIONS OF POWERS OF TRUSTEES

The Trustees shall have no power to act as agent for beneficiaries
hereunder and shall not bind them, any person or corporations contracting with
the Trustees shall look only to the funds and property of this Trust for

- 2 -

payment under said contract, or for payment of any debt, mortgage, damage, judgment or decree, or for any money that otherwise may become due or payable by reason of any failure on the part of the Trustees, and neither the Trustees nor the beneficiaries under this instrument, either present or future, shall be personally liable therefor, nor shall the beneficiaries be liable for any act or obligation of the Trustees hereunder.

## V - COMPENSATION OF TRUSTEES

In addition to all reasonable and proper expenses incurred as hereinbefore provided for the management of this Trust, the Trustees shall receive reasonable compensation for their services in said management.

## VI - BOOKS OF ACCOUNT

The Trustees shall at all times keep full and proper books of account and records of their proceedings and doings, and a book showing the names and addresses of all shareholders hereunder, and the number of shares held by each, and all said books shall be open for the inspection of the shareholders at all reasonable times.

## VII - RESIGNATION AND SUCCESSION OF TRUSTEES

Any Trustee hereunder or any successor may resign his Trust hereunder by written instrument, signed by him and acknowledged in the manner and form as required for the acknowledgment of deeds, such resignation to take effect when such instrument is recorded with Middlesex South Registry of Deeds. Upon resignation of a Trustee hereunder, he may appoint his successor by the instrument containing his resignation. In case of the death or disability of a Trustee hereunder, the shareholders under this Trust may elect a Trustee to fill the vacancy caused by such death or disability. A certificate of the election of such succeeding Trustee shall be filed in the said Registry of Deeds for Middlesex County, within thirty (30) days after election. The Trust Fund shall immediately vest in the succeeding Trustee upon such appointment or election and he shall thereupon hold the same with all the powers and duties thereby given.



## VIII - BOND AND PERSONAL LIABILITY OF TRUSTEES

No bond shall ever be required of the Trustees hereunder, and the Trustees and/or succeeding Trustees shall be responsible only for his own wilful breach of trust or misfeasance, and shall not be liable for any act or default of any co-trustee or agent.

## IX - ALTERATION OF THE TRUST

The shareholders may alter or add to this Trust Indenture or terminate this Trust if they deem it judicious so to do.  The instrument setting forth such alteration, addition, termination shall be signed by the Trustees and shall set forth the vote of the shareholders authorizing said change, but the same shall be ineffectual until recorded in said Middlesex South District Registry of Deeds.

## X - DURATION AND TERMINATION

Upon the expiration of twenty (20) years from date hereof, or at such earlier time as hereinbefore provided, the Trustees shall terminate this Trust, and convey the property or distribute the proceeds among the beneficiaries ratably, or their heirs, executors, and administrators, after paying the Trustees' obligations, charges and expenses; but it shall be the duty of the Trustees, and their power shall continue for that purpose, to prosecute and defend all suits and other proceedings pending at time of such termination, and to sell and convey the net proceeds of any property acquired thereby and terminate this Trust, but the Trustees may always retain such funds or property of the Trust as they shall deem necessary to indemnify them because of costs and expenses of such proceedings, and against such decrees or judgments as have been or may be entered against them.

PROVIDED, HOWEVER, and it is especially declared, that the Trustees shall be under no obligation to terminate this Trust or convey the Trust Fund, except as hereinbefore provided.

IN WITNESS WHEREOF, We, the said Alfred P. Tropeano and Wilbur C. Wylander, Trustees as aforesaid, hereunto set our hands and seals this 26th day

- 4 -

of June, 1962.

_Alfred P. Tropeano_
Individually and as Trustee as aforesaid

_Wilbur C. Nylander_
Individually and as Trustee as aforesaid

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                      June    26 , 1962

Then personally appeared the above-named Alfred P. Tropeano and

Wilbur C. Nylander, Trustees as aforesaid, and acknowledged the foregoing

instrument to be their free act and deed, before me

_Frederick J. Conroy_
Notary Public

My commission expires: December 5, 1964

- 5 -



Commonwealth of Massachusetts

So. Middlesex Land Court
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

JAN - 8 1964

Noted on Cert. by...
Reg. Bk.........
Clerk.........
Edmund C. Buckley
Ass't Recorder

T & N REALTY TRUST

Po 4.00

FROM THE OFFICE OF

ALFRED P. TROPEANO

ATTORNEY AND COUNSELLOR AT LAW

THE PROFESSIONAL BUILDING

114 WALTHAM STREET

LEXINGTON 73, MASS.

Exhibit C

### THE T & N REALTY TRUST AMENDMENT

WHEREAS by Article IX it is provided for the alteration of the T & N Realty Trust; and

WHEREAS by a meeting of all the shareholders of said Trust the Trustees were duly authorized to amend and alter the Trust as hereunder set forth,

NOW, THEREFORE, THIS AMENDMENT.

Alfred P. Tropeano of Lexington and Wilbur C. Nylander of Belmont, both of Middlesex County, Massachusetts, Trustees under an Indenture of Trust entitled "The T & N Realty Trust" dated the 26th day of June, 1962, filed with the Land Registration Office for the Middlesex South Registry District as Document No. 401177, in accordance with the unanimous vote of all the shareholders hereby change and amend said Trust as follows:

By striking out under Article VII entitled "Resignation and Succession of Trustees" the third sentence thereof, namely, "A certificate of the election of such succeeding Trustee shall be filed in the said Registry of Deeds for Middlesex County within thirty (30) days after election" and substituting in lieu thereof "A certificate of the election of such succeeding Trustee shall be filed with the Land Registration Office for the Middlesex South Registry District."

By striking out Article IX as it appears therein and substituting in lieu thereof the following: "IX. Alteration of the Trust. By a majority vote of the shareholders having attained the age of 21 or more or the Trustees may alter or add to this Trust Indenture or terminate this Trust if they deem it judicious so to do. The instrument setting forth such alteration, addition, termination shall be signed by the Trustees and shall set forth the vote of the shareholders authorizing said change, and a statement by the Trustees to that effect shall be conclusive and binding on all persons, but the same shall be ineffectual until filed with the Land Registration Office for the Middlesex South Registry District."

Under Article X "Duration and Termination" by striking out "Upon the expiration of twenty (20) years from the date hereof" and substituting in its place "Upon the expiration of twenty (20) years after the death of the survivor of Alfred P. Tropeano and of Wilbur C. Nylander."

Notwithstanding anything to the contrary appearing in the said Trust, the said Trust is amended or added to as follows: In addition to the powers therein granted and without limiting the generality of the foregoing, the Trustees may borrow money in the name of the Trust and give as security therefor notes, mortgages, pledges, security agreements and any and all other instruments that the Trustees in their discretion may consider expedient with all terms, provisions and conditions in and to all instruments to be left to the absolute discretion of the Trustees and even though the obligation or obligations which said mortgage or mortgages secure extend beyond the period for the duration of the Trust. Excepting as herein amended, modified or amplified the aforesaid Indenture of Trust is hereby confirmed.

IN WITNESS WHEREOF, we, the said Alfred P. Tropeano and Wilbur C. Nylander, Trustees as aforesaid, hereunto set our hands and seals, this 12th day of February, 1965.

_Alfred P. Tropeano_

_Wilbur C. Nylander_
Trustees as aforesaid

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                    February  12  , 1965

Then personally appeared the above-named Alfred P. Tropeano and Wilbur C. Nylander, individually and as Trustees aforesaid, and acknowledged the foregoing instrument to be their free act and deed, before me

_____
Notary Public
My commission expires: Jun 30, 1971

- 2 -



DOCUMENT NO. 415040

Commonwealth of Massachusetts

T & H Realty Trust Amendment

So. Middlesex Land Court
Registry District
REC'D FOR REGISTRATION
AL

FEB 26 1985
Posted on Cert. No. 119382
Reg. Bk. P 352
Clerk.

Edmund C. Buckley
Ass't Recorder

FROM THE OFFICES OF

ALFRED P. TROPEANO
ATTORNEY AND COUNSELLOR AT LAW
THE PROFESSIONAL BUILDING
114 WALTHAM STREET
LEXINGTON 73, MASS.

## T & N REALTY TRUST

### AMENDMENT TO TRUST

ALFRED P. TROPEANO, of Lexington, County of Middlesex and Commonwealth of Massachusetts, and WILBUR C. NYLANDER, of Belmont in said County and Commonwealth, Trustees of T & N Realty Trust dated June 26, 1962, and registered January 8, 1964, being Document #401177, filed in the Land Registration Office of South Registry District and referred to in Certificate 113382, Book 697, Page 32, in accordance with Article IX and by vote of the beneficiaries (sometimes referred to in said trust as Shareholders) hereby amend said trust as follows:

A.    The word "Shareholder and the word Beneficiaries" have been interchangeably used in this trust and the word shareholder(s) should have been beneficiary(ies) and, therefore, this amendment corrects the same as follows:

    (1)    The words "shareholder(s) appearing in Articles III, VI, VII, IX and any other article where the said word appears are deleted and the word beneficiary or beneficiaries inserted in lieu thereof.

    (2)    The word beneficiaries appearing in Articles IV and X are affirmed.

B. Article III is hereby deleted and the following inserted in lieu thereof:

Article III – Beneficiaries

The beneficiaries are the successors to a partnership organized January 8, 1955, and modified and confirmed by the co-partners being Alfred P. Tropeano, Wilbur C. Nylander, Louis Tropeano, Joseph C. Tropeano, and Philip L. Tropeano referred to in a written co-partnership agreement dated January 8, 1964, named "Captain Parker Arms".

C.  Article X – Duration and Termination

By striking out "Upon the expiration of twenty (20) years from the date hereof" and inserting in lieu thereof: "Upon the expiration of 10 years from the date of death of the survivor of the five co-partners referred to in Article III above.

D.  By adding Article XI  "Trustees"

In addition to the trustees Alfred P. Tropeano and Wilbur C. Nylander, Louis Tropeano and Laurence L. Tropeano, both of said Lexington, are elected and appointed as trustees.

-2-

E.  By adding Article XII  "Signatures"

(1)  The signature of two trustees shall be required

on all deeds, mortgages, notes, agreements for

sale or purchase of land and of leases.

(2)  The signature of one trustee shall be required on

all checks either as maker or endorser.

Except as herein modified, the trust is by vote hereby

affirmed.

IN WITNESS WHEREOF,  we ALFRED P. TROPEANO and WILBUR C.

NYLANDER have hereunder set our hands and seals on this fifth day

of February, 1982.

_____
ALFRED P. TROPEANO, Trustee

_____
WILBUR C. NYLANDER, Trustee


COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                    February 5, 1982

Then personally appeared the above-named Alfred P. Tropeano
and Wilbur C. Nylander and acknowledged the foregoing to be their
free act and deed, before me

_____
Notary Public
My commission expires: 2-13-87

-3-

## ACCEPTANCE BY TRUSTEES

We the undersigned LOUIS TROPEANO and LAURENCE L. TROPEANO being the elected trustees herein named hereby accept our appointment and election as said Trustees.

_____
LOUIS TROPEANO

_____
LAURENCE L. TROPEANO

5-5

620093

T & N REALTY TRUST

AMENDMENT TO TRUST

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

AT ____ 9 __H 55 M ___ P ___ M

FEB 1 1 1992 11332

NOTED ON CERT. NO. 697 PAGE 32

REG BK. ____

CLERK ____ JOHN F. ZAMPARELLI
ASSISTANT RECORDER

20.00
20.00
60.00

ALFRED P. TROPEANO
ATTORNEY AND COUNSELLOR AT LAW
THE PROFESSIONAL BUILDING
114 WALTHAM STREET
LEXINGTON, MASSACHUSETTS 02173

Endorsed By QUATTROCCH
Checked By

REGISTRANT
Alfred P. Tropeano        862-1773
NAME                      TEL
114 Waltham St.
STREET ADDRESS
Lexington    Mass 02173
CITY OR TOWN

Exhibit E

8 3 4 4 0 1

## T & N REALTY TRUST

## AMENDMENT TO TRUST

ALFRED P. TROPEANO, LOUIS TROPEANO AND LAURENCE L.
TROPEANO all of Lexington, County of Middlesex and Commonwealth of
Massachusetts (for appointment and acceptance of Louis Tropeano
and of Laurence L. Tropeano, see Doc. No. 620093) Trustees of
T & N Realty Trust dated June 26, 1962, and registered January 8,
1964 being Document No. 401177, filed in the Land Registration
Office of South Registry District and referred to in Certificate
113382, Book 697, Page 32, in accordance with Article IX and by
vote and assent of the beneficiaries hereby amend said trust as
follows:

ARTICLE XI: In addition to Trustees named above, Philip
L. Tropeano of Beverly, MA and Peter Tropeano of said
Lexington are elected and appointed as Trustees.

Except as herein modified, the trust is hereby
affirmed.

IN WITNESS WHEREOF, we ALFRED P. TROPEANO, LOUIS
TROPEANO and LAURENCE L. TROPEANO have hereunder set our hands
and seals on this sixth day of August, 1992.

_____
ALFRED P. TROPEANO, Trustee

_____
LOUIS TROPEANO, Trustee

_____
LAURENCE L. TROPEANO, Trustee

- 1 -

8 8 4 4 0 1

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss                                    August 6, 1992

Then personally appeared the above-named Alfred P. Tropeano and acknowledged the foregoing to be his free act and deed, before me.

Notary Public
My commission expires: 1-28-94

- 2 -

884401

## ACCEPTANCE BY TRUSTEES

We the undersigned PHILIP L. TROPEANO and PETER TROPEANO
being the elected trustees herein named hereby accept our
appointment and election as said Trustees.

_____
PHILIP L. TROPEANO

_____
PETER TROPEANO

8 8 4 4 0 1

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION
ON 10/20/92 AT 01:19:12 60.00 JMS
NOTED ON:
CERT 0113902 BK 697 PG 32

862-1773

BANK    ALFRED P. TROPEANO, ESQ.    TEL.
THE PROFESSIONAL BUILDING
STREET ADDRESS    114 WALTHAM STREET

4 - 4

: 1 2 7 9 4 2

### T & N REALTY TRUST

### AMENDMENT TO TRUST

LAURENCE L. TROPEANO and PETER TROPEANO, both of Lexington, Middlesex County, Massachusetts (for appointment and acceptance of Laurence L. Tropeano see Document No. 620093, for Peter Tropeano see Document No. 884401) and PHILIP L. TROPEANO, of Beverly, Essex County, Massachusetts (for appointment and acceptance of Philip L. Tropeano see Document No. 884401) Trustees of T & N REALTY TRUST under a Declaration of Trust dated June 26, 1962 and filed with the Middlesex South District Land Registration Office as Document No. 401177 and referred to in Certificate No. 113382 in Registration Book 697, Page 32, in accordance with Article IX and said Trust and by vote and assent of the beneficiaries hereby amend said trust as follows:

ARTICLE XI:  In addition to the Trustees named above, MARY C. GANNETT, of Essex, Essex County, Massachusetts is elected and appointed as a Trustee.

Except as herein modified, the trust is hereby affirmed.

IN WITNESS WHEREOF, we, LAURENCE L. TROPEANO, PETER TROPEANO, and PHILIP L. TROPEANO, being all the remaining Trustees, (Alfred P. Tropeano, Wilbur C. Nylander, Louis Tropeano and Joseph C. Tropeano, all being deceased) have hereunder set our hands and seal

1 1 2 7 9 4 2

seals this ___ October, 1998.

_____
Laurence L. Tropeano, Trustee

_____
Peter Tropeano, Trustee

_____
Philip L. Tropeano, Trustee


### ACCEPTANCE BY TRUSTEE

I the undersigned MARY C. GANNETT being the elected Trustee
herein named, hereby accepts my appointment and election as said
Trustee.

_____
Mary C. Gannett


### COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                    October, Y, 1998

Then personally appeared the above name Laurence L. Tropeano
and acknowledged the foregoing to be his free act and deed, before
me

_____
Anthony L. Mancini-Notary Public
My commission expires:  1-12-01

1 1 2 7 9 4 2

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

ON 01/05/00 AT 12:06:33 $0.00 JMS

NOTED ON:
CERT 0113382    BK    597    PG    92

ANTHONY L. MANCINI, ESQ.
114 Waltham St.

## The T & N Realty Trust

### Appointment Of Trustees

### Trustees Powers and Authority

T & N Realty Trust was created by Declaration of Trust dated June 26, 1962, as amended, filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section.

The undersigned hereby certify that the Trustees of the said T & N Realty Trust are the following named persons:

1. Charlene Dorman of Menlo Park, CA ;
2. Mary Carol Tropeano of Wenham, MA.; *f/k/a Mary C. Gannett
3. Laurence Tropeano of Lexington, MA;
4. Peter L. Tropeano of Lexington, MA; and
5. Philip L. Tropeano of Beverly, MA.

The signatures of any three trustees only shall be required on all deeds, mortgages, loans, contracts, and other instruments relating to the conduct of the business of the Trust. The Trustees shall further be authorized to designate any two trustees to sign checks, make deposits, and perform such other duties as directed by the said Trustees.

Witness our hands and seals this 4th day of January, 2002

Charlene Dorman
Charlene Dorman

Peter L. Tropeano
a/k/a Peter Tropeano

Mary Carol Tropeano
f/k/a Mary C. Gannett

Philip L. Tropeano
Philip L. Tropeano

Laurence Tropeano
a/k/a Laurence L. Tropeano

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                    January 4, 2002

/f/k/a Mary C. Gannett
        Personally appeared the above named Mary Carol Tropeano, Trustee as aforesaid and
acknowledged the foregoing instrument to be her free act and deed, before me

                                            Frederick J. Conroy - Notary Public
                                            My Commission Expires December 1, 2006

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                    January 4, 2002

        Personally appeared the above named Peter L. Tropeano, Trustee as aforesaid and
acknowledged the foregoing instrument to be his free act and deed, before me

                                            Frederick J. Conroy - Notary Public
                                            My Commission Expires December 1, 2006

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                    January 4, 2002

        Personally appeared the above named Philip L. Tropeano, Trustee as aforesaid  and
acknowledged the foregoing instrument to be his free act and deed, before me

                                            Frederick J. Conroy - Notary Public
                                            My Commission Expires December 1, 2006

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                    January 4, 2002

        Personally appeared the above named Laurence Tropeano Trustee as aforesaid and
acknowledged the foregoing instrument to be his free act and deed, before me

                                            Frederick L. Conroy - Notary Public
                                            My Commission Expires December 1, 2006

DIRECTED, VOTED, ACCEPTED AND
ASSENTED TO

Charlene Dorman
Charlene Dorman, Trustee

Mary Carol Tropeano, Trustee
f/k/a Mary C. Gannett

Peter L. Tropeano, Trustee

Philip L. Tropeano, Trustee

Laurence Tropeano, Trustee

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                              January 4, 2002

Personally appeared the above named Charlene Dorman, Trustee as aforesaid and
acknowledged the foregoing instrument to be her free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

121347

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION
ON 06/03/02 AT 01:00:40 PM
THE WITHIN DEED THE
NOTED ON:
CERT B113665

DOCUMENT 1213445

Return to:
Frederick J. Conroy, Esquire
Box 338

781·862·8060

## The T & N Realty Trust

### Resignation Of Trustee

I, Laurence L. Tropeano of Lexington, Massachusetts, hereby resign as Trustee of T & N Realty Trust under Declaration of Trust dated June 26, 1962, as amended, filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect when filed for record with said Registry of Deeds

Witness my hand and seal this 16th day of May 2002.

Laurence L. Tropeano

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                    May 16, 2002

Personally appeared the above named Laurence L. Tropeano and acknowledged the foregoing instrument to be his free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2001
2006

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

ON 06/07/02 AT 01:30:41    50.00 IMG

NOTED ON:
CERT 0113582    BK    697    PG    22

DOCUMENT 1213450

Return to:
Frederick J. Conroy, Esquire
Box 338

781-862-8060

**1256631**

Page 1 of 3

## The T & N Realty Trust

### Appointment of Trustees

T & N Realty Trust was created by written Declaration of Trust dated June 26, 1962, as amended, filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. The Trustees of said Trust are the following named persons:

Charlene Dorman
320 Arlington Way
Menlo Park, CA 94025

Philip L. Tropeano
73 Lothrop Street
Beverly, MA 01915

Mary Carol Tropeano
12 Eddel Avenue
Wenham, MA 01984

Todd Dorman
25 W. 70th Street - Apt 2A
New York, NY 10025

Peter Tropeano
19 Revere Street
Lexington, MA 02420

Witness our hands and seals this 4th day of November 2002.

*Directed, Voted, Accepted and Asserted to*

_Charlene Dorman_
Charlene Dorman, Trustee

_Todd Dorman_
Todd Dorman, Trustee

_Philip L. Tropeano_
Philip L. Tropeano, Trustee

_Peter Tropeano_
Peter Tropeano, Trustee

_Mary Carol Tropeano_
Mary Carol Tropeano, Trustee

### COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                              November 4, 2002

Personally appeared the above named Charlene Dorman, Philip L. Tropeano and Peter Tropeano, trustees as aforesaid, and acknowledged the foregoing instrument to be their free act and deed, before me

_Frederick J. Conroy_
Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                              January 10, 2003

Personally appeared the above named Mary Carol Tropeano, trustee as aforesaid, and acknowledged the foregoing instrument to be her free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                              January 10, 2003

Personally appeared the above named Todd Dorman, trustee as aforesaid, and acknowledged the foregoing instrument to be his free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                January 10, 2003

      Personally appeared the above named Mary Carol Tropeano, trustee as aforesaid, and acknowledged the foregoing instrument to be her free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                January 10, 2003

      Personally appeared the above named Todd Dorman, trustee as aforesaid, and acknowledged the foregoing instrument to be his free act and deed, before me

Frederick J. Conroy - Notary Public
My Commission Expires December 1, 2006

Return to:
Frederick J. Conroy, Esquire
Box 338

DOCUMENT 1256631

33. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

ON 02/28/03 AT 12:55:06 100.00 EM

NOTED ON:
CERT 9113382 BK    697 PG 32



1278062
Page 1 of 8

r ACPT

## AMENDMENT & APPOINTMENT OF TRUSTEES OF THE T & N REALTY TRUST

WE, the undersigned duly authorized Trustees of the T & N Realty Trust, created by written Declaration of Trust dated June 26, 1962, as amended, and filed as Document #401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section, as directed by action of a majority vote of the beneficiaries of the T & N Realty Trust, acting by virtue of power granted by Amendment to Trust dated February 12, 1965, and filed as Document #415806 with Middlesex County Registry of Deeds, Southern District, Registered Land Section, hereby amend the Trust as follows and confirm the appointment of additional Trustees as follows:

1) That the number of Trustees of the T & N Realty Trust be changed from five to seven.

2) That additional Trustees, Lydia Dorman and Bianca Dorman be appointed Trustees.

3) That the signatures of any four trustees only shall be required on all deeds, mortgages, loans, contracts, and other instruments relating to the conduct of the business of the Trust. The Trustees shall further be authorized to designate any two trustees to sign checks, make deposits, and perform such other duties as directed by the said Trustees.

Directed, Voted, Accepted and Assented to,

WITNESS our hands and seal

6 - 16 - 03
Date

6/13/03
Date

6/16/03
Date

6.16.03
Date

Charlene Dorman, Trustee

Todd Dorman, Trustee

Lydia Dorman, Trustee          New

Bianca Dorman, Trustee          New

TTR
Philip L. Tropeano, TR.

**STATE OF CALIFORNIA**

County San Mateo                June 16 , 2003

Then personally appeared the above named **Charlene Dorman** and
acknowledged the foregoing instrument to be her free act and
deed, before me.


PATRICIA E. BENSON
COMM. # 1273279
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Aug. 7, 2004

Notary Public

My Commission Expires: Aug 7,04

**STATE OF NEW YORK**

County Queens                June 13 , 2003

Then personally appeared the above named **Todd Dorman** and
acknowledged the foregoing instrument to be his free act and
deed, before me.

Notary Public

My Commission Expires:

**STATE OF CALIFORNIA**

County San Mateo                June 16 , 2003

Then personally appeared the above named **Lydia Dorman** and
acknowledged the foregoing instrument to be her free act and
deed, before me.

PATRICIA E. BENSON
COMM. # 1273279
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Aug. 7, 2004

Notary Public

My Commission Expires: Aug 7,04

**STATE OF CALIFORNIA**

County San Mateo                June 16 , 2003

Then personally appeared the above named **Bianca Dorman** and
acknowledged the foregoing instrument to be her free act and
deed, before me.

Notary Public

My Commission Expires: Aug 7, 04

PATRICIA E. BENSON
COMM. # 1273279
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY

## VOTE OF MAJORITY OF BENEFICIARIES OF THE T & N REALTY TRUST

WE, the undersigned beneficiaries of the T & N Realty Trust, created by written Declaration of Trust dated June 26, 1962, as amended, and filed as Document #401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section, representing a majority vote of the beneficiaries of the T & N Realty Trust, by virtue of power granted by Amendment to Trust dated February 12, 1965, and filed as Document #415806 with Middlesex County Registry of Deeds, Southern District, Registered Land Section, hereby adopt the following votes:

**VOTED:**     That the number of Trustees of the T & N Realty Trust be changed from five to seven.

**VOTED:**     That additional Trustees, Lydia Dorman and Bianca Dorman be appointed Trustees.

**VOTED:**     That the signatures of any four trustees only shall be required on all deeds, mortgages, loans, contracts, and other instruments relating to the conduct of the business of the Trust. The Trustees shall further be authorized to designate any two trustees to sign checks, make deposits, and perform such other duties as directed by the said Trustees.

**VOTED:**     That four or more Trustees shall execute a recordable document evidencing this vote and record same at the Middlesex County Registry of Deeds, Southern District, Registered Land Section forthwith.

In all other manner, we hereby confirm and ratify the provisions of that original Trust Agreement dated June 26, 1962 as amended.

WITNESS our hands and seal

June 16 2003
Date

6/13/03
Date

6/16/03
Date

6/16/03
Date

Charlene Dorman
Charlene Dorman

Todd Dorman

Lydia Dorman

Bianca Dorman

**STATE OF CALIFORNIA**

County San mateo                June 16 , 2003

Then personally appeared the above named **Charlene Dorman** and acknowledged the foregoing instrument to be her free act and deed, before me.



Notary Public

My Commission Expires: Aug 7,04

PATRICIA E. BENSON
COMM. # 1273279
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Aug 7, 2004

STATE OF NEW YORK

County _Queens_                    June 13, 2003

Then personally appeared the above named **Todd Dorman** and
acknowledged the foregoing instrument to be his free act and
deed, before me.

Notary Public

My Commission Expires:

MAUREEN ADJODA
Notary Public, State of New York
No. 01AD6062597
Qualified in Queens County
Commission Expires August 13, 2005

**STATE OF CALIFORNIA**

County San Mateo                    June /6 , 2003

Then personally appeared the above named **Lydia Dorman** and
acknowledged the foregoing instrument to be her free act and
deed, before me.



**Notary Public**
**My Commission Expires:** Aug 7, 04

## STATE OF CALIFORNIA

County San Mateo                    June 16 , 2003

Then personally appeared the above named **Bianca Dorman** and
acknowledged the foregoing instrument to be her free act and
deed, before me.

Patricia E. Benson
**Notary Public**
**My Commission Expires:** Aug 7 04

PATRICIA E. BENSON
COMM. # 1273279
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Aug. 7, 2004

DOCUMENT 1278062

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

ON 06/19/03 AT 11:57:19 225.00 JMG

NOTED ON:

CERT 0113862    BK    697    PG    32

Kevin M. Sargis    781.863.0719
NAME                TEL.

STREET ADDRESS

CITY OR TOWN                ZIP

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Sander A. Rikleen

617.951.3355
*fax* 888.325.9550
srikleen@eapdlaw.com

September 21, 2006

Thomas M. Ciampa, Esq.
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA  02116

> Re:  Phillip L. Tropeano, et al. v. Charlene Dorman, et al.,
> U.S. Dist. Ct., Dist. of Mass., No. 03-CV-12231-RGS

Dear Tom:

I am still getting to know all of the papers in this case.

In light of the First Circuit ruling that your clients are deemed to have withdrawn from the partnership as of October 1, 2003, it seems that they should formally resign as Trustees of the Trust.  Accordingly, I enclose Resignation forms for each of your clients.

Can you have your clients sign these, get their signatures notarized, and return them to me at your earliest convenience?

Very truly yours,

Sander A. Rikleen

SAR/emt
Enclosures
cc:     Christine O'Connor, Esq.

BOS111 12074064.1

BOS111 12074064_1.DOC/SRIKLEEN

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

## RESIGNATION OF MARY CAROL TROPEANO AS TRUSTEE OF T&N REALTY TRUST

I, Mary Carol Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.


_____
Mary Carol Topeano (f/k/a Mary C. Gannett)


COMMONWEALTH OF MASSACHUSETTS   )
                                                                          )
COUNTY OF MIDDLESEX                               )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Mary Carol Topeano (f/k/a Mary C. Gannett), proved to me through satisfactory evidence of identification, being (check whichever applies):

□ driver's license or other state or federal governmental document bearing a photographic image,

□ oath or affirmation of a credible witness known to me who knows the above signatory, or

□ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that she signed it voluntarily for its stated purpose.


                                        _____
                                        Notary Public
                                        My Commission Expires:

## RESIGNATION OF PETER TROPEANO AS TRUSTEE OF T&N REALTY TRUST

I, Peter Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.


_____
Peter Topeano (a/k/a Peter L. Tropeano)


COMMONWEALTH OF MASSACHUSETTS   )
                                )
COUNTY OF MIDDLESEX             )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Peter Topeano (a/k/a Peter L. Tropeano), proved to me through satisfactory evidence of identification, being (check whichever applies):

☐ driver's license or other state or federal governmental document bearing a photographic image,

☐ oath or affirmation of a credible witness known to me who knows the above signatory, or

☐ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.


_____
Notary Public
My Commission Expires:

## RESIGNATION OF PHILIP L. TROPEANO AS TRUSTEE OF T&N REALTY TRUST

I, Phillip L. Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.

_____
Philip L. Topeano


COMMONWEALTH OF MASSACHUSETTS    )
                                 )
COUNTY OF MIDDLESEX              )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Philip L. Topeano, proved to me through satisfactory evidence of identification, being (check whichever applies):

□ driver's license or other state or federal governmental document bearing a photographic image,

□ oath or affirmation of a credible witness known to me who knows the above signatory, or

□ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires:

**Exhibit L**



*Town of Lexington*
**Assessor's Office**

Joseph H. Nugent Jr., Town Assessor

Tel: (781) 862-0500 x203
Fax: (781) 861-2733

December 4, 2006

**Delivered via facsimile (617-227-4420) & 1st class mail**
Edwards, Angell, Palmer & Dodge, LLP
Thomas W. Kirchofer
111 Huntington Avenue
Boston, MA  02199

RE:    125 Worthen Road
       Lexington, MA

Dear Attorney Kirchofer,

As per your request, I have attached a copy of the commitment for the above-mentioned property for fiscal year 2004.

The property in question has been marked with an asterisk. You will note that the land and building values are clearly defined as well as the net actual taxes billed for that fiscal year.

If you should have any questions, please feel free to contact me.

Sincerely,

Susan Cappuccio
Administrative Assistant

Attachments (1)

04/13/2004
12:14:30

TOWN OF LEXINGTON
TAX COMMITMENT BOOK

PAGE 2467
tmaacctcm

REAL ESTATE FOR FISCAL 2004 TAX YEAR 07/01/2003 TO 06/30/2004

| PROPERTY/OWNER | CLASS CUSTOMER | VALUES | CHARGE | TAX | INSTALLMENTS |
|---|---|---|---|---|---|
| 0032-000216 T & N REALTY TRUST 114 WALTHAM ST LEXINGTON, MA 02421 | 132  52775   SQ FT 75794 | LAND 6,000 BUILDING TOTAL VALUE 6,000 DEFERMENT 0 EXEMPTION 0 NET VALUE 6,000 | RES TAX PRELIM TAX NET ACTUAL | 62.82 52.97 9.85 | 1  17.66 2  17.65 3  17.66 4  9.85 |
| LOC: RYDER LN BILL NO BOOK/PAGE 9812  697/32 | DEED DATE 01/01/1964 | | | | |
| PRELIM BILLED  52.97 | ADJ | .00 ABT | .00 | PRELIM OVERBILL | .00 |

| 0041-000075 T & N REALTY TRUST 114 WALTHAM ST LEXINGTON, MA 02421 | 112  52775   SQ FT 391300 | LAND 7,612,000 BUILDING TOTAL VALUE 8,519,000 DEFERMENT 0 EXEMPTION 0 NET VALUE 8,519,000 | RES TAX PRELIM TAX NET ACTUAL | 89,193.93 72,926.99 16,266.94 | 1  24,309.00 2  24,308.99 3  24,308.99 4  16,266.94 |
| LOC: 125 WORTHEN RD BILL NO BOOK/PAGE 9813  697/32 | DEED DATE 01/01/1964 | | | | |
| PRELIM BILLED  72,926.99 | ADJ | .00 ABT | .00 | PRELIM OVERBILL | .00 |

| 0020-000056 TAAFFE JAMES L & TAAFFE MARIKA RUTH GLIXMAN 42 RINDGE AVE LEXINGTON, MA 02420 | 132  51375   SQ FT 4717 | LAND 4,000 BUILDING TOTAL VALUE 4,000 DEFERMENT 0 EXEMPTION 0 NET VALUE 4,000 | RES TAX PRELIM TAX NET ACTUAL | 41.88 35.31 6.57 | 1  11.77 2  11.77 3  11.77 4  6.57 |
| LOC: RINDGE AVE BILL NO BOOK/PAGE 9814  21257/241 | DEED DATE 06/19/1991 | | | | |
| PRELIM BILLED  35.31 | ADJ | .00 ABT | .00 | PRELIM OVERBILL | .00 |

| 0020-000057 TAAFFE JAMES L & TAAFFE MARIKA RUTH GLIXMAN 43 RINDGE AVE LEXINGTON, MA 02420 | 101  51375   SQ FT 6323 | LAND 250,000 BUILDING 207,000 TOTAL VALUE 466,000 DEFERMENT 0 EXEMPTION 0 NET VALUE 466,000 | RES TAX PRELIM TAX NET ACTUAL | 4,878.85 3,574.85 1,304.17 | 1  1,191.62 2  1,191.61 3  1,191.62 4  1,304.17 |
| LOC: 43 RINDGE AVE BILL NO BOOK/PAGE 9815  21257/241 | DEED DATE 06/19/1991 | | | | |
| PRELIM BILLED  3,574.85 | ADJ | .00 ABT | .00 | PRELIM OVERBILL | .00 |

BK17927 [illegible] 436

**Exhibit M**

EMERSON GARDENS CONDOMINIUM

EXHIBIT "C"

| Unit No. | Number of Rooms/Unit Style | Approx. Area in sq. ft. Unit / Basement / Total | Percent Interest in Common Elements |
|---|---|---|---|
| 1 | 4/Cape | 605 / 275 / 880 | .532 |
| 2 | 5/TH | 830 / 358 / 1188 | .690 |
| 3 | 5/TH | 830 / 358 / 1188 | .690 |
| 4 | 5/TH | 830 / 358 / 1188 | .690 |
| 5 | 5/TH | 830 / 358 / 1188 | .690 |
| 6 | 4/Cape | 605 / 538 / 1143 | .532 |
| 7 | 5/TH | 830 / 320 / 1150 | .700 |
| 8 | 5/TH | 830 / 320 / 1150 | .690 |
| 9 | 5/TH | 908 / 245 / 1153 | .690 |
| 10 | 5/TH | 830 / 358 / 1188 | .690 |
| 11 | 5/TH | 830 / 358 / 1188 | .690 |
| 12 | 5/TH | 830 / 358 / 1188 | .690 |
| 13 | 5/TH | 830 / 358 / 1188 | .690 |
| 14 | 5/TH | 908 / 454 / 1362 | .700 |
| 15 | 4/Cape | 605 / 275 / 880 | .532 |
| 16 | 5/TH | 830 / 358 / 1188 | .690 |
| 17 | 5/TH | 830 / 358 / 1188 | .690 |
| 18 | 5/TH | 830 / 358 / 1188 | .690 |
| 19 | 5/TH | 830 / 358 / 1188 | .690 |
| 20 | 4/Cape | 605 / 538 / 1143 | .532 |
| 21 | 5/TH | 830 / 205 / 1035 | .700 |
| 22 | 5/TH | 830 / 424 / 1254 | .690 |
| 23 | 5/TH | 830 / 358 / 1188 | .690 |
| 24 | 5/TH | 830 / 358 / 1188 | .690 |
| 25 | 5/TH | 830 / 358 / 1188 | .690 |
| 26 | 5/TH | 830 / 358 / 1188 | .690 |
| 27 | 5/TH | 830 / 424 / 1254 | .690 |
| 28 | 5/TH | 830 / 424 / 1254 | .700 |
| 29 | 4/Cape | 605 / 275 / 880 | .532 |
| 30 | 5/TH | 830 / 358 / 1188 | .690 |
| 31 | 5/TH | 830 / 358 / 1188 | .690 |
| 32 | 5/TH | 830 / 358 / 1188 | .690 |
| 33 | 5/TH | 830 / 358 / 1188 | .690 |
| 34 | 4/Cape | 605 / 538 / 1143 | .532 |
| 35 | 5/TH | 908 / 454 / 1362 | .700 |
| 36 | 5/TH | 830 / 358 / 1188 | .690 |
| 37 | 5/TH | 830 / 358 / 1188 | .690 |
| 38 | 5/TH | 830 / 358 / 1188 | .690 |
| 39 | 5/TH | 830 / 358 / 1188 | .690 |
| 40 | 5/TH | 908 / 254 / 1162 | .690 |
| 41 | 5/TH | 830 / 358 / 1188 | .690 |
| 42 | 5/TH | 830 / 358 / 1188 | .700 |

BK 17927 437

EMERSON GARDENS CONDOMINIUM
EXHIBIT "C" (Continued)

| Unit No. | Number of Rooms/Unit Style | Approx. Area in sq. ft. Unit/Basement/Total | Percent Interest in Common Elements |
|---|---|---|---|
| 43 | 4/Cape | 605 / 275 / 880 | .532 |
| 44 | 5/TH | 830 / 358 / 1188 | .690 |
| 45 | 5/TH | 830 / 358 / 1188 | .690 |
| 46 | 5/TH | 830 / 358 / 1188 | .690 |
| 47 | 5/TH | 830 / 358 / 1188 | .690 |
| 48 | 4/Cape | 605 / 538 / 1143 | .532 |
| 49 | 5/TH | 830 / 205 / 1035 | .700 |
| 50 | 5/TH | 830 / 424 / 1254 | .690 |
| 51 | 5/TH | 830 / 358 / 1188 | .690 |
| 52 | 5/TH | 830 / 358 / 1188 | .690 |
| 53 | 5/TH | 830 / 358 / 1188 | .690 |
| 54 | 5/TH | 830 / 358 / 1188 | .690 |
| 55 | 5/TH | 830 / 424 / 1254 | .690 |
| 56 | 5/TH | 830 / 424 / 1254 | .700 |
| 57 | 4/Cape | 605 / 275 / 880 | .532 |
| 58 | 5/TH | 830 / 358 / 1188 | .690 |
| 59 | 5/TH | 830 / 358 / 1188 | .690 |
| 60 | 5/TH | 830 / 358 / 1188 | .690 |
| 61 | 5/TH | 830 / 358 / 1188 | .690 |
| 62 | 4/Cape | 605 / 538 / 1143 | .532 |
| 63 | 5/TH | 830 / 358 / 1188 | .700 |
| 64 | 5/TH | 830 / 358 / 1188 | .690 |
| 65 | 5/TH | 908 / 245 / 1153 | .690 |
| 66 | 5/TH | 830 / 358 / 1188 | .690 |
| 67 | 5/TH | 830 / 358 / 1188 | .690 |
| 68 | 5/TH | 830 / 358 / 1188 | .690 |
| 69 | 5/TH | 830 / 358 / 1188 | .690 |
| 70 | 5/TH | 908 / 245 / 1153 | .690 |
| 71 | 5/TH | 830 / 358 / 1188 | .690 |
| 72 | 5/TH | 830 / 358 / 1188 | .700 |
| 73 | 4/Cape | 605 / 538 / 1143 | .532 |
| 74 | 5/TH | 830 / 358 / 1188 | .690 |
| 75 | 5/TH | 830 / 358 / 1188 | .690 |
| 76 | 5/TH | 830 / 358 / 1188 | .690 |
| 77 | 5/TH | 830 / 358 / 1188 | .690 |
| 78 | 4/Cape | 605 / 275 / 880 | .532 |
| 79 | 5/TH | 830 / 205 / 1035 | .700 |
| 80 | 5/TH | 830 / 358 / 1188 | .690 |
| 81 | 5/TH | 830 / 358 / 1188 | .690 |
| 82 | 5/TH | 830 / 358 / 1188 | .690 |
| 83 | 5/TH | 830 / 358 / 1188 | .690 |
| 84 | 5/TH | 830 / 358 / 1188 | .690 |
| 85 | 5/TH | 830 / 358 / 1188 | .690 |
| 86 | 5/TH | 830 / 358 / 1188 | .700 |

-18-

BK I 7 9 2 7 PG 4 3 8

EMERSON GARDENS CONDOMINIUM
EXHIBIT "C" (Continued)

| Unit No. | Number of Rooms/Unit Style | Approx. Area in sq. ft. Unit/Basement/Total | Percent Interest in Common Elements |
|---|---|---|---|
| 87 | 4/Cape | 605 / 275 / 880 | .532 |
| 88 | 5/TH | 830 / 358 / 1188 | .690 |
| 89 | 5/TH | 830 / 358 / 1188 | .690 |
| 90 | 5/TH | 830 / 358 / 1188 | .690 |
| 91 | 5/TH | 830 / 358 / 1188 | .690 |
| 92 | 4/Cape | 605 / 538 / 1143 | .532 |
| 93 | 5/TH | 830 / 358 / 1188 | .700 |
| 94 | 5/TH | 830 / 358 / 1188 | .690 |
| 95 | 5/TH | 908 / 245 / 1153 | .690 |
| 96 | 5/TH | 830 / 358 / 1188 | .690 |
| 97 | 5/TH | 830 / 358 / 1188 | .690 |
| 98 | 5/TH | 830 / 358 / 1188 | .690 |
| 99 | 5/TH | 830 / 358 / 1188 | .690 |
| 100 | 5/TH | 908 / 245 / 1153 | .690 |
| 101 | 5/TH | 830 / 358 / 1188 | .690 |
| 102 | 5/TH | 830 / 358 / 1188 | .700 |
| 103 | 4/Cape | 605 / 270 / 875 | .532 |
| 104 | 4/Flat | 756 / 305 / 1061 | .532 |
| 105 | 4/Flat | 756 / 325 / 1081 | .532 |
| 106 | 4/Flat | 756 / 325 / 1081 | .532 |
| 107 | 4/Flat | 756 / 305 / 1061 | .532 |
| 108 | 4/Cape | 605 / 550 / 1155 | .532 |
| 109 | 5/TH | 830 / 424 / 1254 | .700 |
| 110 | 5/TH | 830 / 424 / 1254 | .690 |
| 111 | 5/TH | 830 / 358 / 1188 | .690 |
| 112 | 5/TH | 830 / 358 / 1188 | .690 |
| 113 | 5/TH | 830 / 358 / 1188 | .690 |
| 114 | 5/TH | 830 / 358 / 1188 | .690 |
| 115 | 5/TH | 830 / 424 / 1254 | .690 |
| 116 | 5/TH | 830 / 205 / 1035 | .700 |
| 117 | 5/TH | 830 / 465 / 1295 | .700 |
| 118 | 5/TH | 830 / 465 / 1295 | .690 |
| 119 | 4/Flat | 825 / 405 / 1230 | .675 |
| 120 | 4/Flat | 825 / 365 / 1190 | .675 |
| 121 | 4/Flat | 825 / 365 / 1190 | .675 |
| 122 | 4/Flat | 825 / 405 / 1230 | .675 |
| 123 | 5/TH | 830 / 465 / 1295 | .690 |
| 124 | 5/TH | 830 / 265 / 1095 | .700 |

-19-

# 17927 439

EMERSON GARDENS CONDOMINIUM
EXHIBIT "C" (Continued)

| Unit No. | Number of Rooms/Unit Style | Approx. Area in sq. ft. Unit/Basement/Total | Percent Interest in Common Elements |
|---|---|---|---|
| 125 | 5/TH | 830 / 358 / 1188 | .700 |
| 126 | 5/TH | 830 / 358 / 1188 | .690 |
| 127 | 5/TH | 908 / 280 / 1188 | .690 |
| 128 | 4/Flat | 825 / 358 / 1183 | .675 |
| 129 | 4/Flat | 825 / 335 / 1160 | .675 |
| 130 | 4/Flat | 825 / 335 / 1160 | .675 |
| 131 | 4/Flat | 825 / 358 / 1183 | .675 |
| 132 | 5/TH | 908 / 450 / 1358 | .690 |
| 133 | 5/TH | 830 / 358 / 1188 | .690 |
| 134 | 5/TH | 830 / 358 / 1188 | .700 |
| 135 | 4/Cape | 605 / 270 / 875 | .532 |
| 136 | 4/Flat | 825 / 305 / 1130 | .674 |
| 137 | 4/Flat | 825 / 305 / 1130 | .674 |
| 138 | 4/Flat | 825 / 325 / 1150 | .674 |
| 139 | 4/Flat | 825 / 305 / 1130 | .674 |
| 140 | 4/Cape | 605 / 640 / 1245 | .532 |
| 141 | 5/TH | 830 / 358 / 1188 | .700 |
| 142 | 5/TH | 830 / 358 / 1188 | .690 |
| 143 | 5/TH | 908 / 280 / 1188 | .690 |
| 144 | 4/Flat | 825 / 358 / 1183 | .675 |
| 145 | 4/Flat | 825 / 335 / 1160 | .675 |
| 146 | 4/Flat | 825 / 335 / 1160 | .675 |
| 147 | 4/Flat | 825 / 358 / 1183 | .675 |
| 148 | 5/TH | 908 / 450 / 1358 | .690 |
| 149 | 5/TH | 830 / 358 / 1188 | .690 |
| 150 | 5/TH | 830 / 358 / 1180 | .700 |

The number of rooms includes all labelled rooms except bathrooms, closets, hallways and foyers.

All "Cape" style units are located on the first floors of their respective buildings and are situated immediately below an exterior roof.  They have immediate access to common area land outside the buildings.

All "Townhouse" style units (designated as "TH" above) are located on the first and second floors of their respective buildings and have immediate access to common area land outside the buildings.

Unit numbers 104, 106, 119, 121, 128, 130, 136, 138, 144 and 146 are "Flat" style units located on the first floors of their respective buildings.  Unit numbers 105, 107, 120, 122, 129, 131, 137, 139, 145 and 147 are "Flat" style units located on the second floors of their respective buildings.  All "Flat" style units have immediate access to common area hallways and stairways providing egress at the front and rear of their respective buildings.

-20-

179271440

EMERSON GARDENS CONDOMINIUM
EXHIBIT "C" (Continued)

The Unit dimensions shown on the Plans extend to the interior wall surfaces, but, as hereinafter set forth, Unit boundaries extend in most cases to the plane of the interior surface of the wall studs or furrings.

The boundaries of the Units, with respect to the floors, ceilings, doors and windows thereof are as follows:

| | |
|---|---|
| 1) Floors: | the plane of the upper surface of the subflooring, on the lowermost floor of the Unit. |
| 2) Ceilings: | the plane of the lower surface of the ceiling joists or, in the case of a Unit situated immediately beneath an exterior roof, the plane of the lower surface of the roof rafters or trusses. |
| 3) Interior Building Walls Between Units and Between Units and Common Areas: | the plane of the surface of the wall furring or studs, or the plane of the surface facing such unit of the masonry or cement where masonry or cement is the finished material. |
| 4) Doors and Windows: | the plane of the exterior surface of doors, and exterior surface of window glass and the interior surface of the window and door frames. |
| 5) Exterior Building Walls: | the plane of the interior surface of wall furring or studs, or the plane of the interior surface of the masonry where masonry is the finished material. |

-21-



# Emerson Gardens Condominii



**Home**

Meetings

Forms and Documents

Contact Information

Area Information

Emerson Gardens is located at Emerson Gardens Road and Maple Street in Lexington, Massachusetts. The property is a 150-unit condominium community of 20 buildings, located on a ten acre parcel. The property is convenient to public transportation, public school and playground facilities, the Minuteman Commuter Bikeway, and the meadow. Amenities include on-site parking and a community swimming pool.

## Meeting and Newsletter Information

Throughout the year, Trustees meet regularly to discuss current issues. Trustee meetings are hel on the 2nd Tuesday of each month.

Copies of meeting minutes are now available online on the meetings page.

Topics of general interest covered at monthly Trustee's meetings are reported in the Association': Newsletters. The current newsletter is available here.

The association is also currently collecting resident information in the 2005 resident census. Download the resident information form and return it to the Niles Corporation after completion.

## Condo Documents

The following documents are provided for reference:

- Unit Owner's Handbook: Emerson Gardens Policy and Procedures
- Massachusetts General Laws - Ch. 183A
- Emerson Gardens Condo Documents (10 MB)

Page 2 of 3

Additional documents and forms can be found on the <u>Forms and Documents</u> page.

## Maintenance and Emergencies

Emerson Gardens is served by an on-site Superindendent, Brian Gilreath, to provide common area services and property maintenance.

| | | | |
|---|---|---|---|
| Brian Gilreath | 781.863.8148 | 73B Emerson Gardens | Hours: 6am - 3:30pm |
| Emergencies | 617.221.1000 | | 24 hour/day answering service |

Emergencies include loss of heat or hot water, water leaks, flooding, loss of electrical power to an individual building. When reporting the emergency, please state that you are calling from Emerso Gardens Condominium, Lexington, state your name, unit number and building letter, and explain the nature of the problem.



## Trustee Information

A five person Board of Trustees governs Emerson Gardens. Trustees serve two-year terms. Anyone who wishes to serve as a Trustee is encouraged to submine his/her name for nomination prior to the trustee election held at the Emerson Gardens Condominium Trust's Annual Meeting. Trustees serve for a two year term beginning with the annual meeting of unit owners at which they are elected, and ending at the annual meeting two years hence. Current trustees and their term end dates are:

| Trustee | Term End Date |
|---|---|
| Dan Baczkowski, Chairman | 2007 |
| Clora Bucci | 2006 |
| Donna Hooper | 2006 |
| Eric Michelson | 2006 |
| Michelle Yeh | 2007 |

Trustees may be contacted via email at trustees@emersongardenscondo.com.

Emerson Gardens Home

Meetings • Forms and Documents • Contact Information • Area Information