UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO,<br>PETER TROPEANO, and<br>CAROLYN PATTON,<br><br>                 Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN,<br>BIANCA DORMAN,<br>LYDIA DORMAN,<br>TODD DORMAN,<br>T&N REALTY TRUST, and<br>CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 03-CV-12231-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHAEL W. KEANE

I, Michael W. Keane, hereby depose and state as follows:

1.  I am a certified public accountant, licensed in Massachusetts, and a shareholder in the accounting firm of Keane, Chiuve, & Company, P.C. My firm and I have served as accountants for the Defendant Captain Parker Arms Partnership ("Captain Parker Arms") since early 2004. I am responsible for preparation of the year-end reviewed financial statements and partnership tax returns issued by my firm concerning Captain Parker Arms. I have personal knowledge of the matters set forth in this Affidavit and would be competent to testify thereto.

2.  I have reviewed the Affidavit of Peter Tropeano ("Tropeano Affidavit") and the Memorandum of Law in Support of Plaintiffs' Motion for Real Estate Attachment ("Plaintiffs' Memo"), both dated May 10, 2006, submitted to the Court in connection with Plaintiffs' Motion for Real Estate Attachment.

3. My firm prepared Reviewed Financial Statements for Captain Parker Arms for the year ending December 31, 2003 ("2003 Year-End Financial Statement"), a true copy of which is attached hereto as Exhibit A. As set forth therein, the non-real estate assets of Captain Parker Arms were $326,852 as of December 31, 2003 and the partnership liabilities were $3,457,659 as of December 31, 2003.

4. To calculate net income for the purposes of his appraisal, the appraiser hired by the Plaintiffs, Eric Reenstierna Associates, used assumed revenue and expense figures. According to the 2003 Year-End Financial Statement (see Exhibit A hereto, at p. 3), actual 2003 revenue was $1,524,552 ($1,520,544 was assumed), and actual 2003 expenses were $993,055 ($556,864 was assumed), generating actual 2003 net income of $531,497 ($963,680 was assumed).

5. As Captain Parker Arms' accountants, my firm also prepares the partnership's income tax returns. As part of the 2003 income tax return, Forms K-1 were prepared for each partner, including each of the Plaintiffs. True copies of the 2003 Forms K-1 for each of the Plaintiffs are attached hereto as Exhibit B. As reflected in the Plaintiffs' Forms K-1, each Plaintiff had a negative balance in his or her Captain Parker Arms partnership capital account at year-end 2003. The aggregate negative partnership capital account balance for the Plaintiffs was $421,212 as of year-end 2003. As of October 1, 2003, the aggregate negative partnership capital account balance for the Plaintiffs was computed to be approximately $428,871.

6. A negative partnership capital account balance can be viewed as a loan from the partnership to the individual partner, because it means the partner has withdrawn more money (or received distributions) from the partnership than (a) he/she paid into the partnership, plus (b) partnership earnings allocated to that partner. By the time the partnership terminates, or upon

withdrawal from the partnership, a partner must repay to the partnership his or her negative capital account. Accordingly, if the Plaintiffs are deemed to have withdrawn from the Captain Parker Arms partnership as of October 1, 2003, they must repay to the partnership their aggregate negative partnership capital account balance, or approximately $428,871.

9.  I understand that Captain Parker Arms has not offered its property for sale, and that one of the reasons is that a considerable capital gains tax and depreciation recapture at ordinary income rates would be triggered by any such sale. I have attempted to calculate the capital gain and depreciation recapture which would have been generated if Captain Parker Arms had sold its property in 2003 for any of the values reported in the Eric Reenstierna Associates appraisal attached to the Tropeano Affidavit. Using the assumed sale values reported in the Eric Reenstierna Associates appraisal, and assuming that the Dorman family (Defendants) still owned only 57.14% of the partnership shares, I estimate that the Dorman family's income taxes from such a sale would be between $1,583,887 and $2,330,150. In addition the Tropeano family (Plaintiffs) would have owed considerable capital gains tax and depreciation recapture at ordinary income rates. These capital gains taxes and depreciation recapture at ordinary income rates can be a substantial disincentive to sale of the Captain Parker Arms property.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2006.

_____
Michael W. Keane

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

_____/s/ Christine M. O'Connor_____

# CAPTAIN PARKER ARMS REALTY TRUST

## REVIEWED FINANCIAL STATEMENTS

### YEAR ENDED DECEMBER 31, 2003



Keane & Chiuve & COMPANY, P.C.
*Certified Public Accountants*

DORMAN-CPA 001379

CAPTAIN PARKER ARMS REALTY TRUST

REVIEWED FINANCIAL STATEMENTS

YEAR ENDED DECEMBER 31, 2003

DORMAN-CPA 001380



# CAPTAIN PARKER ARMS REALTY TRUST

## TABLE OF CONTENTS

|  | Page |
|---|---|
| ACCOUNTANTS' REVIEW REPORT | 1 |
| FINANCIAL STATEMENTS: | |
| STATEMENT OF ASSETS, LIABILITIES AND PARTNERS' CAPITAL DECEMBER 31, 2003 | 2 |
| STATEMENT OF REVENUES AND EXPENSES YEAR ENDED DECEMBER 31, 2003 | 3 |
| STATEMENT OF CHANGES IN PARTNERS' CAPITAL YEAR ENDED DECEMBER 31, 2003 | 4 |
| STATEMENT OF CASH FLOWS YEAR ENDED DECEMBER 31, 2003 | 5 |
| NOTES TO FINANCIAL STATEMENTS YEAR ENDED DECEMBER 31, 2003 | 6 - 7 |

DORMAN-CPA 001381





## Keane & Chiuve & COMPANY, P.C.
*Certified Public Accountants*

ACCOUNTANTS' REVIEW REPORT

To the Partners
Captain Parker Arms Realty Trust
Lexington, Massachusetts

We have reviewed the accompanying statement of assets, liabilities and partners' capital of Captain Parker Arms Realty Trust (a partnership) as of December 31, 2003, and the related statements of revenues and expenses, changes in partners' capital, and cash flows for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Captain Parker Arms Realty Trust.

A review consists principally of inquiries of Company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our review, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

*Keane, Chiuve & Company, P.C.*

Keane, Chiuve & Company, P.C.

April 11, 2005

## CAPTAIN PARKER ARMS REALTY TRUST

### STATEMENT OF ASSETS, LIABILITIES AND PARTNERS' CAPITAL

#### DECEMBER 31, 2003

### ASSETS

| | |
|---|---:|
| **CURRENT ASSETS:** | |
| Cash | $ 310,266 |
| Accounts receivable | 8,188 |
| Prepaid expenses | 8,398 |
| Total current assets | 326,852 |
| **PROPERTY AND EQUIPMENT, AT COST:** | |
| Land | 36,338 |
| Buildings and improvements | 4,144,461 |
| Equipment | 126,148 |
| | 4,306,947 |
| Less: accumulated depreciation | 2,161,726 |
| Property and equipment, net | 2,145,221 |
| **TOTAL ASSETS** | $ 2,472,073 |

### LIABILITIES AND PARTNERS' CAPITAL

| | |
|---|---:|
| **CURRENT LIABILITIES:** | |
| Current portion of long-term debt | $ 147,922 |
| Accounts payable | 57,406 |
| Accrued expenses | 85,339 |
| Accrued interest | 7,226 |
| Security deposits | 104,514 |
| Total current liabilities | 402,407 |
| **LONG-TERM DEBT, NET OF CURRENT MATURITIES** | 3,055,252 |
| **TOTAL LIABILITIES** | 3,457,659 |
| **PARTNERS' CAPITAL (DEFICIENCY)** | ( 985,586) |
| **TOTAL LIABILITIES AND PARTNERS' CAPITAL** | $ 2,472,073 |

See Accountants' Review Report and Notes to Financial Statements.

2

DORMAN-CPA 001383



CAPTAIN PARKER ARMS REALTY TRUST

STATEMENT OF REVENUES AND EXPENSES

FOR THE YEAR ENDED DECEMBER 31, 2003

REVENUES:
- Rental income — $ 1,514,956
- Interest income — 357
- Other income — 9,239

Total revenues — 1,524,552

OPERATING EXPENSES:
- Interest expense — 205,112
- Depreciation and amortization — 138,230
- Gas heat — 86,771
- Repairs and maintenance — 82,669
- Management fees — 78,968
- Water and sewer — 75,382
- Real estate taxes — 69,592
- Salaries and wages - maintenance — 53,119
- Landscaping — 35,420
- Electricity — 27,625
- Unit repairs — 27,527
- Salaries and wages - office — 20,320
- Advertising — 18,422
- Professional fees — 17,076
- Insurance — 15,934
- Office expenses — 14,365
- Trash removal — 14,267
- Snow removal — 11,673
- Other operating expenses — 583

Total operating expenses — 993,055

NET INCOME — $ 531,497

See Accountants' Review Report and Notes to Financial Statements.

DORMAN-CPA 001384



# CAPTAIN PARKER ARMS REALTY TRUST

## STATEMENT OF CHANGES IN PARTNERS' CAPITAL

### FOR THE YEAR ENDED DECEMBER 31, 2003

| | |
|---|---:|
| PARTNERS' EQUITY (DEFICIT), BEGINNING OF YEAR | $(952,083) |
| Net income | 531,497 |
| Distributions to stockholders | (565,000) |
| PARTNERS' EQUITY (DEFICIT), END OF YEAR | $(985,586) |

See Accountants' Review Report and Notes to Financial Statements.

CAPTAIN PARKER ARMS REALTY TRUST

STATEMENTS OF CASH FLOWS

FOR THE YEAR ENDED DECEMBER 31, 2003

| | |
|---|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES: | |
| Net income | $ 531,497 |
| Adjustments to reconcile net income to net cash provided by operating activities: | |
| Depreciation | 138,230 |
| Changes in operating assets and liabilities: | |
| Accounts receivable | ( 8,188) |
| Prepaid expenses | ( 3,069) |
| Accounts payable | ( 4,770) |
| Accrued expenses | 80,477 |
| Accrued interest | 5,320 |
| Prepaid rents | ( 33,790) |
| Security deposits | 11,254 |
| Net cash provided by (used in) operations | 716,961 |
| CASH FLOWS FROM FINANCING ACTIVITIES: | |
| Repayment of long-term debt | (146,428) |
| Partners distributions | (565,000) |
| Net cash provided by (used in) financing activities | (711,428) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | |
| Additions to property and equipment | ( 43,115) |
| NET INCREASE (DECREASE) IN CASH | ( 37,582) |
| CASH BALANCE, BEGINNING OF YEAR | 347,848 |
| CASH BALANCE, END OF YEAR | $ 310,266 |

See Accountants' Review Report and Notes to Financial Statements.

5   DORMAN-CPA 001386



## CAPTAIN PARKER ARMS REALTY TRUST

### NOTES TO FINANCIAL STATEMENTS

### FOR THE YEAR ENDED DECEMBER 31, 2003

Note 1 - Summary of Significant Accounting Policies

Organization - Captain Parker Arms Realty Trust was organized as a partnership in 1965. The partnership owns and operates a 94 unit apartment complex in Lexington, Massachusetts.

Property and Equipment - Buildings and improvements are being depreciated principally under the straight-line method over their estimated useful lives. Equipment and appliances are being depreciated under the double declining balance method with useful lives of 5 to 7 years.

Security Deposits - Security deposits are held in a separate interest - bearing money market account.

Allowance for Doubtful Accounts - Accounts receivable have been reviewed by management and it has been determined that there is no requirement for an allowance for doubtful accounts as of December 31, 2003.

Estimates - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Advertising - Advertising costs, which are principally included in operating expenses, are expensed as incurred.

Fair Value of Financial Instruments - Carrying amounts of certain of the Association's financial instruments, including cash and cash equivalents and other accrued liabilities, approximate fair value because of their short maturities.

Note 2 - Income Taxes

No provision for income taxes has been made since any taxable income or loss of the partnership is recognized by the individual partners based on their proportionate share of partnership interest.

Note 3 - Long - Term Debt

Long - term debt at December 31, 2003 consists of the following:

| | |
|---|---:|
| Mortgage note payable, Citizens Bank 5.711%, payable in monthly installments of $21,946, including interest, final maturity January 2008, collateralized by a security interest in real estate | $ 2,510,451 |
| Mortgage note payable, Citizens Bank, 6.50%, payable in monthly installments of $5,816, including interest, final maturity January 2008, collateralized by a security interest in real estate | 692,723 |
| Total | 3,203,174 |
| Less: current maturities | 147,922 |
| Long-term debt, net | $ 3,055,252 |

DORMAN-CPA 001387



CAPTAIN PARKER ARMS REALTY TRUST

NOTES TO FINANCIAL STATEMENTS

FOR THE YEAR ENDED DECEMBER 31, 2003

Note 3 - Long-Term Debt (Continued)

Maturities of the mortgage notes payable are expected to be as follows:

| Years ending December 31, | Amount |
|---|---|
| 2004 | $ 147,922 |
| 2005 | 156,955 |
| 2006 | 166,404 |
| 2007 | 176,426 |
| 2008 | 2,555,487 |
| Total | $ 3,203,194 |

DORMAN-CPA 001388



**Exhibit B**

CAP1511 4/11/2004 11:03 PM

| SCHEDULE K-1 (Form 1065) | **Partner's Share of Income, Credits, Deductions, etc.** See separate Instructions | OMB No. 1545-0099 |
|---|---|---|
| Dept. of the Treasury Internal Revenue Service Partner #: 1 | For calendar year 2003 or tax year beginning _____ , and ending _____ | **2003** |

| Partner's identifying number: 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 | FOR OFFICIAL USE ONLY |
|---|---|
| Partner's name, address, and ZIP code:<br>PHILIP L. TROPEANO<br>210 DODGE STREET<br>BEVERLY       MA 01915 | |

Partnership's identifying number:   04-6161511

Partnership's name, address, and ZIP code:
CAPTAIN PARKER ARMS REALTY TRUST
C/O THE DOLBEN CO., INC.
25 CORPORATE DR #210
BURLINGTON       MA 01803

| | | | | |
|---|---|---|---|---|
| A | This partner is a ☒ general partner ☐ limited partner<br>☐ limited liability company member | | F | Partner's share of liabilities (see instructions):<br>Nonrecourse ........................... $ ............<br>Qualified nonrecourse financing ............ $ ............<br>Other ...................................... $   698,743 |
| B | What type of entity is this partner?   Individual | | | |
| C | Is this partner a ☒ domestic or a ☐ foreign partner? | | | |
| | (i) Before change (ii) End of<br>or termination      year | | G | Tax shelter registration number................... ............ |
| D | Enter partner's percentage of:<br>Profit sharing .............. ..........% 21.430000%<br>Loss sharing ............... ..........% 21.430000%<br>Ownership of capital .... ..........% 21.430000% | | H | Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2)................. ☐ |
| E | IRS Center where partnership filed return:<br>Cincinnati, OH 45999-0011 | | I | Check applicable boxes: (1) ☐ Final K-1   (2) ☐ Amended K-1 |

**J   Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -195,926 | | 113,900 | 121,079 | -203,105 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):**<br>2   Net income (loss) from rental real estate activities ..................... | 2 | 113,823 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4   Portfolio income (loss):<br>a   Interest income ............................................................. | 4a | 77 | Form 1040, line 8a |
| **Investment Interest:**<br>14b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f ................ | 14b(1) | 77 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:**<br>16a  Depreciation adjustment on property placed in service after 1986 ............. | 16a | 205 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Other:**<br>22   Distributions of money (cash and marketable securities) .............................. | 22 | 121,079 | See pg. 10 of Partner's Instr. for Sch. K-1 |

DORMAN-CPA 001293

For Paperwork Reduction Act Notice, see Instructions for Form 1065.                                                  Schedule K-1 (Form 1065) 2003

DAA

CAP1511 4/11/2004 11:03 PM

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. See separate instructions | OMB No. 1545-0099 |
|---|---|---|
| Dept. of the Treasury Internal Revenue Service Partner #: 2 | For calendar year 2003 or tax year beginning , and ending | **2003** |

| Partner's identifying number: 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 | FOR OFFICIAL USE ONLY |
|---|---|
| Partner's name, address, and ZIP code: PETER TROPEANO 19 REVERE STREET LEXINGTON MA 02420 | |

Partnership's identifying number: 04-6161511

Partnership's name, address, and ZIP code:
CAPTAIN PARKER ARMS REALTY TRUST
C/O THE DOLBEN CO., INC.
25 CORPORATE DR #210
BURLINGTON MA 01803

A  This partner is a  ☒ general partner  ☐ limited partner
   ☐ limited liability company member
B  What type of entity is this partner?  Individual
C  Is this partner a  ☒ domestic or a  ☐ foreign partner?
   (i) Before change        (ii) End of
   or termination           year
D  Enter partner's percentage of:
   Profit sharing .............. .......... %   10.715000%
   Loss sharing ................ .......... %   10.715000%
   Ownership of capital .... .......... %   10.715000%
E  IRS Center where partnership filed return:
   Cincinnati, OH  45999-0011

F  Partner's share of liabilities (see instructions):
   Nonrecourse ......................................... $............
   Qualified nonrecourse financing ............ $............
   Other ..................................................... $   349,371
G  Tax shelter registration number................................ ............
H  Check here if this partnership is a publicly traded
   partnership as defined in section 469(k)(2).................................... ☐
I  Check applicable boxes:  (1) ☐ Final K-1   (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -105,465 | | 56,949 | 60,540 | -109,056 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 2  Net income (loss) from rental real estate activities ........................ | 2 | 56,911 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4  Portfolio income (loss): | | | |
| a  Interest income .................................................................... | 4a | 38 | Form 1040, line 8a |
| **Investment Interest:** | | | |
| 14b (1)  Investment income included on lines 4a, 4b(2), 4c, and 4f ........ | 14b(1) | 38 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a  Depreciation adjustment on property placed in service after 1986 ........ | 16a | 103 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Other:** | | | |
| 22  Distributions of money (cash and marketable securities) ................ | 22 | 60,540 | See pg. 10 of Partner's Instr. for Sch. K-1 |

DORMAN-CPA 001294

For Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2003

DAA

CAP1511 4/11/2004 11:03 PM

| SCHEDULE K-1 (Form 1065) Dept. of the Treasury Internal Revenue Service Partner #: 3 | Partner's Share of Income, Credits, Deductions, etc. See separate Instructions | OMB No. 1545-0099 **2003** |
|---|---|---|
| | For calendar year 2003 or tax year beginning , and ending | |

Partner's identifying number: 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

Partner's name, address, and ZIP code:
CAROLYN M PATTEN
PO BOX 298
BRANT ROCK      MA 02020-0298

FOR OFFICIAL USE ONLY

Partnership's identifying number: 04-6161511

Partnership's name, address, and ZIP code:
CAPTAIN PARKER ARMS REALTY TRUST
C/O THE DOLBEN CO., INC.
25 CORPORATE DR #210
BURLINGTON      MA 01803

A   This partner is a   ☒ general partner   ☐ limited partner
    ☐ limited liability company member
B   What type of entity is this partner?     Individual
C   Is this partner a   ☒ domestic or a   ☐ foreign partner?
        (i) Before change    (ii) End of
        or termination        year
D   Enter partner's percentage of:
    Profit sharing .............. ..........%   10.715000%
    Loss sharing ............... ..........%   10.715000%
    Ownership of capital .... ..........%   10.715000%
E   IRS Center where partnership filed return:
    Cincinnati, OH  45999-0011

F   Partner's share of liabilities (see instructions):
    Nonrecourse ........................... $............
    Qualified nonrecourse financing ............ $............
    Other ....................................... $   349,371
G   Tax shelter registration number.............................   ............
H   Check here if this partnership is a publicly traded
    partnership as defined in section 469(k)(2)................... ☐
I   Check applicable boxes:  (1) ☐ Final K-1   (2) ☐ Amended K-1

J   Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -105,460 | | 56,949 | 60,540 | -109,051 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 2   Net income (loss) from rental real estate activities ....................... | 2 | 56,911 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4   Portfolio income (loss): | | | |
|    a  Interest income ......................................................... | 4a | 38 | Form 1040, line 8a |
| **Investment Interest:** | | | |
| 14b (1)  Investment income included on lines 4a, 4b(2), 4c, and 4f .................... | 14b(1) | 38 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a  Depreciation adjustment on property placed in service after 1986 .............. | 16a | 102 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Other:** | | | |
| 22   Distributions of money (cash and marketable securities) ............................ | 22 | 60,540 | See pg. 10 of Partner's Instr. for Sch. K-1 |

DORMAN-CPA 001295

For Paperwork Reduction Act Notice, see Instructions for Form 1065.      Schedule K-1 (Form 1065) 2003

DAA