UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
PHILIP L. TROPEANO, PETER )
TROPEANO and CAROLYN PATTON, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
) NO. 03CV12231 (RGS)
CHARLENE DORMAN, BIANCA DORMAN, )
LYDIA DORMAN, TODD DORMAN, )
T&N REALTY TRUST and CAPTAIN )
PARKER ARMS PARTNERSHIP, )
)
Defendants. )
_____)

## EMERGENCY MOTION TO STRIKE

Plaintiffs Philip Tropeano, Peter Tropeano, and Carolyn Patten (collectively, "Plaintiffs") hereby request that this Honorable Court immediately strike and refuse to entertain: (1) Defendants Opposition to Plaintiffs' Motion for Real Estate Attachment, (2) Affidavit of Charlene Dorman, (3) Affidavit of Leslie Crossley, (4) Affidavit of Michael Keane, (5) Affidavit of Nicholas Schmalz, and (6) Affidavit of Norton S. Remmer, all ninety-three (93) pages of which the defendants filed without warning at or around 4:30p.m. on Friday, December 8, 2006, <u>seven days before the Court's scheduled hearing of Plaintiffs' Motion for Real Estate Attachment and seven months after Plaintiffs filed and served their motion</u>.  Clearly, the defendants should not be allowed to burden Plaintiffs or the Court with this blatant disregard for the Local Rules and all boundaries of professional courtesy.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Motion to Strike.

        Respectfully submitted,

        PHILIP L. TROPEANO, PETER
        TROPEANO and CAROLYN PATTON

        By their attorney,


        /s/   Thomas M. Ciampa
        _____
        Thomas M. Ciampa (BBO#566898)
        Ciampa & Associates
        20 Park Plaza, Suite 804
        Boston, MA 02108
        (617) 742-5955

Dated:  December 12, 2006


## Certificate of Service

    I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

        ___/s/ Thomas M. Ciampa____