UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>    Defendants. | CIVIL ACTION<br>NO. 03CV12231 (RGS) |

## **PROPOSED STANDSTILL ORDER**

STEARNS, D.J.

The parties having appeared before the Court for hearing on Plaintiffs' Motion for Real Estate Attachment, and the Motion for Real Estate Attachment having been denied following oral arguments of counsel for the parties; and

It appearing from the papers before the Court in connection with the Motion for Real Estate Attachment that:

    (a)    The real estate in question is located at 125 Worthen Road, Lexington, Middlesex County, Massachusetts (the "Property");

    (b)    The Property is owned by the Trustees of the T&N Realty Trust (the "Trust"), a Massachusetts trust created by written instrument dated June 26, 1962, and subsequently amended, filed in the Massachusetts Land Registration Office of the Middlesex South Registry of Deeds as Document No. 401177, and the Trust's title to the Property is reflected on Transfer Certificate of Title No. 113382; and

     (c)    all of the Trustees of the Trust are parties hereto.

It is hereby ORDERED that:

The Trustees of the Trust may not transfer, convey, assign, pledge, hypothecate, or further encumber the Property, nor may the Trust be terminated, except upon: (a) the written consent of the Plaintiffs, or (2) failing such consent, an order of this Court.

SO ORDERED.

_____
United States District Judge

Entered:  December __, 2006

Approved as to form:

| DEFENDANTS | PLAINTIFFS |
|---|---|
| By their attorneys, | By their attorney, |
| /s/ Sander A. Rikleen | /s/ Thomas M. Ciampa |
| Sander A. Rikleen (BBO# 420280) | Thomas M. Ciampa (BBO# 566898) |
| Christine M. O'Connor (BBO# 647535) | Ciampa & Associates |
| Edwards, Angell Palmer & Dodge LLP | 20 Park Plaza, Suite 804 |
| 111 Huntington Avenue | Boston, Massachusetts 02116 |
| Boston, MA 02199 | Tel.: (617) 742-5955 |
| Tel: (617) 239-0100 | |

**Certificate of Service**

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

                                  ___/s/ Thomas M. Ciampa____