UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>        Defendants. | CIVIL ACTION<br>NO. 03CV12231 (RGS) |

## PROPOSED SCHEDULING ORDER

As directed by the Court, the parties propose the following schedule for completion of pre-trial activities:

- Deadline for all parties to identify their testimonial experts and service of the expert reports required by Fed. R. Civ. P. 26(a)(2) – March 30, 2007;

- Deadline for service of the expert rebuttal reports required by Fed. R. Civ. P. 26(a)(2)(C) – April 30, 2007;

- Deadline for all parties to complete expert depositions, and complete any non-expert discovery – June 15, 2007;

- Deadline for pre-trial disclosures required by Fed. R. Civ. P. 26(a)(3) – July 16, 2007;

- 2 -

- Trial to commence between August 27, 2007 and September 18, 2007 (but not September 13 or 14, 2007), if convenient to the Court.

SO ORDERED.

_____
Hon. Richard G. Stearns, United States District Judge

Entered:  December __, 2006

Approved as to form:

/s/  Thomas M. Ciampa

_____
Thomas M. Ciampa – BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.:  (617) 742-5955
Attorney for the Plaintiffs


/s/  Sander A. Rikleen

_____
Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO# 647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph:  617·239·0100
Fx:  617·227·4420
Attorneys for the Defendants