UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) DOCKET NO. |
|  | ) 03-CV-12231-RGS |
| CHARLENE DORMAN, et al., | ) |
| Defendants. | ) |

## STIPULATION

The parties to the above-referenced matter hereby stipulate and agree that the time for Plaintiffs to move, answer, or otherwise respond to the defendants' Answer and Counterclaim is extended up to and including Monday, January 22, 2007.

| DEFENDANTS | PLAINTIFFS |
|---|---|
| By their attorneys, | By their attorney, |
| /s/ Sander A. Rikleen | /s/ Thomas M. Ciampa |
| Sander A. Rikleen (BBO# 420280) | Thomas M. Ciampa (BBO# 566898) |
| Christine M. O'Connor (BBO# 647535) | Ciampa & Associates |
| Edwards, Angell, Palmer & Dodge LLP | 20 Park Plaza, Suite 804 |
| 111 Huntington Avenue | Boston, Massachusetts 02116 |
| Boston, MA 02199 | Tel.: (617) 742-5955 |
| Tel: (617) 239-0100 | |

Dated: January 3, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

___/s/ Thomas M. Ciampa____