UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST, and CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | CIVIL ACTION <br> NO. 03-CV-12231-RGS |

## STIPULATION
## WITHDRAWING CLAIM OF TRIAL BY JURY

Pursuant to Fed. R. Civ. P. 39(a), Plaintiffs hereby withdraw their claim of a jury trial as to all of their remaining claims and as to all of the Defendants' Counterclaims.

As required by Fed. R. Civ. P. 38(d), the Defendants consent to such withdrawal.


Dated: January 26, 2007


/s/ Thomas M. Ciampa
_____
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.: (617) 742-5955
Attorney for the Plaintiffs

BOS_564612_1.DOC/SRIKLEEN

- 2 -

/s/ Sander A. Rikleen

---
Sander A. Rikleen (BBO# 420280)
Christine M. O'Connor (BBO# 647535)
Edwards, Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Attorneys for the Defendants

### Certificate of Service

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

/s/ Sander A. Rikleen

BOS_564612_1.DOC/SRIKLEEN