UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST, and CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br> NO. 03CV12231 (RGS) |

## REVISED PROPOSED SCHEDULING ORDER

As directed by the Court, the parties provided a proposed schedule order on December 15, 2006. The Court has not yet acted upon that proposed order. The parties, after conferring, have concluded that additional time will be needed in order to complete discovery concerning the Defendants' Counterclaims and preparation of expert reports. Accordingly, the parties jointly submit the following revised proposed scheduling order for the Court's consideration:

- Deadline for all parties to identify their testimonial experts and service of the expert reports required by Fed. R. Civ. P. 26(a)(2) – Friday, June 29, 2007;

- Deadline for service of the expert rebuttal reports required by Fed. R. Civ. P. 26(a)(2)(C) – Monday, July 30, 2007;

- Deadline for all parties to complete expert depositions, and complete any non-expert discovery – Monday, September 17, 2007;

BOS111 12135783.1

- Deadline for pre-trial disclosures required by Fed. R. Civ. P. 26(a)(3) – Friday, October 12, 2007;

- Trial to commence on Monday, November 12, 2007 or Monday, November 26, 2007, if convenient for the Court.

SO ORDERED.

                                                           Hon. Richard G. Stearns, United States District Judge

Entered: March __, 2007

Approved as to form:

/s/ Thomas M. Ciampa

Thomas M. Ciampa – BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.: (617) 742-5955
Attorney for the Plaintiffs

/s/ Sander A. Rikleen

Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO# 647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph: 617·239·0100
Fx: 617·227·4420
Attorneys for the Defendants