UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, ) <br> PETER TROPEANO, and ) <br> CAROLYN PATTON, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHARLENE DORMAN, ) <br> BIANCA DORMAN, ) <br> LYDIA DORMAN, ) <br> TODD DORMAN, ) <br> T&N REALTY TRUST, and ) <br> CAPTAIN PARKER ARMS PARTNERSHIP, ) <br> ) <br>       Defendants. ) | CIVIL ACTION <br> NO. 03CV12231 (RGS) |

## **[PROPOSED] REVISED SCHEDULING ORDER**

On March 27, 2007 the Court endorsed the parties' jointly filed scheduling order and on May 10, 2007, the Court issued an Order Regulating Non-Jury Trial, setting the first date of trial as December 17, 2007. The parties, after conferring, seek additional time to complete the preparation of expert reports. The adjustment of the expert discovery deadlines sought by the parties does not require a change of the date set for the commencement of trial. Accordingly, the parties jointly submit the following revised proposed scheduling order for the Court's consideration:

- Deadline for all parties to identify their testimonial experts and service of the expert reports required by Fed. R. Civ. P. 26(a)(2) – Friday, August 3, 2007;

- Deadline for service of the expert rebuttal reports required by Fed. R. Civ. P. 26(a)(2)(C) – Friday, September 7, 2007;

- Deadline for all parties to complete expert depositions, and complete any non-expert discovery – Friday, November 9, 2007;

- Deadline for pre-trial disclosures required by Fed. R. Civ. P. 26(a)(3) – Monday, December 10, 2007, as ordered on May 10, 2007 (docket entry #68);

- Trial to commence on Monday, December 17, 2007, as ordered on May 10, 2007 (docket entry #68).

SO ORDERED.

_____
Hon. Richard G. Stearns, United States District Judge

Entered: June \_\_, 2007

Approved as to form:

/s/ Thomas M. Ciampa

Thomas M. Ciampa – BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.: (617) 742-5955
Attorney for the Plaintiffs

/s/ Sander A. Rikleen

Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO# 647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph: 617·239·0100
Fx: 617·227·4420
Attorneys for the Defendants