UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 03CV12231 (RGS) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the defendants and attempted in good faith to resolve or narrow the issues addressed in Plaintiffs' Motion to Extend Discovery for 90 Days and Continue Trial.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Thomas M. Ciampa

　　　　　　　　　　　　　　　　　　　Thomas M. Ciampa (BBO# 566898)
　　　　　　　　　　　　　　　　　　　Ciampa & Associates
　　　　　　　　　　　　　　　　　　　20 Park Plaza, Suite 804
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　(617) 742-5955

October 15, 2007

### Certificate of Service

I, Thomas M. Ciampa, hereby certify that on this 15th day of October, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　___/s/ Thomas M. Ciampa____