# EXHIBIT E

O'Connor, Christine

| | |
|---|---|
| **From:** | O'Connor, Christine |
| **Sent:** | Wednesday, September 12, 2007 12:02 PM |
| **To:** | Thomas Ciampa |
| **Subject:** | RE: Captain Parker Arms |

Tom,

Easy for a guy that doesn't face the interest rate clock to be cavelier about getting this tried. Particularly one who is claiming 12% interest (which, of course we contest). All kidding aside, this has been going on for 4 years and our clients need to bring this matter to a close. Let me know if you agree that if we provide your experts the 2 week extension, you are prepared to stay on track with respect to the trial date. Chris


Christine M. O'Connor
617.239.0163 *fax* 617.227.4420

Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
www.eapdlaw.com


**From:** Thomas Ciampa [mailto:tciampa@ciampalaw.com]
**Sent:** Wednesday, September 12, 2007 10:40 AM
**To:** O'Connor, Christine
**Subject:** RE: Captain Parker Arms

Chris:

Just because I'm curious, what is so important about keeping the currently scheduled trial date? Litigation schedules, including trial dates, move all the time.


Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
617-742-5955
617-423-4855 (FAX)


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

**From:** O'Connor, Christine [mailto:COConnor@eapdlaw.com]
**Sent:** Wednesday, September 12, 2007 10:26 AM
**To:** Thomas Ciampa
**Cc:** Rikleen, Sander; Kirchofer, Thomas
**Subject:** RE: Captain Parker Arms

Tom,

We will agree to the extension you request below so long as plaintiffs agree, as we did before, that agreed-upon shifts in the expert report deadlines will not effect the trial date. Chris

Christine M. O'Connor
617.239.0163  *fax* 617.227.4420

Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613
www.eapdlaw.com

---

**From:** Thomas Ciampa [mailto:tciampa@ciampalaw.com]
**Sent:** Tuesday, September 11, 2007 9:36 PM
**To:** O'Connor, Christine
**Subject:** RE: Captain Parker Arms

Chris:

Sorry for the delay. I'll look at this first thing in the morning and call to discuss. Also, my rebuttal experts will need an additional two weeks (until Sept 28) to complete their reports. Do the defendants have any objection? Let me know.

Thank you,
Tom

---

Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
617-742-5955
617-423-4855 (FAX)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

REDACTED

10/15/2007