# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 01430842
Bk: 697 Pg: 32    Cert#: 113382
Doc: ORD    12/22/2006 02:50 PM

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO and CAROLYN PATTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP, | ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION
NO. 03CV12231 (RGS)

## PROPOSED STANDSTILL ORDER

STEARNS, D.J.

The parties having appeared before the Court for hearing on Plaintiffs' Motion for

Real Estate Attachment, and the Motion for Real Estate Attachment having been denied

following oral arguments of counsel for the parties; and

It appearing from the papers before the Court in connection with the Motion for Real

Estate Attachment that:

(a)    The real estate in question is located at 125 Worthen Road, Lexington,

Middlesex County, Massachusetts (the "Property");

(b)    The Property is owned by the Trustees of the T&N Realty Trust (the

"Trust"), a Massachusetts trust created by written instrument dated June 26, 1962, and

subsequently amended, filed in the Massachusetts Land Registration Office of the

Middlesex South Registry of Deeds as Document No. 401177, and the Trust's title to

the Property is reflected on Transfer Certificate of Title No. 113382; and

COVERING LOT 14

113382

(c)    all of the Trustees of the Trust are parties hereto.

It is hereby ORDERED that:

The Trustees of the Trust may not transfer, convey, assign, pledge, hypothecate, or

further encumber the Property, nor may the Trust be terminated, except upon: (a) the written

consent of the Plaintiffs, or (2) failing such consent, an order of this Court.


SO ORDERED.


_____
United States District Judge

Entered:  December __, 2006


Approved as to form:

DEFENDANTS                                     PLAINTIFFS

By their attorneys,                            By their attorney,

 /s/  Sander A. Rikleen                          /s/  Thomas M. Ciampa
_____       _____
Sander A. Rikleen (BBO# 420280)        Thomas M. Ciampa (BBO# 566898)
Christine M. O'Connor (BBO# 647535)    Ciampa & Associates
Edwards, Angell Palmer & Dodge LLP     20 Park Plaza, Suite 804
111 Huntington Avenue                  Boston, Massachusetts 02116
Boston, MA 02199                       Tel.:  (617) 742-5955
Tel: (617) 239-0100


### Certificate of Service

    I hereby certify that this document filed through the ECF system pursuant to Local
Rule 5.4 will be sent electronically to all other parties.

___/s/ Thomas M. Ciampa____

I hereby certify on 12/21/06 that the
foregoing document is true and correct copy of the
□ electronic docket in the captioned case.
☑ electronically filed original filed on 12/15/06
□ original filed in my office on _____
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By:_____
Deputy Clerk

- 2 -

REMAND

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:03-cv-12231-RGS**

Tropeano et al v. Dorman et al                    Date Filed: 11/13/2003
Assigned to: Judge Richard G. Stearns              Jury Demand: None
Cause: 28:1332 Diversity-Contract Dispute          Nature of Suit: 190 Contract: Other
                                                   Jurisdiction: Diversity

**Plaintiff**

**Philip L. Tropeano**                represented by  **Frederick J. Conroy**
                                                   Frederick J. Conroy
                                                   Suite 25
                                                   114 Waltham St.
                                                   Lexington, MA 02421
                                                   781-862-8060
                                                   Fax: 781-861-0812
                                                   Email: fred@conroyandconroy.net
                                                   *TERMINATED: 03/08/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Matthew J. Conroy**
                                                   Belesi & Donovan, P.C.
                                                   Suite 400
                                                   1225 Franklin Ave.
                                                   Garden City, NY 11530
                                                   516-248-9581
                                                   Fax: 516-248-9588
                                                   *TERMINATED: 03/08/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Thomas M. Ciampa**
                                                   Ciampa & Associates
                                                   20 Park Plaza
                                                   Suite 804
                                                   Boston, MA 02116
                                                   617-742-5955
                                                   Fax: 617-742-4953
                                                   Email: tciampa@ciampalaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

I hereby certify on [2/21/06] that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

**Plaintiff**

**Peter Tropeano**                   represented by  **Frederick J. Conroy**

(See above for address)
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Conroy**
(See above for address)
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Ciampa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Patton**                    represented by  **Frederick J. Conroy**
(See above for address)
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Conroy**
(See above for address)
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Ciampa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charlene Dorman**                   represented by  **Christine M. O'Connor**
Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
617-239-0163
Fax: 617-227-4420
Email: coconnor@palmerdodge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary C. Crossen**
Rubin & Rudman LLP
50 Rowes Wharf

Boston, MA 02110
617-330-7000
Fax: 617-439-9556
*TERMINATED: 07/26/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sander A. Rikleen**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444
Fax: 888-325-9550
Email: srikleen@edwardsangell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bianca Dorman**                       represented by **Christine M. O'Connor**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Gary C. Crossen**
                                        (See above for address)
                                        *TERMINATED: 07/26/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Sander A. Rikleen**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Lydia Dorman**                        represented by **Christine M. O'Connor**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Gary C. Crossen**
                                        (See above for address)
                                        *TERMINATED: 07/26/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Sander A. Rikleen**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Dorman**                          represented by **Christine M. O'Connor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary C. Crossen**
                                                        (See above for address)
                                                        *TERMINATED: 07/26/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sander A. Rikleen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**T & N Realty Trust**                   represented by **Christine M. O'Connor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary C. Crossen**
                                                        (See above for address)
                                                        *TERMINATED: 07/26/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sander A. Rikleen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Captain Parker Arms Partnership**      represented by **Christine M. O'Connor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary C. Crossen**
                                                        (See above for address)
                                                        *TERMINATED: 07/26/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sander A. Rikleen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Charlene Dorman**

**Counter Claimant**
**Bianca Dorman**

**Counter Claimant**
**Lydia Dorman**

**Counter Claimant**
**Todd Dorman**

**Counter Claimant**
**T & N Realty Trust**

**Counter Claimant**
**Captain Parker Arms Partnership**

V.

**Counter Defendant**
**Philip L. Tropeano**

**Counter Defendant**
**Peter Tropeano**

**Counter Defendant**
**Carolyn Patton**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2003 | ❶1 | COMPLAINT against all defendants Filing fee: $ 150, receipt number 51652, filed by Carolyn Patton, Peter Tropeano, Philip L. Tropeano. (Flaherty, Elaine) (Entered: 11/17/2003) |
| 11/13/2003 | ❶ | Summons Issued as to Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 11/17/2003) |
| 11/13/2003 | ❶ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 11/17/2003) |
| 01/21/2004 | ❶2 | MOTION to Dismiss by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust.(Flaherty, Elaine) (Entered: 01/28/2004) |
| | | |

| | | |
|---|---|---|
| 01/21/2004 | ◑3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 01/28/2004) |
| 02/04/2004 | ◑4 | MOTION for Extension of Time to 3/3/04 to opp motion dismiss by Carolyn Patton, Peter Tropeano, Philip L. Tropeano.(Flaherty, Elaine) (Entered: 02/10/2004) |
| 02/04/2004 | ◑5 | AFFIDAVIT in Support re 4 MOTION for Extension of Time to 3/3/04 to opp motion dismiss. (Flaherty, Elaine) (Entered: 02/10/2004) |
| 02/10/2004 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered granting 4 Motion for Extension of Time (Flaherty, Elaine) (Entered: 02/10/2004) |
| 02/18/2004 | ◑6 | MOTION to Disqualify plaintiffs' Counsel by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust.(Flaherty, Elaine) (Entered: 02/19/2004) |
| 02/18/2004 | ◑7 | MEMORANDUM in Support re 6 MOTION to Disqualify Counsel filed by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 02/19/2004) |
| 02/18/2004 | ◑8 | AFFIDAVIT in Support re 6 MOTION to Disqualify Counsel. (Flaherty, Elaine) (Entered: 02/19/2004) |
| 03/08/2004 | ◑12 | NOTICE of Appearance by Thomas M. Ciampa on behalf of Carolyn Patton, Peter Tropeano, Philip L. Tropeano (Flaherty, Elaine) (Entered: 03/24/2004) |
| 03/08/2004 | ◑13 | NOTICE of Withdrawal of Appearance Attorney Frederick J. Conroy and Matthew J. Conroy terminated. (Flaherty, Elaine) (Entered: 03/24/2004) |
| 03/10/2004 | ◑9 | MOTION for Leave to File reply memo by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust.(Flaherty, Elaine) (Entered: 03/17/2004) |
| 03/16/2004 | ◑ | Judge Richard G. Stearns : Endorsed ORDER entered granting 9 Motion for Leave to File (Flaherty, Elaine) (Entered: 03/17/2004) |
| 03/16/2004 | ◑10 | REPLY to Response to Motion re 2 MOTION to Dismiss filed by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 03/17/2004) |
| 03/17/2004 | ◑11 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Defendant's Motion to Disqualify Plaintiffs' counsel, ENTERED. (Flaherty, Elaine) (Entered: 03/18/2004) |
| 03/17/2004 | ◑ | ***Attorney Gary C. Crossen for Charlene Dorman; Lydia Dorman; Todd Dorman; T & N Realty Trust; Captain Parker Arms Partnership and Bianca Dorman added. (Flaherty, Elaine) (Entered: 03/18/2004) |
| 04/01/2004 | ◑14 | MOTION to Amend complaint as a matter of right by Peter Tropeano, |

| | | Philip L. Tropeano.(Flaherty, Elaine) (Entered: 04/13/2004) |
|---|---|---|
| 04/13/2004 | ❑ | Judge Richard G. Stearns : Endorsed ORDER entered granting 14 Motion to Amend (Flaherty, Elaine) (Entered: 04/13/2004) |
| 06/02/2004 | ❑15 | MOTION to Dismiss amended complaint for failure to state a claim by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust.(Flaherty, Elaine) (Entered: 06/04/2004) |
| 06/02/2004 | ❑16 | MEMORANDUM in Support re 15 MOTION to Dismiss filed by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 06/04/2004) |
| 06/15/2004 | ❑17 | STIPULATION extending time for plaintiff to respond to defts' motion to dismiss by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, Carolyn Patton, T & N Realty Trust, Peter Tropeano, Philip L. Tropeano. (Flaherty, Elaine) (Entered: 06/18/2004) |
| 06/21/2004 | ❑ | Judge Richard G. Stearns : ORDER entered ELECTRONIC ENDORSEMENT re 17 Stipulation, filed by Philip L. Tropeano, Peter Tropeano, Carolyn Patton, Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership"Treated as a motion, and allowed." (Flaherty, Elaine) (Entered: 06/21/2004) |
| 06/22/2004 | ❑18 | Cross MOTION for Partial Summary Judgment by Peter Tropeano. (Flaherty, Elaine) (Entered: 06/23/2004) |
| 06/22/2004 | ❑19 | MEMORANDUM in Opposition re 15 MOTION to Dismiss and in support of cross motion for partial summary judgment filed by Carolyn Patton, Peter Tropeano, Philip L. Tropeano. (Flaherty, Elaine) (Entered: 06/23/2004) |
| 07/14/2004 | ❑20 | NOTICE of Hearing on Motion 15 MOTION to Dismiss, 18 MOTION for Partial Summary Judgment: Motion Hearing set for 9/30/2004 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 07/14/2004) |
| 07/16/2004 | ❑21 | MOTION for Leave to File Excess Pages by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust.(Flaherty, Elaine) (Entered: 07/19/2004) |
| 07/16/2004 | ❑22 | MEMORANDUM in Opposition re 18 MOTION for Partial Summary Judgment filed by Captain Parker Arms Partnership, Bianca Dorman, Charlene Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust. (Flaherty, Elaine) (Entered: 07/19/2004) |
| 07/20/2004 | ❑ | Judge Richard G. Stearns : Endorsed ORDER entered granting 21 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 07/20/2004) |
| | | |

| 07/30/2004 | ❑23 | MOTION for Leave to File by Carolyn Patton, Peter Tropeano, Philip L. Tropeano.(Flaherty, Elaine) (Entered: 08/02/2004) |
|---|---|---|
| 07/30/2004 | ❑24 | NOTICE of Change of Address by Thomas M. Ciampa (Flaherty, Elaine) (Entered: 08/03/2004) |
| 08/13/2004 | ❑ | Judge Richard G. Stearns : electronic ORDER entered granting 23 Motion for Leave to File (Flaherty, Elaine) (Entered: 08/13/2004) |
| 09/17/2004 | ❑25 | NOTICE OF RESCHEDULING, issued. (Johnson, Mary) (Entered: 09/21/2004) |
| 12/02/2004 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 12/2/2004 re 15 MOTION to Dismiss filed by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership, 18 MOTION for Partial Summary Judgment filed by Peter Tropeano. Motion are taken under advisement. (Court Reporter James Gibbons.) (Hamilton, Maria Raia) (Entered: 12/02/2004) |
| 02/22/2005 | ❑26 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Defendant's Motions to Dismiss and Plaintiffs' Motion for Summary Judgment, ENTERED.(Flaherty, Elaine) (Entered: 02/22/2005) |
| 02/22/2005 | ❑ | Civil Case Terminated. (Flaherty, Elaine) (Entered: 02/22/2005) |
| 02/24/2005 | ❑27 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 02/24/2005) |
| 03/15/2005 | ❑28 | NOTICE OF APPEAL as to 27 Order by Philip L. Tropeano, Peter Tropeano. $ 255, receipt number 62782 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/23/2005 | ❑29 | Certified and Transmitted Record on Appeal to US Court of Appeals re 28 Notice of Appeal, (Ramos, Jeanette) (Entered: 03/24/2005) |
| 04/07/2005 | ❑30 | USCA Case Number 05-1435 for 28 Notice of Appeal, filed by Philip L. Tropeano, Peter Tropeano,. (Ramos, Jeanette) (Entered: 04/07/2005) |
| 06/23/2005 | ❑31 | REPLY to Response to Motion re 18 MOTION for Partial Summary Judgment filed by Peter Tropeano.(originally filed 8/13/04, but when directly to Chambers) Sent to U.S.D.C. Appeals Clerk to be trasmitted to U.S. Court of Appeals. (Flaherty, Elaine) (Entered: 06/23/2005) |
| 06/30/2005 | ❑32 | Supplemental Record on Appeal transmitted to US Court of Appeals re 28 Notice of Appeal, document number 31 (Ramos, Jeanette) (Entered: 06/30/2005) |
| 09/12/2005 | ❑33 | Assented to MOTION for leave to conduct immediate videio deposition of Philip Tropeano by Peter Tropeano, filed.(Flaherty, Elaine) (Entered: |

| | | |
|---|---|---|
| | | 09/15/2005) |
| 09/20/2005 | 🔵34 | Judge Richard G. Stearns : ElectronicORDER entered granting 33 Motion conduct immediate deposition (Flaherty, Elaine) Modified on 9/20/2005 ( Flaherty, Elaine).Counsel please note there is no document numbered 34, electronic order (Entered: 09/20/2005) |
| 09/20/2005 | 🔵 | Notice of correction to docket made by Court staff. Correction: #37 corrected because: electronic order, not hard copy, shouldn't have gotten number (Flaherty, Elaine) (Entered: 09/20/2005) |
| 03/28/2006 | 🔵35 | OPINION of USCA (Ramos, Jeanette) (Entered: 03/28/2006) |
| 03/28/2006 | 🔵36 | USCA Judgment as to28 Notice of Appeal, filed by Philip L. Tropeano, Peter Tropeano. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the case is remanded for further disposition in accordance with the opinion issued this day. (Ramos, Jeanette) (Entered: 03/28/2006) |
| 04/19/2006 | 🔵37 | MANDATE of USCA as to 28 Notice of Appeal, filed by Philip L. Tropeano, Peter Tropeano. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the case is remanded for further disposition in accordance with the opinion issued this day. (Ramos, Jeanette) (Entered: 04/19/2006) |
| 05/03/2006 | 🔵 | Appeal Record Returned: 28 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/03/2006) |
| 05/10/2006 | 🔵38 | MOTION for Writ of real estate attachment by Philip L. Tropeano, Peter Tropeano, Carolyn Patton, filed.(Flaherty, Elaine) (Entered: 05/11/2006) |
| 05/10/2006 | 🔵39 | MEMORANDUM in Support re 38 MOTION for Writ of real estate attachment filed by Philip L. Tropeano, Peter Tropeano, Carolyn Patton, filed. (Flaherty, Elaine) (Entered: 05/11/2006) |
| 05/10/2006 | 🔵40 | AFFIDAVIT of Peter Tropeano in Support re 38 MOTION for Writ of real estate attachment, filed. (Flaherty, Elaine) (Entered: 05/11/2006) |
| 05/10/2006 | 🔵41 | NOTICE of certification of no liability insurance by Philip L. Tropeano, Peter Tropeano, Carolyn Patton re 38 MOTION for Writ, filed. (Flaherty, Elaine) (Entered: 05/11/2006) |
| 05/10/2006 | 🔵 | Judge Richard G. Stearns : Electronic ORDER entered denying 38 Motion for Writ "Denied, without prejudice. An order of notice in due course will be issued by the Clerk. The court notes that plaintiffs have not made the showing required by Mass.R.Civ.P.4.1(F) for entry of an attachment ex parte." (Flaherty, Elaine) (Entered: 05/12/2006) |
| 05/11/2006 | 🔵42 | MOTION for Order to short order of notice by Philip L. Tropeano, Peter Tropeano, Carolyn Patton, filed.(Flaherty, Elaine) (Entered: 05/12/2006) |
| 05/12/2006 | 🔵 | Judge Richard G. Stearns : Electronic ORDER entered denying 42 Motion for Short Order of Notice "DENIED. An order of notice is to issue in ordinary course. Plaintiffs are advised to file future pleadings |

| | | electronically, as Court rules require." (Flaherty, Elaine) (Entered: 05/12/2006) |
|---|---|---|
| 06/28/2006 | ●43 | NOTICE of Change of Address by Thomas M. Ciampa (Ciampa, Thomas) (Entered: 06/28/2006) |
| 06/29/2006 | ●44 | MOTION Scheduling Conference by all plaintiffs.(Ciampa, Thomas) (Entered: 06/29/2006) |
| 06/30/2006 | ●45 | Judge Richard G. Stearns : ORDER entered denying 44 Motion for scheduling conference (Flaherty, Elaine) (Entered: 06/30/2006) |
| 07/19/2006 | ●46 | NOTICE of Withdrawal of Appearance by Christine M. O'Connor *of Gary C. Crossen as Counsel for the Defendants* (O'Connor, Christine) (Entered: 07/19/2006) |
| 07/19/2006 | ●47 | NOTICE of Appearance by Christine M. O'Connor on behalf of all defendants (O'Connor, Christine) (Entered: 07/19/2006) |
| 07/19/2006 | ●48 | NOTICE of Appearance by Christine M. O'Connor on behalf of all defendants (O'Connor, Christine) (Entered: 07/19/2006) |
| 07/25/2006 | ●49 | NOTICE of Appearance by Sander A. Rikleen on behalf of all defendants (Rikleen, Sander) (Entered: 07/25/2006) |
| 11/21/2006 | ● | ELECTRONIC NOTICE of Hearing on Motion for Real Estate Attachment. Motion Hearing set for 12/15/2006 at 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/21/2006) |
| 12/08/2006 | ●50 | Opposition re 38 MOTION for Writ *Defendants' Opposition to Motion for Real Estate Attachment* filed by all defendants. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/08/2006 | ●51 | AFFIDAVIT of Leslie Crossley re 50 Opposition to Motion *for Real Estate Atachment* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/08/2006 | ●52 | AFFIDAVIT of Charlene Dorman re 50 Opposition to Motion *for Real Estate Attachment* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/08/2006 | ●53 | AFFIDAVIT of Michael W. Keane re 50 Opposition to Motion *for Real Estate Attachment* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/08/2006 | ●54 | AFFIDAVIT of Norton S. Remmer re 50 Opposition to Motion *for Real Estate Attachment* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/08/2006 | ●55 | AFFIDAVIT of Nicholas P. Schmalz re 50 Opposition to Motion *for* |

| | | |
|---|---|---|
| | | *Real Estate Attachment* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/08/2006) |
| 12/12/2006 | ❂56 | MOTION to Strike 52 Affidavit, 54 Affidavit, 53 Affidavit, 50 Opposition to Motion, 55 Affidavit, 51 Affidavit by Philip L. Tropeano, Peter Tropeano, Carolyn Patton.(Ciampa, Thomas) (Entered: 12/12/2006) |
| 12/12/2006 | ❂57 | MEMORANDUM in Support re 56 MOTION to Strike 52 Affidavit, 54 Affidavit, 53 Affidavit, 50 Opposition to Motion, 55 Affidavit, 51 Affidavit filed by all plaintiffs. (Attachments: # 1 Exhibit)(Ciampa, Thomas) (Entered: 12/12/2006) |
| 12/12/2006 | ❂58 | Opposition re 56 MOTION to Strike 52 Affidavit, 54 Affidavit, 53 Affidavit, 50 Opposition to Motion, 55 Affidavit, 51 Affidavit filed by all defendants. (O'Connor, Christine) (Entered: 12/12/2006) |
| 12/12/2006 | ❂59 | AFFIDAVIT of Christine O'Connor re 58 Opposition to Motion *to Strike* by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership. (O'Connor, Christine) (Entered: 12/12/2006) |
| 12/14/2006 | ❂60 | ANSWER to Complaint *and*, COUNTERCLAIM against all plaintiffs by Charlene Dorman, Bianca Dorman, Lydia Dorman, Todd Dorman, T & N Realty Trust, Captain Parker Arms Partnership.(O'Connor, Christine) (Entered: 12/14/2006) |
| 12/15/2006 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 12/15/2006 re 38 MOTION for Writ filed by Philip L. Tropeano,, Peter Tropeano,, Carolyn Patton,. Atty. Ciampa present for the pltfs. Attys. Rikleen and O'Connor present for the defts. After hearing, the motion for writ of attachment is DENIED. Counsel will, by 12-22-06, file a Joint Proposed Discovery Schedule for the Court's approval. On or before January 26, 2007, counsel will brief the Court in writing as to whether the trial to be scheduled will be jury or non-jury. The parties, at Court's suggestion, will file a proposed "stand-still Order" for the Court's approval as to the property not being sold. (Court Reporter Lee Marzilli.) (Johnson, Mary) Modified on 12/15/2006 (Johnson, Mary). Modified on 12/15/2006 (Johnson, Mary). (Entered: 12/15/2006) |
| 12/15/2006 | ❂61 | Proposed Document(s) submitted by Philip L. Tropeano, Peter Tropeano, Carolyn Patton. Document received: Proposed Standstill Order. (Ciampa, Thomas) (Entered: 12/15/2006) |
| 12/20/2006 | ❂ | Judge Richard G. Stearns : ELECTRONIC ENDORSEMENT re 61 Proposed Document(s) submitted filed by Philip L. Tropeano,, Peter Tropeano,, Carolyn Patton."APPROVED AND SO ORDERED. " R. G. Stearns" (Johnson, Mary) (Entered: 12/20/2006) |

DOCUMENT    01430842

Southern Middlesex LAND COURT

REGISTRY DISTRICT

RECEIVED FOR REGISTRATION

On: Dec 22,2006  at  02:50P

Document Fee:    75.00
Receipt Total:   $75.00

CERT: 113382  BK: 00697  PG:  32

Thomas Ciampa    617 742 5955
NAME                        TEL.

STREET ADDRESS

CITY OR TOWN                ZIP