UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>) DOCKET NO.<br>) 03-CV-12231-RGS<br>CHARLENE DORMAN, et al., )<br>)<br>Defendants. )<br>) | |

## STIPULATION

The parties to the above-referenced matter hereby stipulate and agree that the time for Plaintiffs to respond to the defendants' Motion in Limine to Establish Interest Rate is extended up to and including Monday, November 5, 2007.

DEFENDANTS

By their attorneys,

 /s/  Sander A. Rikleen
_____
Sander A. Rikleen (BBO# 420280)
Christine M. O'Connor (BBO# 647535)
Edwards, Angell, Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100

Dated:  October 26, 2007

PLAINTIFFS

By their attorney,

  /s/   Thomas M. Ciampa
_____
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.:  (617) 742-5955

### Certificate of Service

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

___/s/ Thomas M. Ciampa____