# EXHIBIT A

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Sander A. Rikleen

617.951.3355
*fax* 888.325.9550
srikleen@eapdlaw.com

September 21, 2006

Thomas M. Ciampa, Esq.
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA  02116

Re:    Phillip L. Tropeano, et al. v. Charlene Dorman, et al.,
         U.S. Dist. Ct., Dist. of Mass., No. 03-CV-12231-RGS

Dear Tom:

I am still getting to know all of the papers in this case.

In light of the First Circuit ruling that your clients are deemed to have withdrawn from the partnership as of October 1, 2003, it seems that they should formally resign as Trustees of the Trust. Accordingly, I enclose Resignation forms for each of your clients.

Can you have your clients sign these, get their signatures notarized, and return them to me at your earliest convenience?

Very truly yours,

Sander A. Rikleen

SAR/emt
Enclosures
cc:     Christine O'Connor, Esq.

BOS111 12074064.1

## RESIGNATION OF MARY CAROL TROPEANO AS TRUSTEE OF
## T&N REALTY TRUST

I, Mary Carol Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.


_____

Mary Carol Topeano (f/k/a Mary C. Gannett)


COMMONWEALTH OF MASSACHUSETTS          )
                                       )
COUNTY OF MIDDLESEX                     )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Mary Carol Topeano (f/k/a Mary C. Gannett), proved to me through satisfactory evidence of identification, being (check whichever applies):
☐ driver's license or other state or federal governmental document bearing a photographic image,
☐ oath or affirmation of a credible witness known to me who knows the above signatory, or
☐ my own personal knowledge of the identity of the signatory
to be the person whose name is signed above and acknowledged to me that she signed it voluntarily for its stated purpose.


                    _____
                    Notary Public
                    My Commission Expires:

**RESIGNATION OF PETER TROPEANO AS TRUSTEE OF T&N REALTY TRUST**

I, Peter Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.


_____
Peter Topeano (a/k/a Peter L. Tropeano)


COMMONWEALTH OF MASSACHUSETTS )
                                                              )
COUNTY OF MIDDLESEX                       )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Peter Topeano (a/k/a Peter L. Tropeano), proved to me through satisfactory evidence of identification, being (check whichever applies):

☐ driver's license or other state or federal governmental document bearing a photographic image,

☐ oath or affirmation of a credible witness known to me who knows the above signatory, or

☐ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.


                              _____
                              Notary Public
                              My Commission Expires:

## RESIGNATION OF PHILIP L. TROPEANO AS TRUSTEE OF T&N REALTY TRUST

I, Phillip L. Tropeano, hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect pursuant to the terms set forth in the Declaration.

Witness my hand and seal this ___ day of September, 2006.


_____

Philip L. Topeano


COMMONWEALTH OF MASSACHUSETTS    )
                                 )
COUNTY OF MIDDLESEX              )

On this _____ day of September, 2006, before me, the undersigned notary public, personally appeared Philip L. Topeano, proved to me through satisfactory evidence of identification, being (check whichever applies):

☐ driver's license or other state or federal governmental document bearing a photographic image,

☐ oath or affirmation of a credible witness known to me who knows the above signatory, or

☐ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.


_____
Notary Public
My Commission Expires:

# EDWARDS ANGELL PALMER&DODGE LLP

Sander A. Rikleen

617.951.3355
*fax* 888.325.9550
srikleen@eapdlaw.com

July 30, 2007

Thomas M. Ciampa, Esq.
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116

Re: <u>Phillip L. Tropeano, et al. v. Charlene Dorman, et al.,</u>
U.S. Dist. Ct., Dist. of Mass., No. 03-CV-12231-RGS

Dear Tom:

Following up on Chris' recent telephone conversation with you and on my letter dated
September 21, 2006, I have enclosed forms for each of your clients to resign as trustees of T&N
Realty Trust.

Can you have your clients sign these, get their signatures notarized, and return them to me at
your earliest convenience? With the trial date approaching, we would like to remove the issue of
diversity jurisdiction from the case as soon as possible.

The Resignations will be effective upon recording at the Registry, at which time the parties will
need to jointly inform the Court that they have resolved Counterclaim Count III (seeking to
compel such resignations).

Very truly yours,

Sander A. Rikleen

SAR/emt
Enclosures
cc:     Christine O'Connor, Esq.

BOS111_591703_1.DOC/SRIKLEEN

## <u>RESIGNATION OF PETER TROPEANO AS TRUSTEE OF T&N REALTY TRUST</u>

I, Peter Tropeano (a/k/a Peter L. Tropeano), hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration"), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section.  This resignation is to take effect when filed for record with said Registry of Deeds.

Witness my hand and seal this ___ day of August, 2007.


_____

Peter Tropeano (a/k/a Peter L. Tropeano)


COMMONWEALTH OF MASSACHUSETTS           )
                                        )
COUNTY OF MIDDLESEX                      )

On this _____ day of August, 2007, before me, the undersigned notary public, personally appeared Peter Tropeano (a/k/a Peter L. Tropeano), proved to me through satisfactory evidence of identification, being (check whichever applies):
□ driver's license or other state or federal governmental document bearing a photographic image,
□ oath or affirmation of a credible witness known to me who knows the above signatory, or
□ my own personal knowledge of the identity of the signatory
to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.


_____

Notary Public
My Commission Expires:

## RESIGNATION OF MARY CAROL TROPEANO AS TRUSTEE OF
## T&N REALTY TRUST

I, Mary Carol Tropeano (f/k/a Mary C. Gannett), hereby resign my position as trustee of the T& N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration"), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect when filed for record with said Registry of Deeds.

Witness my hand and seal this ___ day of August, 2007.


_____
Mary Carol Tropeano (f/k/a Mary C. Gannett)

COMMONWEALTH OF MASSACHUSETTS          )
                                       )
COUNTY OF MIDDLESEX                     )

On this _____ day of August, 2007, before me, the undersigned notary public, personally appeared Mary Carol Tropeano (f/k/a Mary C. Gannett), proved to me through satisfactory evidence of identification, being (check whichever applies):

☐ driver's license or other state or federal governmental document bearing a photographic image,

☐ oath or affirmation of a credible witness known to me who knows the above signatory, or

☐ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that she signed it voluntarily for its stated purpose.


_____
Notary Public
My Commission Expires:

## RESIGNATION OF PHILIP L. TROPEANO AS TRUSTEE OF T&N REALTY TRUST

I, Phillip L. Tropeano, hereby resign my position as trustee of the T & N Realty Trust under Declaration of Trust dated June 26, 1962, as amended (the "Declaration"), filed as Document 401177 with Middlesex County Registry of Deeds, Southern District, Registered Land Section. This resignation is to take effect when filed for record with said Registry of Deeds.

Witness my hand and seal this ___ day of August, 2007.


_____
Philip L. Tropeano


COMMONWEALTH OF MASSACHUSETTS       )
                                    )
COUNTY OF MIDDLESEX                 )

On this _____ day of August, 2007, before me, the undersigned notary public, personally appeared Philip L. Tropeano, proved to me through satisfactory evidence of identification, being (check whichever applies):

□ driver's license or other state or federal governmental document bearing a photographic image,

□ oath or affirmation of a credible witness known to me who knows the above signatory, or

□ my own personal knowledge of the identity of the signatory

to be the person whose name is signed above and acknowledged to me that he signed it voluntarily for its stated purpose.


_____
Notary Public
My Commission Expires: