UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO,<br>PETER TROPEANO, and<br>CAROLYN PATTON,<br><br>           Plaintiffs,<br><br>           v.<br><br>CHARLENE DORMAN,<br>BIANCA DORMAN,<br>LYDIA DORMAN,<br>TODD DORMAN,<br>T&N REALTY TRUST, and<br>CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>           Defendants. | CIVIL ACTION<br>NO. 03-CV-12231-RGS |

## AFFIDAVIT OF SANDER A. RIKLEEN

I, Sander A. Rikleen, do depose and state that:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, am a partner of the law firm of Edwards Angell Palmer & Dodge LLP, and am lead counsel for the Defendants in this action.

2. This Affidavit is made to present to the Court true copies of the following excerpts of deposition testimony, and one deposition exhibit, which are relevant to Defendants' Motion in Limine to Exclude Evidence of Subsequent Market Activity, and Opinions of Value Based Upon Such Data:

Exhibit A     Relevant portions of the transcript of the November 12, 2007 deposition testimony of Andrew Chaban, Rule 30(b)(6) designated witness for Princeton Properties (pp. 1, 15-16, 23-27, 33-36, 46-49, 51, 60, 63).

Exhibit B    Deposition Exhibit 5 from the November 12, 2007 deposition of Andrew Chaban, Rule 30(b)(6) designated witness for Princeton Properties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November, 2007.

                                                                 /s/ Sander A. Rikleen

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

                                                                 /s/ Sander A. Rikleen