## Thomas Ciampa

| | |
|---|---|
| **From:** | Thomas Ciampa [tciampa@ciampalaw.com] |
| **Sent:** | Friday, November 16, 2007 1:46 PM |
| **To:** | 'O'Connor, Christine' |
| **Subject:** | Proposed Stipulation |
| **Attachments:** | Stipulation11-16-07.doc |

Chris:

Sorry for the delay. Between the Norton Remmer, deposition, a deposition in another matter yesterday, and the day-to-day client crisis factor, it took me longer to finalize this than I had hoped. If the defendants agree, I would have no reason to oppose their most recent motion. Let me know. Also, I expect to file Plaintiffs' Motion in Limine regarding the minority/marketability discount issue and to get you Plaintiffs outstanding discovery responses (and documents) by Monday. Finally, a copy set of the marked deposition exhibits from the Norton Remmer deposition is on its way over by messenger.

Have a good weekend, and I hope that you are feeling better.

Best regards,
Tom

---
Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
617-742-5955
617-423-4855 (FAX)


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP,<br><br>Defendants. | DOCKET NO.<br>03-CV-12231-RGS |

## STIPULATION

WHEREAS, Plaintiffs Philip L. Tropeano, Peter Tropeano and Carolyn Patten (collectively, "Plaintiffs") did file the above-captioned action on November 17, 2003, naming as defendants Charlene Dorman, Todd Dorman, Bianca Dorman, Lydia Dorman, Captain Parker Arms Partnership, and T&N Realty Trust (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties");

WHEREAS, the trustees of T&N Realty Trust are presently, and were at the time that Plaintiffs filed this action, the defendants Charlene Dorman, Todd Dorman, Bianca Dorman, and Lydia Dorman, the plaintiffs Philip Tropeano and Peter Tropeano, and Mary Carol Gannett;

WHEREAS, T&N Realty Trust, Peter Tropeano, and Philip Tropeano are all residents of the Commonwealth of Massachusetts potentially frustrating the Court's subject matter jurisdiction over this matter;

WHEREAS, Defendants have requested (a) that plaintiffs Philip Tropeano and Peter Tropeano voluntarily resign as trustees of T&N Realty Trust, and (b) that Plaintiffs voluntarily dismiss T&N Realty Trust as a defendant to this matter;

WHEREAS, Plaintiffs would agree to Defendants' requests subject to the Court's acceptance and endorsement of this Stipulation;

NOW THEREFORE for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in consideration of the premises, agreements, and covenants contained herein, the parties agree as follows:

1. The Parties stipulate and agree that no weight shall be given in this action, or in any appeal of this action, to the fact that T&N Realty Trust holds, and did hold at all times relevant to this matter, legal title to the property located at 125 Worthen Road, Lexington, Massachusetts (the "Property"). Instead, all remaining issues in dispute between the parties, as described in Plaintiffs' First Amended Complaint, and any amendments thereof, specifically including, but not limited to, (a) all issues regarding whether Plaintiffs could have terminated the Captain Parker Arms Partnership (the "Partnership") and forced a winding up and liquidation of the Partnership and a distribution of its net assets, and (b) all issues regarding Plaintiffs' ability to reach the Property to secure and/or satisfy any judgment that they might receive against Defendants, shall be determined as if legal title to the Property was, at all times relevant to this matter, held entirely in the name of the defendant Captain Parker Arms Partnership.

2. Upon the endorsement of this Stipulation by the Court, Plaintiffs agree that they will voluntarily dismiss T&N Realty Trust as a defendant to this action, and

Philip Tropeano and Peter Tropeano agree that they will immediately resign as trustees of T&N Realty Trust.

3.  The Parties acknowledge and agree that they have entered into this Stipulation on the advice of counsel, voluntarily, and not as a result of any premise or representation except as set forth expressly herein, and not as a result of any duress or coercion by any person or entity.

4.  The failure of any Party to insist on strict compliance with the terms and conditions of this Stipulation in any given instance shall not be considered or construed as a modification of this Agreement or as a waiver of any right the Parties have hereunder, including the right to insist on strict compliance at all other times.

5.  This Stipulation shall be deemed to have been made and entered into in the Commonwealth of Massachusetts, and shall in all respects be interpreted, enforced and governed under the laws of Massachusetts without reference to principles of conflicts of law. The Parties agree to the exclusive jurisdiction of the courts of the Commonwealth of Massachusetts to resolve any and all claims arising out of, or relating in any way to, the interpretation or enforcement of this Stipulation.

6.  This Stipulation shall inure to the benefit of, and be binding upon, the Parties to this Stipulation and each of their respective successors, assigns, representatives, heirs, and executors.

7.  This Agreement shall be deemed to have been drafted jointly by the Parties, and, in the event of a dispute related hereto, shall not be construed against any party.

| DEFENDANTS | PLAINTIFFS |
|---|---|
| By their attorneys, | By their attorney, |
| /s/ Sander A. Rikleen | /s/  Thomas M. Ciampa |
| Sander A. Rikleen (BBO# 420280)<br>Christine M. O'Connor (BBO# 647535)<br>Edwards, Angell, Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: (617) 239-0100 | Thomas M. Ciampa (BBO# 566898)<br>Ciampa & Associates<br>20 Park Plaza, Suite 804<br>Boston, Massachusetts 02116<br>Tel.: (617) 742-5955 |

SO ORDERED.

_____
Hon. Richard G. Stearns, United States District Judge

Entered: November __, 2007

## Thomas Ciampa

**From:** Thomas Ciampa [tciampa@ciampalaw.com]
**Sent:** Wednesday, November 21, 2007 2:32 PM
**To:** 'O'Connor, Christine'
**Subject:** Stipulation

Chris:

I assume that the defendants have decided against entering the Stipulation that I sent over on Friday. If I am incorrect in my assumption, please let me know as I expect to file my opposition to the defendants' motion to dismiss/for judgment on the pleadings by the end of the week.

Thank you, and have a great holiday.

Best regards,
Tom

---

Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
617-742-5955
617-423-4855 (FAX)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

**Thomas Ciampa**

**From:** O'Connor, Christine [COConnor@eapdlaw.com]
**Sent:** Wednesday, November 21, 2007 4:11 PM
**To:** tciampa@ciampalaw.com
**Cc:** Rikleen, Sander
**Subject:** Re: Stipulation

Tom,
Sorry, this totally slipped off the table. We do not agree with several aspects of the proposed stipulation. I'm unable to view the document so I can't give you specifics. I think youi should assume we won't reach agreement but we can talk on monday if you like. Try to relax and enjoy Thanksgiving. Chris
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Thomas Ciampa <tciampa@ciampalaw.com>
To: O'Connor, Christine
Sent: Wed Nov 21 14:31:59 2007
Subject: Stipulation

Chris:

I assume that the defendants have decided against entering the Stipulation that I sent over on Friday. If I am incorrect in my assumption, please let me know as I expect to file my opposition to the defendants' motion to dismiss/for judgment on the pleadings by the end of the week.

Thank you, and have a great holiday.

Best regards,

Tom

Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
617-742-5955
617-423-4855 (FAX)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly

prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence, Stamford, Washington DC, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

11/28/2007