UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) DOCKET NO. <br> ) 03-CV-12231-RGS |

## AFFIDAVIT OF THOMAS M. CIAMPA

I, Thomas M. Ciampa, do depose and state that:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and am counsel for Plaintiffs in this action.

2. True and accurate copies of select pages from the deposition transcript of Andrew M. Chaban are attached hereto as Exhibit A.

3. A true and accurate copy of Princeton Properties' letter of October 18, 2004 is attached hereto as Exhibit B.

4. True and accurate copies of documents provided to Princeton Properties by The Dolben Company under a cover letter dated December 6, 2004 are attached hereto as Exhibit C.

5.      A true and accurate copy of the Princeton Properties internal memorandum, dated December 9, 2004, from Daniel Endyke and Timothy White to Andrew Chaban and James Herscot, is attached hereto as <u>Exhibit D</u>.

6.      A true and accurate copy of Princeton Properties' letter of December 13, 2004 is attached hereto as <u>Exhibit E</u>.

7.      A true and accurate copy of a letter from Gary Crossen, then counsel for the defendants, to Andrew Chaban, dated December 16, 2004, is attached hereto as <u>Exhibit F</u>.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2007.

\_\_\_/s/ Thomas M. Ciampa\_\_

**Certificate of Service**

I, Thomas M. Ciampa, hereby certify that on this 5th day of December, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

\_\_\_/s/ Thomas M. Ciampa\_\_