UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP L. TROPEANO, <br> PETER TROPEANO, and <br> CAROLYN PATTON, <br>         Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, <br> BIANCA DORMAN, <br> LYDIA DORMAN, <br> TODD DORMAN, <br> T&N REALTY TRUST, and <br> CAPTAIN PARKER ARMS PARTNERSHIP, <br><br>         Defendants. | CIVIL ACTION <br> NO. 03-CV-12231-RGS |

### DEFENDANTS' UNOPPOSED MOTION
### FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants hereby move, pursuant to Local Rule 7.1(B)(3), for leave to file a brief Reply Memorandum (filed herewith) to respond to certain limited arguments made in Plaintiffs' opposition (docket entry #91) to Defendants' Motion for Judgment on the Pleadings Dismissing T&N Realty Trust and its Defendant Trustees (docket entry #83).

Defendants submit that the brief reply of 4 pages filed herewith is necessary to respond to certain limited arguments made in Plaintiffs' opposition, and the material covered in the Reply Memorandum will assist the Court's consideration of the pending Motion.

Plaintiffs' opposition was filed and served after the close of business on Wednesday, November 26, 2007. This Motion and the Reply Memorandum filed herewith have been prepared as soon thereafter as practicable.

- 2 -

WHEREFORE, the Defendants pray that their Motion be granted.

Dated: December 6, 2007

/s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO# 647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph: 617·239·0100
Fx: 617·227·4420
Attorneys for the Defendants

## LOCAL RULE 7.1(A)(2) CERTIFICATION

On November 30, 2007, I conferred with Thomas Ciampa, counsel for Plaintiffs, and he advised me that he would not to oppose this motion for leave to file a Reply.

/s/ Christine M. O'Connor

**Certificate of Service**

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

/s/ Sander A. Rikleen