UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PHILIP L. TROPEANO,  )
PETER TROPEANO, and  )
CAROLYN PATTON,  )
  )
           Plaintiffs,  )
  )
v.  ) CIVIL ACTION
  ) NO. 03-CV-12231-RGS
CHARLENE DORMAN,  )
BIANCA DORMAN,  )
LYDIA DORMAN,  )
TODD DORMAN,  )
T&N REALTY TRUST, and  )
CAPTAIN PARKER ARMS PARTNERSHIP,  )
  )
           Defendants.  )

## EXHIBITS OF THE PARTIES

### Agreed Exhibits

The parties agree to admission of the following exhibits.

| EXHIBIT | AGREED EXHIBITS | COMMENTS |
|---|---|---|
| 1 | Captain Parker Arms Partnership Agreement, dated January 8, 1964 | |
| 2 | Modification of Captain Parker Arms Partnership Agreement, dated March 11, 1987 | |
| 3 | Captain Parker Arms Partnership Schedules of Partner Distributions Subsequent to Death (5) | |

| EXHIBIT | AGREED EXHIBITS | COMMENTS |
|---|---|---|
| 4 | Captain Parker Arms Partnership Amendment and Modification of Schedules of Partner Distributions Subsequent to Death (4) | |
| 5 | Captain Parker Arms Partnership Amendment to Modification dated March 11, 1987, dated May 5, 1997 | |
| 6 | Transfer Certificate of Title No. 113382, reflecting ownership of the Captain Parker Arms real estate | |
| 7 | T&N Realty Trust Declaration of Trust, dated June 26, 1962, filed with Middlesex Deeds as Document no. 401177 | |
| 8 | Amendment to T&N Realty Trust, dated February 12, 1965, filed with Middlesex Deeds as Document no. 415806 | |
| 9 | Amendment to T&N Realty Trust, dated February 5, 1982, filed with Middlesex Deeds as Document no. 620093 | |
| 10 | Amendment to T&N Realty Trust, dated August 6, 1992, filed with Middlesex Deeds as Document no. 884401 | |
| 11 | Amendment to T&N Realty Trust, dated October 8, 1998, filed with Middlesex Deeds as Document no. 1127942 | |
| 12 | T&N Realty Trust Appointment of Trustees, Trustees Powers and Authority, dated January 4, 2002, filed with Middlesex Deeds as Document no. 1213449 | |

| EXHIBIT | AGREED EXHIBITS | COMMENTS |
|---|---|---|
| 13 | T&N Realty Trust Resignation of Trustee, dated May 16, 2002, filed with Middlesex Deeds as Document No. 1213450 | |
| 14 | T&N Realty Trust Appointment of Trustees, dated November 4, 2002, filed with Middlesex Deeds as Document no 1256631 | |
| 15 | T&N Realty Trust Amendment & Appointment of Trustees, dated June 16, 2003, filed with Middlesex Deeds as Document no. 1278062 | |
| 16 | Plaintiffs' November 29, 2002 letter giving notice of their desire to sell their interests in CPA | TRO2325 |
| 17 | August 21, 2003 letter from counsel for the Plaintiffs announcing their withdrawal from CPA, effective October 1, 2003 | Peter Tropeano Depo Exh. 9 |
| 18 | Undated letter from Peter Tropeano to CPA Partners referencing summer 2003 distribution | TRO0075 |
| 19 | August 2003 CPA Citizens bank statement showing summer 2003 distribution | |
| 20 | Plaintiffs' 2003 Captain Parker Arms Partnership Forms K-1 (3) | |
| 21 | Photographs of Captain Parker Arms and its physical plant | |
| 22 | CV of Webster A. Collins | |
| 23 | CV or Eric Reenstierna | |

BOS_603699_5.DOC/SRIKLEEN

| EXHIBIT | AGREED EXHIBITS | COMMENTS |
|---|---|---|
| 24 | CV of Kevin Hastings | |
| 25 | CV of Walter Pennell | |
| 26 | CV of William Mitchell | |
| 27 | CV of Norton Remmer | |
| 28 | Report of Norton Remmer and/or any modifications or supplements made until the time of trial | |
| 29 | $3 million mortgage note, dated December 21, 1992 (still outstanding) | |
| 30 | $1 million mortgage note, dated August 15, 2000 (still outstanding) | |

## Disputed Exhibits

The following proposed exhibits are disputed. The parties may supplement this list by adding additional disputed exhibits.

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| A | Appraisal Review Report of Webster Collins and/or any modifications or supplements made until the time of trial | |
| B | Self-Contained Appraisal by Eric Reenstierna and/or any modifications or supplements made until the time of trial | |

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| C | August 5, 2003 letter from Eric Reenstierna to Peter Tropeano estimating value of Captain Parker Arms Apartments | |
| D | Report of Kevin Hastings and/or any modifications or supplements made until the time of trial | |
| E | Amendment to T&N Realty Trust, dated January 8, 1964 (never recorded) | |
| F | CPA restated balance sheet, as of October 1, 2003 | |
| G | Chart of 2003 Distributions to CPA Partners | |
| H | Chart showing 2003 CPA net income per partner vs. 2003 partner distributions | |
| I | "Captain Parker Arms Maintenance Conditions and Reasons for High Cost Repairs – April 14, 2005" | Dorman/Hunneman 0201-0202 |
| J | Self-Contained Appraisal by Walter Pennell and/or any modifications or supplements made until the time of trial | |
| K | Report of Haverford Associates (William Mitchell), and/or any modifications or supplements made until the time of trial | |
| L | Oct. 2006 Report by GZA GeoEnvironmental, Inc. | Dorman-CPA2-201760-201781 |
| M | May 25, 2006 letter from GZA GeoEnvironmental, Inc. to Pamela Diotalevi, with "Terms and Conditions for Engineering and Consulting" | Dorman-CD2-200062-200069 |

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| N | April 19, 2007 fax proposal from John's Sewer & Pipe Cleaning, Inc. | Dorman-CPA2-201558-201559 |
| O | April 19, 2007 letter from GZA GeoEnvironmental, Inc. to Thomas Beaton with "Scope of Work" and work proposals from Barrows Contracting, Inc. and Done Right Services | Dorman-CPA2-201782-201792 |
| P | Jan. 12, 2001 proposal from Accurate Paving Co., Inc. | Dorman-CPA2-201264 |
| Q | Sept. 13, 2005 contract between Dolben Co., Inc. and Commercial Contracting & Maintenance, LLC | Dorman-CPA2-201732-201736 |
| R | Sept. 12, 2005 Bid Comparison & Recommendation Report, with bids from Ranch Renovations and Ryan Roofing & Carpentry, and contract between Dolben Co. Inc. and Commercial Contracting & Maintenance | Dorman-CPA2-201737-201742 |
| S | Dolben Vendor History Ledger for A&E Mechanical, Inc. | Dorman-CPA2-201831-201835 |
| T | April 14, 2005 Proposal by A&E Mechanical, Inc. | Dorman-CPA2-201300 |
| U | Oct. 6, 2005 contract between Dolben Co., Inc. and A&E Mechanical, Inc. | Dorman-CPA2-201723 |
| V | August 9, 2005 proposal by A&E Mechanical, Inc. | Dorman-CPA2-201726 |
| W | April 25, 2006 contract between Dolben Co., Inc. and A&E Mechanical, Inc. | Dorman-CPA2-201705-201707 |
| X | March 28, 2006 proposal by A&E Mechanical, Inc. | Dorman-CPA2-201708 |

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| Y | March 29, 2006 proposal by A&E Mechanical, Inc. | Dorman-CPA2-201709 |
| Z | March 14, 2007 fax from Pam Diotalevi to Nick Schmalz enclosing contract between Dolben Co., Inc. and A&E Mechanical, Inc., as well as A&E Mechanical proposal | Dorman-CPA2-201546-201551 |
| AA | Business cards and proposals by various contractors for potential upgrades to fire alarm system | Dorman-CPA2-201265-201281 |
| BB | March 7, 2007 fax to Nick Schmalz from Pam Diotalevi enclosing change order from Pro-Care, Inc. | Dorman-CPA2-201536-201540 |
| CC | Billing information from Gentle Giant Moving Co. | Dorman-CPA2-203716-203719 |
| DD | March 23, 2007 bill from Cashins & Associates, Inc. | |
| EE | June 5, 2007 proposal from Pro-Care | Dorman-CPA2-201637-201642 |
| FF | Oct. 5, 2006 proposal from Pro-Care | Dorman-CPA2-201359-201360 |
| GG | April 4, 2004 proposal from Perry Brothers, Inc., with Scope of Work | Dorman-CPA2-201283-201291 |
| HH | April 13, 2004 proposal from the Nelson Companies, with Scope of Work | Dorman-CPA2-201292, 201245 |
| II | Nov. 8, 2005 price quotes for appliances from GE Appliances Contract Sales | Dorman-CPA2-201715-201722 |

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| JJ | Dolben Vendor History Ledger for Ngin P. Ho | Dorman-CPA2-201836-201840 |
| KK | Original and Amended Tax returns, state and federal, for Peter and Jean Tropeano for 2003-2006 | |
| LL | Original and Amended Tax returns, state and federal, for Philip Tropeano for 2003-2006 | |
| MM | Original and Amended Tax returns, state and federal, for Carolyn Patten for 2003-2006 | |
| NN | Various correspondence (with attachments) regarding the death of Joseph Tropeano | CPA 1411-1449 |
| OO | Appraisals of Captain Parker Arms conducted in connection with the death of Joseph Tropeano and/or the Partnership's purchase of the former interest of Wilbur Nylander | CPA 1559-1744 |
| PP | Documentation of purchase by Partnership of the former interest of Wilbur Nylander | CPA 1745-1747 |
| QQ | Captain Parker Arms Financial Statements for December 31, 1991 and 1990 | CPA 1748-1751 |
| RR | Captain Parker Arms Financial Statements for June 30, 1992 | CPA 1752-1755 |
| SS | CPA Depreciation schedules 1993-1997 and check list for income tax return filing | |
| TT | Dolben 5-Year Capital Plan Study | |

| EXHIBIT | DISPUTED EXHIBITS | COMMENTS |
|---|---|---|
| UU | Princeton Properties initial letter dated October 18, 2004 | |
| VV | Princeton Properties offer dated December 13, 2004 | |
| WW | Packet of information provided by Dolben to Princeton Properties under cover letter dated December 6, 2004 | |
| XX | Princeton Properties internal memorandum dated December 9, 2004 | |
| YY | Princeton Properties internal memorandum applying capitalization rates to NOI | |
| ZZ | CPA Partnership income tax returns (state and federal) 2002-2006 | |
| AAA | Dolben Company Memos for months November 2003 – June 2006 | |
| BBB | CPA Book Asset Detail January 1- December 31, 2005 | CPA 1155-1156 |

## Disputed Chalks

| EXHIBIT | CHALKS | COMMENTS |
|---|---|---|
| CCC | Haverford Calculation of Value of Plaintiffs' interests in CPA and T&N Realty Trust as of October 1, 2003 | |
| DDD | Summary of cost to repair conditions found at CPA as of October 1, 2003 | |

| Exhibit | Chalks | Comments |
|---------|--------|----------|
| EEE | Chalk from the Remmer Report | |
| FFF | Photos of CPA and comparables of parties' experts | |
| GGG | Capital balance of all parties as of October 1, 2003 and December 31, 2003 | |

/s/ Thomas M. Ciampa

Thomas M. Ciampa – BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Tel.: (617) 742-5955
Attorney for the Plaintiffs

/s/ Sander A. Rikleen

Sander A. Rikleen – BBO# 420280
Christine M. O'Connor – BBO# 647535
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Ph: 617·239·0100
Fx: 617·227·4420
Attorneys for the Defendants

Dated: December 10, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

_____/s/ Christine M. O'Connor_____