UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, PETER TROPEANO, and CAROLYN PATTON, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLENE DORMAN, BIANCA DORMAN, LYDIA DORMAN, TODD DORMAN, T&N REALTY TRUST and CAPTAIN PARKER ARMS PARTNERSHIP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> DOCKET NO. <br> 03-CV-12231-RGS |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM**

Plaintiffs hereby move, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum and supporting affidavit (both filed herewith) to respond to certain arguments made in the defendants' Opposition (Docket #96) to Plaintiffs' Motion *In Limine* to Determine the Applicability of a Minority Interest and/or Lack of Marketability Discount in Determining the Value of Plaintiffs' Former Partnership Interests (Docket #88).

Plaintiffs submit that their reply brief is necessary to respond to certain arguments made in the defendants' opposition, and will assist the Court's consideration of the pending motion.

The defendants' opposition was filed on Monday, December 10, 2007. This motion and Plaintiffs' reply brief filed herewith have been prepared as soon thereafter as practicable.

WHEREFORE, Plaintiffs pray that their motion be granted.

                                        PHILIP L. TROPEANO, PETER
                                        TROPEANO and CAROLYN PATTEN

                                        /s/ Thomas M. Ciampa
                                        _____
                                        Thomas M. Ciampa (BBO# 566898)
                                        Ciampa & Associates
                                        20 Park Plaza, Suite 804
                                        Boston, MA 02116
                                        (617) 742-5955

Dated: December 14, 2007

### Certification Pursuant to Local Rule 7.1(A)(2)

On December 10, 2007, I conferred with Christine O'Connor, counsel for the defendants, and she advised me that the defendants would not oppose this motion for leave to file a reply.

### Certificate of Service

I, Thomas M. Ciampa, hereby certify that on this 14th day of December, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                              ___/s/ Thomas M. Ciampa____