*Captain Parker Arms*
*Realty Trust*

APARTMENTS AT
125 WORTHEN ROAD
LEXINGTON, MASSACHUSETTS 02173

114 WALTHAM STREET, LEXINGTON, MASSACHUSETTS 02173

TEL (617) 862-1929

TRUSTEES
ALFRED P. TROPEANO
WILBER C. NYLANDER

October 28, 1991

Mrs. Emily Tropeano
12 Revere Street
Lexington, Ma.   02173

Dear Emily,

This letter and enclosures are a follow up to my unanswered letter dated October 31, 1990.  I am enclosing -

a) Appraisal by Robert L. Lyon showing fair market value of Captain Parker Arms as of August 14, 1985 of $3,500,000 and as March 1, 1990 of $4,300,000.

b) Copy of accountant's letter dated September 19, 1986 (copies previously forwarded to you and one of your then attorneys, John H. Lawson) showing values of non real estate assets as of August 14, 1985

c) Value of Captain Parker Arms as of August 14, 1985 showing the 15% value of Joe's estate as being $454,458 minus mortgage proceeds to you of $258,479 resulting in a balance due you of $195,979.

d) Copy of my January 6, 1986 letter accounting for the John Hancock mortgage proceeds.

In item d) above, it shows a deduction of $200,000 for the construction of a maintenance building which we decided not to erect.  By check No. 6557 dated November 18, 1988, Joe's estate share of $30,000 was forwarded to you.

The interest and other adjustments will be simple to resolve.

I would appreciate an early reply.

With best regards,

*Pat -*



DORMAN-CPA 001430

*Captain Parker Arms*
*Realty Trust*

APARTMENTS AT
125 WORTHEN ROAD
LEXINGTON, MASSACHUSETTS 02173

114 WALTHAM STREET, LEXINGTON, MASSACHUSETTS 02173

TEL. (617) 862-1829

TRUSTEES
ALFRED P. TROPEANO
WILBER C. NYLANDER

## VALUE OF CAPTAIN PARKER ARMS AS OF AUGUST 14, 1985

Appraised Value of Real Estate $3,500,000

Adjustments:

| | | | |
|---|---|---:|---:|
| Add - | | | |
| Rental Income 8/1/85 - 8/14/85 | | $ 20,877 | |
| Cash in Bank (excl. security deposits) | | 103,119 | |
| Real Estate Tax Escrow | | 25,590 | |
| Deposits | | 25,015 | |
| Equipment - Mower, Tractor, Blower | $ 11,174 | | |
| Less - Depreciation | (3,000) | 8,174 | 182,775 |
| | | | 3,682,775 |
| Deduct - | | | |
| Mortgage Payable & Accrued Interest | | 422,924 | |
| Accounts Payable | | 22,718 | |
| Accrued Expenses (Int, R/E Taxes, Fees) | | 37,908 | |
| Notes Payable | | 169,500 | 653,050 |
| Adjusted Value of Captain Parker Arms | | | $3,029,725 |

## VALUE OF INTEREST OF THE ESTATE OF JOSEPH C. TROPEANO

| | |
|---|---:|
| 15% Ownership ($3,029,725 x 15%) | $ 454,458 |
| Less Distribution - January 6, 1986 | 258,479 |
| Amount Due | $ 195,979 |

DORMAN-CPA 001431

*Captain Parker Arms*
*Realty Trust*

APARTMENTS AT
125 WORTHEN ROAD
LEXINGTON, MASSACHUSETTS 02173

114 WALTHAM STREET, LEXINGTON, MASSACHUSETTS 02173

TRUSTEES
ALFRED P. TROPEANO
WILBER C. NYLANDER

TEL. (617) 862-1929

March 20, 1992

Mrs. Emily Tropeano
12 Revere Street
Lexington, Ma.  02173

Dear Emily,

Since I have not received a reply to my letters dated October 3, 1990 and October 28, 1991 with enclosures, I had Mr. Kennedy, the CPA, compute the amount due you as legatee under Joe's will based on the value of $454,458 as set forth in the October 28, 1991 letter.  As a result, I concluded you agreed with the data submitted and I had Mr. Kennedy calculate the interest at 10% starting on the date of Joe's death.  A copy of this calculation is enclosed.  It is self explanatory.

Exclusive of interest it shows that through 1990, you were overpaid by $42,021 ($496,979 - 454,458 = $42,021).  By adding the calculated interest to December 17, 1991 there is a balance due you as of that date of $49,256.  We should reach an agreement before final payment.  I would like a written reply from you or your accountant agreeing to or questioning any of the figures.  As set forth in my previous letter the partnership terminated with Joe's death.

For some reason, you have chosen not to reply to my letters.  Cooperation from you to resolve the final payment would be appreciated.

With Best Regards,



DORMAN-CPA 001432

CAPTAIN PARKER ARMS

Computation of Amounts Due & Paid on the Value of Joseph A. Tropeano Ownership

8/15/85 - Date

Pg 1/3

| | |
|---|---|
| Value @ 8/14/85 1/3 15% Share | 454,458 |
| Add Interest to 8/20/85 @ 10% (6 days) | 1,245 |
| | 455,703 |
| Less Payment 8/20/85 | <12,000> |
| | 443,703 |
| Add Interest to 1/6/86 @ 10% (139 days) | 16,897 |
| | 460,600 |
| Less Payment from Loan Proceeds | <258,479> |
| | 202,121 |
| Add Interest to 1/7/86 @ 10% (1 day) | 55 |
| | 202,176 |
| Less Payment 1/7/86 | <15,000> |
| | 187,176 |
| Add Interest to 7/28/86 @ 10% (202 days) | 10,359 |
| | 197,535 |
| Less Payment 7/28/86 | <13,500> |
| | 184,035 |
| Add Interest to 10/31/86 @ 10% (95 days) | 4,790 |
| | 188,825 |
| Less Payment 10/31/86 | <6,000> |
| | 182,825 |
| Add Interest to 1/22/87 @ 10% (83 days) | 4,157 |
| | 186,982 |
| Less Payment 1/22/87 | <10,500> |
| | 176,482 |
| Add Interest to 4/1/87 @ 10% (69 days) | 4,787 |
| | 181,269 |
| Less Payment 4/1/87 | <9,750> |
| | 171,519 |
| Add Interest to 6/19/87 @ 10% (79 days) | 3,712 |
| | 175,231 |
| Less Payment 6/19/87 | <7,500> |
| | 167,731 |
| Add Interest to 11/16/87 @ 10% (150 days) | 6,893 |
| | 174,624 |
| Less Payment 11/16/87 | <7,500> |
| | 167,124 |
| Add Interest to 4/13/88 @ 10% (149 days) | 6,804 |
| | 173,928 |

DORMAN-CPA 001433

CAPTAIN PARKER ARMS

Computation of Amounts Due & Paid on the Value of Joseph C. Tropeano Ownership
8/15/85 — Date

#18   3/3

| | | | |
|---|---|---|---|
| BALANCE FORWARD | | | 173928 |
| LESS PAYMENT | 4/18/88 | | ⟨10500⟩ |
| | | | 163428 |
| ADD INTEREST TO 7/19/88 @ 10% (97 days) | | | 4343 |
| | | | 167771 |
| LESS PAYMENT | 7/19/88 | | ⟨12000⟩ |
| | | | 155771 |
| ADD INTEREST TO 9/16/88 @ 10% (59 days) | | | 2518 |
| | | | 158289 |
| LESS PAYMENT | 9/16/88 | | ⟨8500⟩ |
| | | | 150789 |
| ADD INTEREST TO 11/18/88 @ 10% (63 days) | | | 2603 |
| | | | 153392 |
| LESS PAYMENT | 11/18/88 | | ⟨30000⟩ |
| | | | 123392 |
| ADD INTEREST TO 12/16/88 @ 10% (28 days) | | | 947 |
| | | | 124339 |
| LESS PAYMENT | 12/16/88 | | ⟨10500⟩ |
| | | | 113839 |
| ADD INTEREST TO 4/18/89 @ 10% (123 days) | | | 3836 |
| | | | 117675 |
| LESS PAYMENT | 4/18/89 | | ⟨12750⟩ |
| | | | 104925 |
| ADD INTEREST TO 8/4/89 @ 10% (108 days) | | | 3105 |
| | | | 108030 |
| LESS PAYMENT | 8/4/89 | | ⟨13500⟩ |
| | | | 94530 |
| ADD INTEREST TO 10/16/89 @ 10% (73 days) | | | 1841 |
| | | | 96421 |
| LESS PAYMENT | 10/16/89 | | ⟨12000⟩ |
| | | | 84421 |
| ADD INTEREST TO 4/12/90 @ 10% (178 days) | | | 4117 |
| | | | 88538 |
| LESS PAYMENT | 4/12/90 | | ⟨21000⟩ |
| | | | 67538 |
| ADD INTEREST TO 7/12/90 @ 10% (91 days) | | | 1684 |
| | | | 69222 |
| LESS PAYMENT | 7/12/90 | | ⟨10500⟩ |
| | | | 58722 |

DORMAN-CPA 001434

CAPTAIN PARKER FARMS

12/17/

...TION TO AMOUNTS DUE + PAID on the VALUE of JOSEPH C. TROPEANO OWNERSHIP

8/15/85 — DATE

Pg 3/3

| | | | | | |
|---|---|---|---|---|---|
| BALANCE FORWARD<br>ADD INTEREST TO | 12/20/90 | @ 10% (101 days) | | | 59722<br>2540 |
| LESS PAYMENT | 12/20/90 | | | | 61312<br>(16500) |
| ADD INTEREST TO | 12/17/91 | @ 10% (362 days) | | | 44812<br>4444 |
| BALANCE DUE @ | 12/17/91 | | | | 49256 ✓ |
| | (daily interest $ 12.28) | | | | |
| | BEGINNING BALANCE | 454458 | | | |
| | TOTAL PAYMENTS | (496479) | | | |
| | TOTAL INTEREST | 91777 | | | |
| | BALANCE DUE | 49256 ✓ | | | |

DORMAN-CPA 001435