We, Joan C. Ripley, Wade Ripley and Lynne Preston (the Sellers) collectively the holders of 17.65% of the real estate owned by the partnership entitled "Captain Parker Arms" in consideration of the hereinafter specified sums paid to us, the receipt whereof is hereby acknowledged, assign, transfer, sell and deliver unto Alfred P. Tropeano, Louis Tropeano and Philip L. Tropeano (the Purchasers) our interest in the aforesaid real estate.

The amounts paid to the sellers are -

| | |
|---|---|
| Joan C. Ripley | $222,385.50 |
| Wade Ripley | 111,192.75 |
| Lynne Preston | 111,192.75 |

The percentage of the 17.65% that each purchaser is to receive is -

| | | |
|---|---|---|
| Alfred P. Tropeano | 10.09% - his aggregate % will be | 57.14% |
| Louis Tropeano | 3.78% - " " " " " | 21.43% |
| Philip L. Tropeano | 3.78% - " " " " " | 21.43% |

The provisions of the "Agreement re: Sale of Partnership Interest" pertaining to the Estate of Joseph C. Tropeano are herein incorporated and made a part hereof. This transfer excludes all partnership assets other than real estate.

The Sellers covenant and warrant that they have not previously assigned, transferred, pledged, hypothecated or encumbered any part of their respective interests or incurred any liabilities on behalf of the partnership.

In witness whereof, the said Sellers hereunto set their respective hands and seals on this 19 day of Feb 1993.

_Joan C. Ripley_
Joan C. Ripley

_Wade Ripley_
Wade Ripley

_Lynne Preston_
Lynne Preston

DORMAN-CPA 001745

# Captain Parker Arms
### Realty Trust

APARTMENTS AT
125, WORTHEN ROAD
LEXINGTON, MASSACHUSETTS 02173

114 WALTHAM STREET, LEXINGTON, MASSACHUSETTS 02173

TRUSTEES
ALFRED P. TROPEANO
WILBER C. NYLANDER

TEL. (617) 862-1929

02/19/93

Dear Peter,

This morning I delivered the checks referred to in the enclosed assignments to Wade Ripley. You should place the assignment with the other documents regarding Capt. Parker. Your Dad now holds 21.47% of the partnership.

Regards,

Pat

Phil & I ~~had~~ and your Dad had a good lunch yesterday.

DORMAN-CPA 001746

RECEIPT AND ASSIGNMENT

We, Joan C. Ripley, Wade Ripley and Lynne Preston (the Sellers) collectively the holders of 17.65% of the undistributed profits for 1992 and other personal property of the partnership entitled Captain Parker Arms (the partnership) as more fully referred to in paragraph 2b "Purchase Price" of the "Agreement re: Sale of Partnership Interest" between the Sellers and Louis Tropeano, (now deceased), Alfred P. Tropeano and Philip L. Tropeano (purchasers) dated January 20, 1993, which items are herein incorporated, by reference acknowledge receipt of the following sums:

|                | Balance 1992 income | Undistributed cash and personal property | Total      |
|----------------|---------------------|------------------------------------------|------------|
| Joan C. Ripley | $ 8,064.71          | $ 1,646.84                               | $ 9,711.55 |
| Wade Ripley    | 4,032.36            | 823.42                                   | 4,855.78   |
| Lynne Preston  | 4,032.36            | 823.42                                   | 4,855.78   |
| Total          | $ 16,129.43         | $ 3,293.68                               | $ 19,423.11|

We release and assign all our interest in the personal property of the partnership to its present partners.

Witness our hands and seals on this 23rd day of June, 1993.

_____
Joan C. Ripley

_____
Wade Ripley

_____
Lynne Preston

DORMAN-CPA 001747