**EXHIBIT C**

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199   617.239.0100   *fax* 617.227.4420   eapdlaw.com

Sander A. Rikleen
617.951.3355
*fax* 888.325.9550
srikleen@eapdlaw.com

August 29, 2007

**Via email and first class mail**

Thomas M. Ciampa, Esq.
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA  02116

Re:   Phillip L. Tropeano, et al. v. Charlene Dorman, et al.,
      U.S. Dist. Ct., Dist. of Mass., No. 03-CV-12231-RGS

Dear Tom:

Upon his return to the office following your site visit yesterday, Tom Kirchofer informed me that your recently retained rebuttal expert is a partner at CBRE/CB Richard Ellis. This creates a serious conflict of interest.

Although Defendants are under no obligation to disclose anything about their non-testimonial consultants, and you had no way to know this, Defendants' predecessor counsel engaged another partner at CBRE/CB Richard Ellis, who performed services in connection with the defense of this action. It therefore appears that Mr. Collins did not perform an adequate conflict check before accepting your engagement.

Please let us know as soon as possible how you plan to address Mr. Collins' conflict of interest. If we cannot work this out among counsel, we will be forced to address our concerns to the Court, including seeking to bar anyone at CBRE/CB Richard Ellis from testifying adverse to the Defendants.

Very truly yours,

Sander A. Rikleen

SAR/emt
cc:   Christine O'Connor, Esq.