UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
PHILIP L. TROPEANO, PETER          )
TROPEANO and CAROLYN PATTON,   )
                                                                    )
        Plaintiffs,                        )
                                                                    )
   v.                                                       )   CIVIL ACTION
                                                                    )   CASE NO. 03CV12231 (RGS)
CHARLENE DORMAN, BIANCA DORMAN, )
LYDIA DORMAN, TODD DORMAN,       )
T&N REALTY TRUST and CAPTAIN      )
PARKER ARMS PARTNERSHIP,          )
                                                                    )
        Defendants.                      )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter as counsel for the plaintiffs Philip L. Tropeano, Peter Tropeano and Carolyn Patton.

          __/s/ Erin E. Howard_____
          Erin E. Howard (BBO# 666955)
          Law Office of Evan Fray-Witzer
          20 Park Plaza, Suite 804
          Boston, Massachusetts 02116
          (617) 423-5611

Dated: December 14, 2007

### Certificate of Service

I, Erin E. Howard, hereby certify that on this 14th day of December, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          _____/s/ Erin E. Howard_____