UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PHILIP TROPEANO, ET AL**
    **Plaintiff**

        **v.**                                                            **CIVIL ACTION NO. 03-12231-RGS**

**CHARLENE DORMAN, ET AL**
    **Defendant**

**SETTLEMENT ORDER OF DISMISSAL**

**STEARNS, DJ.**

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 120 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                                               RICHARD G. STEARNS
                                                               UNITED STATES DISTRICT JUDGE

                  **BY:**

                                **/s/ Mary H. Johnson**
                              -----------------------------------------
                                    **Deputy Clerk**

**DATED: 12-18-07**