UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                                          )
PHILIP L. TROPEANO, et al.,                 )
                                                          )
                          Plaintiffs,            )
                                                          )
              v.                                       )   CIVIL ACTION
                                                          )   NO.  03-CV-12231-RGS
CHARLENE DORMAN, et al.,                )
                                                          )
                          Defendants.           )
_____)


[PROPOSED] **ORDER VACATING DECEMBER 20, 2006 STANDSTILL ORDER**

The parties having jointly presented good cause, the Standstill Order issued by this Court

on December 20, 2006, which Order is recorded at the Massachusetts Land Registration Office

of the Middlesex South Registry of Deeds as Document No. 1430842 and reflected on Transfer

Certificate of Title No. 113382, is hereby vacated.

SO ORDERED.


_____
Hon. Richard G. Stearns, United States District Judge

Entered:  April __, 2008


BOS111 12264991.1