UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP L. TROPEANO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
|  | ) NO. 03-CV-12231-RGS |
| CHARLENE DORMAN, et al., | ) |
| Defendants. | ) |

# ~~[PROPOSED]~~ ORDER VACATING DECEMBER 20, 2006 STANDSTILL ORDER

The parties having jointly presented good cause, the Standstill Order issued by this Court on December 20, 2006, which Order is recorded at the Massachusetts Land Registration Office of the Middlesex South Registry of Deeds as Document No. 1430842 and reflected on Transfer Certificate of Title No. 113382, is hereby vacated.

SO ORDERED.

*/s/ Richard G. Stearns*
Hon. Richard G. Stearns, United States District Judge

Entered: April 17, 2008

BOS111 12264991.1